|   |   |   |
|---|---|---|
| 1 | **KAPLAN, FOX & KILSHEIMER, LLP** | FILED |
| 2 | Laurence D. King (SBN 206423)<br>Linda M. Fong (SBN 124232) | 07 NOV 27 AM 11:33 |
| 3 | 350 Sansome Street, Suite 400<br>San Francisco, CA 94104 | RICHARD W. WIEKING |
| 4 | Telephone: (415) 772-4700<br>Fax: (415) 772-4707 | CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |
| 5 | Email: lking@kaplanfox.com<br>       lfong@kaplanfox.com |   |
| 6 | **KAPLAN, FOX & KILSHEIMER, LLP** |   |
| 7 | Robert J. Kaplan<br>Linda P. Nussbaum |   |
| 8 | 850 Third Avenue, 14th Floor<br>New York, NY 10022 | e-filing |
| 9 | Telephone: (212) 687-1980<br>Fax: (212) 687-7714 |   |
| 10 | Email: rkaplan@kaplanfox.com<br>       lnussbaum@kaplanfox.com' |   |

**Attorneys for Plaintiffs**

[Additional Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MEIJER, INC. and MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated, | C 07 5985 EDL |
|---|---|
|   | Case No.: |
| Plaintiffs, | **NOTICE OF RELATED CASES** |
| v. |   |
| ABBOTT LABORATORIES, |   |
| Defendant. |   |

---

Page 1 – NOTICE OF RELATED CASES

Plaintiffs, MEIJER, INC. and MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated, hereby submit this Notice of Related Cases pursuant to Civil Local Rule 3-12 of the Northern District of California.

The following are related cases under L.R. 3-12:

- *In Re Abbott Laboratories Norvir Anti-Trust Litigation,* Case No.: C04-1511 CW (Consolidated Case No. C 04-4203 CW) assigned to United States District Judge Claudia Wilken
- *Safeway Inc., et al. v. Abbott Laboratories*, Case No. C 07-5470-CW recently related to In re Abbott Laboratories Norvir Anti-Trust Litigation and assigned to United States District Judge Claudia

The present action is related to the above actions because they arise from closely related events, call for a determination of substantially related questions of law and fact, and would entail substantial duplication of labor if heard by a different judge.

Dated: November 27, 2007

Respectfully submitted,

KAPLAN FOX & KILSHEIMER LLP

By: _____
Laurence D. King (SBN 206423)
Linda M. Fong (SBN 124232)
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: (415) 772-4700
Fax: (415) 772-4707
Email: lking@kaplanfox.com
        lfong@kaplanfox.com

| | |
|---|---|
| 1 | **KAPLAN FOX & KILSHEIMER LLP** |
| 2 | Robert N. Kaplan |
|  | Linda P. Nussbaum |
| 3 | 850 Third Avenue, 14th Floor |
|  | New York, NY 10022 |
| 4 | Telephone: (212) 687-1980 |
| 5 | Fax: (212) 687-7714 |
|  | Email: rkaplan@kaplanfox.com |
| 6 |       lnussbaum@kaplanfox.com |
|  |       garenson@kaplanfox.com |
| 7 | |
|  | Joseph M. Vanek |
| 8 | David P. Germaine |
|  | **VANEK, VICKERS & MASINI, P.C.** |
| 9 | 111 South Wacker Drive, Suite 4050 |
| 10 | Chicago, IL 60606 |
|  | Telephone: (312) 224-1500 |
| 11 | Fax: (312) 224-1510 |
|  | Emails: jvanek@vaneklaw.com |
| 12 |       dgermaine@vaneklaw.com |
| 13 | Paul E. Slater |
|  | **SPERLING & SLATER** |
| 14 | 55 West Monroe Street, Suite 3200 |
| 15 | Chicago, Illinois 60603 |
|  | Telephone: (312) 641-3200 |
| 16 | Fax: (312) 641-6492 |
|  | E mail: pes@sperling-law.com |

Page 3 – NOTICE OF RELATED CASES

# PROOF OF SERVICE

I, Lisa C. D'Annunzio, declare that I am over the age of eighteen (18) and not a party to the within action. I am employed in the law firm of Kaplan Fox & Kilsheimer LLP, 350 Sansome Street, San Francisco, California 94104.

