IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEIJER, INC. and MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>ABBOTT LABORATORIES,<br><br>    Defendant._____/ | No. C 07-5985 CW<br><br>ORDER RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE |

    On this date, the Court signed an order relating this case to In re Abbott Laboratories Norvir Antitrust Litigation, Case No. 04-1511. The Court now reschedules the initial case management conference from February 26, 2008 to December 11, 2007 at 2:00 p.m., to coincide with the case management conference in Case Nos. 04-1511, 07-5470 and 07-5702. The parties shall meet and confer, to the extent practicable, regarding a discovery plan prior to the case management conference. The discovery plan shall take into account the possible consolidation of this case with Case Nos. 04-1511 07-5470 and 07-5702. At the case management conference, the parties shall propose alternative dates to those currently

1  contained in the Order Setting Initial Case Management Conference
2  and ADR Deadlines.
3      IT IS SO ORDERED.
4
5  Dated:                              _____
                                        CLAUDIA WILKEN
6                                       United States District Judge