Laurence D. King (SBN 206423)
Linda M. Fong (SBN 124232)
**KAPLAN FOX & KILSHEIMER LLP**
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: 415-772-4700
Facsimile: 415-772-4707
Email: lking@kaplanfox.com
       lfong@kaplanfox.com

Robert N. Kaplan
Linda P. Nussbaum
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: (212) 687-1980
Fax: (212) 687-7714
Email: rkaplan@kaplanfox.com
       lnussbaum@kaplanfox.com

**Attorneys for Plaintiffs**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

|  |  |
|---|---|
| MEIJER, INC. and MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated, | Case No.: C 07-05985 CW *Related per November 30, 2007 Order to* Case No.: C 04-01511 CW |
| Plaintiffs, | **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |
| v. | |
| ABBOTT LABORATORIES, | |
| Defendant. | |

Pursuant to Civil L.R. 11-3, Linda P. Nussbaum, an active member in good standing of the bar of the Supreme Court Appellate Division, 2d Department, State of New York, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing plaintiffs MEIJER, INC. and MEIJER DISTRIBUTION, INC. in the above-entitled action.

In support of this application, I certify on oath that:

1       1.     I am an active member in good standing of a United States Court or of the highest

2   court of another State or the District of Columbia, as indicated above,

3       2.     I agree to abide by the Standards of Professional Conduct set forth in Civil Local

4   Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar

5   with the Local Rules and the Alternative Dispute Resolution programs of this court; and

6       3.     An attorney who is a member of the bar of this Court in good standing and maintains

7   an office within the State of California has been designated as co-counsel in the above-entitled

8   action.  The name, address and telephone number of that attorney is:

9              Linda M. Fong (SBN 124232)

10            KAPLAN FOX & KILSHEIMER LLP
350 Sansome Street, Suite 400

11            San Francisco, CA 94104
Telephone:  415-772-4700

12            Facsimile:  415-772-4707

13     I declare under penalty of perjury that the foregoing is true and correct.

14

15   DATED:     December 6, 2007   By: _____

16                      Linda P. Nussbaum

17

18

19

20

21

22

23

24

25

26

27

28

APPLICATION FOR ADMISSION *PRO HAC VICE*          Case No.: C 07-05985-CW