```
Court Name: U.S. District Court, NDCA
Division: 4
Receipt Number: 44611001592
Cashier ID: collink
Transaction Date: 12/07/2007
Payer Name: Wheels of Justice, Inc.

PRO HAC VICE
 For: Linda P. Nussbaum
 Case/Party: D-CAN-4-07-AT-PROHAC-001
 Amount:         $210.00

CHECK
 Check/Money Order Num: 28043
 Amt Tendered: $210.00

Total Due:       $210.00
Total Tendered: $210.00
Change Amt:      $0.00

C-07-05985-CW for Linda P. Nussbaum

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```