RECEIVED
DEC -7 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FILED
DEC - 7 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

MEIJER, INC. and MEIJER DISTRIBUTION, INC. on behalf of themselves and all others similarly situated,

Plaintiff(s),

v.

ABBOTT LABORATORIES,

Defendant(s).

CASE NO. C 07-05985 CW

(~~Proposed~~)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

LINDA P. NUSSBAUM, an active member in good standing of the bar of Appellate Division, 2d Dept., State of New York (particular court to which applicant is admitted) whose business address and telephone number is

Supreme Court, State of New York
Appellate Division, Second Dept.
45 Monroe Place, Brooklyn, NY 11201 Tel: (718) 722-6334

, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs MEIJER, INC. and MEIJER DISTRIBUTION, INC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: DEC - 7 2007

United States District Judge

United States District Court
For the Northern District of California