Nicole M. Norris (SBN 222785)
James F. Hurst (*Admitted Pro Hac Vice*)
David J. Doyle (*Admitted Pro Hac Vice*)
Samuel S. Park (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA  94111-5894
Telephone:     415-591-1000
Facsimile:      415-591-1400
Email:  nnorris@winston.com; jhurst@winston.com; ddoyle@winston.com; spark@winston.com

Attorneys for Defendant
ABBOTT LABORATORIES

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE ABBOTT LABS NORVIR ANTITRUST LITIGATION | **Case No. C-04-1511 CW**<br><br>*Related to case numbers*:<br><br>**C-04-4203 CW;**<br>**C-07-5470 CW;**<br>**C-07-5702 CW;**<br>**C-07-5985 CW**<br>**C-07-6010 CW**<br>**C-07-6118 CW**<br>**C-07-6120 CW**<br><br>**NOTICE OF CHANGE IN COUNSEL ON BEHALF OF ABBOTT LABORATORIES**<br><br>**The Honorable Judge Wilken** |

WINSTON & STRAWN LLP
101 California Street
San Francisco, CA  94111-5894

NOTICE OF CHANGE IN COUNSEL ON BEHALF OF ABBOTT LABORATORIES
Case No. C-04-1511 CW and related cases

SF:190816.1

TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the following attorneys are no longer acting as counsel of record for Defendant Abbott Laboratories:

1. Gail Susan Greenwood

2. Thomas C. Mavrakakis

3. Michael Adam Sweet

Copies of all pleading papers and notices should be served as follows:

| | |
|---|---|
| Nicole M. Norris<br>WINSTON & STRAWN LLP<br>101 California Street, Suite 3900<br>San Francisco, CA 94111-5894<br>Telephone: 415-591-1000<br>Facsimile: 415-591-1400<br>Email: nnorris@winston.com | James F. Hurst<br>WINSTON & STRAWN LLP<br>35 West Wacker Drive<br>Chicago, IL 60601-9703<br>Telephone: 312-558-5600<br>Facsimile: 312-558-5700<br>Email: jhurst@winston.com |

Dated: December 13, 2007                WINSTON & STRAWN LLP

                                        By:      /s/ Nicole M. Norris
                                                 Nicole M. Norris

**WINSTON & STRAWN LLP**
101 California Street
San Francisco, CA 94111-5894

---

1
NOTICE OF CHANGE IN COUNSEL ON BEHALF OF ABBOTT LABORATORIES
Case No. C-04-1511 CW and related cases

SF:190816.1