On November 27, 2007, I served the following document(s):

**NOTICE OF RELATED CASES**

To the below parties:

| | |
|---|---|
| **Barbara Lynne Harris Chiang**<br>**Edward Eldon Hartley**<br>**William Francis Murphy**<br>Dillingham & Murphy, LLP<br>225 Bush Street<br>6th Floor<br>San Francisco, CA 94104-4207<br>415/397-2700<br>415-397-3300 (fax)<br>bhc@dillinghammurphy.com<br>eeh@dillinghammurphy.com<br>wfm@dillinghammurphy.com | **Nicole Michelle Norris**<br>Winston & Strawn, LLP<br>101 California Street<br>Suite 3800<br>San Francisco, CA 94111<br>415-591-1434<br>415-591-1400 (fax)<br>nnorris@winston.com |
| **Scott Eliot Perwin**<br>Kenny Nachwalter, P.A.<br>201 S. Biscayne Blvd.<br>Suite 1100<br>Miami, FL 33131<br>(305) 373-1000<br>(305) 372-1861 (fax)<br>sperwin@kennynachwalter.com | **Steve W. Berman**<br>Hagens Berman Sobol Shapiro LLP<br>1301 Fifth Avenue<br>Suite 2900<br>Seattle, WA 98101<br>206-623-7292<br>206-623-0594 (fax)<br>steve@hbsslaw.com |
| **Elaine T. Byszewski**<br>Hagens Berman LLP<br>700 South Flower Street<br>Suite 2940<br>Los Angeles, CA 90017-4101<br>213-330-7150<br>213-330-7152 (fax)<br>elaine@hagens-berman.com | **Dan Drachler**<br>Attorney at Law<br>1904 Third Avenue, Suite 1030<br>Seattle, WA 98101-1170<br>206-223-2053<br>ddrachler@zsz.com |
| **Gail Susan Greenwood**<br>Winston & Strawn LLP<br>101 California Street<br>Suite 3900<br>San Francisco, CA 94111<br>415.591.1000<br>415-788-0783 (fax)<br>ggreenwood@winston.com | **Joseph Lipofsky**<br>Zwerling Schachter & Zwerling, LLP<br>41 Madison Avenue<br>32nd Floor<br>New York, NY 10010<br>jlipofsky@zsz.com |

| | |
|---|---|
| **David S. Nalven**<br>Hagens Berman Sobol Shapiro LLP<br>One Main Street<br>4th Floor<br>Cambridge, MA 02141<br>617-482-3700<br>617-482-3003 (fax)<br>davidn@hbsslaw.com | **Samuel S. Park**<br>Winston & Strawn LLP<br>35 W. Wacker Dr.<br>Chicago, IL 60601<br>312-558-5600<br>312-558-5700 (fax)<br>spark@winston.com |
| **Bernard Persky**<br>Labaton Sucharow LLP<br>140 Broadway<br>New York, NY 10005<br>212-907-0700<br>212-818-0477 (fax)<br>bpersky@labaton.com | **Hollis L. Salzman**<br>Labaton Sucharow LLP<br>140 Broadway<br>New York, NY 10005<br>212-907-0700<br>212-818-0477 (fax)<br>hsalzman@labaton.com |
| **Michael Adam Sweet**<br>McNutt & Litteneker, LLP<br>188 The Embarcadero<br>Suite 800<br>San Francisco, CA 94105<br>415-999-8475<br>415-995-8487 (fax)<br>msweet@ml-sf.com | **David J. Doyle**<br>Winston & Strawn LLP<br>35 West Wacker Drive<br>Chicago, IL 60601<br>312.558.5600<br>312.558.5700 (fax)<br>ddoyle@winston.com |
| **Christopher T. Heffelfinger**<br>Berman DeValerio Pease & Tabacco, P.C.<br>425 California Street, Suite 2025<br>San Francisco, CA 94104<br>415/433-3200<br>415-433-6382 (fax)<br>cheffelfinger@bermanesq.com | **James F. Hurst**<br>**George C. Lombardi**<br>Winston & Strawn LLP<br>35 West Wacker Drive<br>Chicago, IL 60601<br>312.558.5600<br>312.558.5700 (fax)<br>jhurst@winston.com<br>glombardi@winston.com |
| **Kristin Janet Madigan**<br>Quinn Emanuel Urquhart Oliver & Hedges<br>San Francisco Office<br>50 California Street<br>22nd Floor<br>San Francisco, CA 94104<br>(415) 875-6600<br>(415) 875-6700 (fax)<br>kristinmadigan@quinnemanuel.com | **James Christopher Magid**<br>425 California Street<br>Suite 2100<br>San Francisco, CA 94104<br>415-433-3200 x232<br>jmagid@bermanesq.com |
| **Sharon Truluck Maier**<br>Berman DeValerio Pease Tabacco Burt etal<br>425 California Street, Suite 2025<br>San Francisco, CA 94104<br>415-433-3200<br>smaier@bermanesq.com | **Michael Kip Maly**<br>Winston & Strawn LLP<br>101 California Street<br>Suite 3900<br>San Francisco, CA 94111<br>415.591.1000<br>415.591.1400 (fax) |

Page 5 – NOTICE OF RELATED CASES

| | |
|---|---|
| **Natalie Marcus**<br>Labaton Sucharow LLP<br>140 Broadway<br>New York, NY 10005<br>(212) 907-0700<br>nmarcus@labaton.com | **Thomas C. Mavrakakis**<br>653 Wildwood Lane<br>Palo Alto, CA 94303<br>650 714 0345<br>tmavrakakis@mac.com |
| **William Francis Murphy**<br>Dillingham & Murphy<br>225 Bush Street, Sixth Floor<br>San Francisco, CA 94104-4207<br>415-397-2700<br>415-397-3300 (fax)<br>wfm@dillinghammurphy.com | **Kellie Safar-Lerner**<br>Labaton Sucharow LLP<br>140 Broadway<br>New York, NY 10005<br>212-907-0700<br>212-818-0477 (fax)<br>klerner@labaton.com |
| **Michael Walter Stocker**<br>Labaton Sucharow LLP<br>140 Broadway<br>New York, NY 10005<br>(212) 907-0700<br>(212) 818-0477 (fax)<br>mstocker@labaton.com | **Trevor Vincent Stockinger**<br>Irell & Manella LLP<br>1800 Avenue of the Stars<br>Suite 900<br>Los Angeles, CA 90067<br>310-277-1010<br>tstockinger@irell.com |
| **Joseph J. Tabacco, Jr.**<br>Berman DeValerio Pease Tabacco Burt & Pu<br>425 California Street<br>Suite 2100<br>San Francisco, CA 94104-2205<br>415-433-3200<br>415-433-6382 (fax)<br>jtabacco@bermanesq.com | **Richard Roy Wiebe**<br>Law Office Of Richard R. Wiebe<br>425 California Street<br>Suite 2025<br>San Francisco, CA 94104<br>415-433-3200<br>415-433-6382 (fax)<br>wiebe@pacbell.net |

_____(BY FACSIMILE) I sent such document from facsimile machine on the above date. I certify that said transmission was completed and that all pages were received and that a report was generated by the facsimile machine which confirms said transmission and receipt.

XXX   (U.S. MAIL) I placed the sealed envelope(s) for collection and mailing by following ordinary business practices of Kaplan Fox Kilsheimer LLP. I am readily familiar with Kaplan Fox Kilsheimer LLP's practice for collecting and processing of correspondence for mailing with the United States Postal Service, said practice being that, in the ordinary course of business, correspondence with postage fully prepaid is deposited with the United States Postal Service the same day as it is placed for collection.

____    (PERSONAL SERVICE) I caused personal delivery of the document(s) listed above the person(s) at the address(es) set forth below.

____    (BY OVERNIGHT DELIVERY) I placed the sealed envelope(s) or package(s) designated by the express service carrier for collection and overnight delivery by following the ordinary business practices of Kaplan Fox Kilsheimer LLP. I am readily familiar with Kaplan Fox Kilsheimer LLP's practice for collecting and processing of correspondence for overnight delivery, said practice being that, in the ordinary course of business, correspondence for

1  overnight delivery is deposited with delivery fees paid or provided for at the carrier's express service offices for next-day delivery the same day as the correspondence is placed for
2  collection.

3      I declare under penalty of perjury under the laws of the United States of America and
4  the State of California that the foregoing is true and correct.
5  Executed November 27, 2007, at San Francisco, California.

                                        _____
                                        Lisa C. D'Annunzio