# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

MEIJER, INC. and MEIJER DISTRIBUTION, INC.,

v.

ABBOTT LABORATORIES

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

  

C 07 5985

**EDL**

TO: (Name and address of defendant)

ABBOTT LABORATORIES
100 Abbott Park Road,
Abbott Park, Illinois 60064-3500

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

KAPLAN, FOX & KILSHEIMER, LLP
Laurence D. King (SBN 206423)
Linda M. Fong (SBN 124232)
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: (415) 772-4700

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK

MARY ANN BUCKLEY

NOV 2 7 2007
DATE_____

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |
|---|
| **DATE** |
| Service of the Summons and Complaint was made by me [1] |
| Name of SERVER |
| **TITLE** |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify):*

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____           _____
              *Date*                                            *Signature of Server*

                                                                _____
                                                                *Address of Server*

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

| Attorney or Party without Attorney:<br>LAURENCE D. KING ESQ.<br>KAPLAN FOX & KILSHEIMER LLP<br>350 SANSOME STREET SUITE 400<br>SAN FRANCISCO, CA 94104<br>Telephone No: 415-772-4700 | | For Court Use Only |
|---|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.:<br>MEIJER V. ABBOTT | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Northern District Of Califronia | | |
| Plaintiff: MEIJER, INC. AND MEIJER DISTRIBUTION, INC.<br>Defendant: ABBOTT LABORATORIES | | |

| **PROOF OF SERVICE SUMMONS & COMPLAINT** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C075985EDL |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS AND COMPLAINT; ORDER SETTIN INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER; STANDING ORDER RE CASE MANAGEMENT CONFERENCE; STANDING ORDER RE CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; NOTICE OF ASSIGNMENT OF CASE TO US MAGISTRATE JUDGE FOR TRIAL (AND ATTACHMENTS); ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED; (PROPOSED) ORDER RELATING CASES; CERTIFICATE OF SERVICE; NOTICE OF RELATED CASES

3. a. Party served:             ABBOTT LABORATORIES
   b. Person served:            MARGRET WILSON, AGENT FOR SERVICE.

4. Address where the party was served:   818 W. 7TH STREET 2ND FLOOR
                                          LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Nov. 30, 2007 (2) at: 3:10PM

7. *Person Who Served Papers:*                               Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DOUGLAS FORREST                     d. *The Fee for Service was:*

   BEVERLY HILLS EXPRESS                  e. I am: (3) registered California process server
   350 S. FIGUEROA STREET, SUITE 272         (i) Independent Contractor
   LOS ANGELES, CA 90071                     (ii) Registration No.:   5141
   (213) 346-1000, FAX (213) 346-1010        (iii) County:            Los Angeles
   BEVERLYHILLSEXPRESS.COM

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date: Thu, Jan. 03, 2008

   Judicial Council Form                    PROOF OF SERVICE              (DOUGLAS FORREST)         kaplanld.2075
   Rule 982.9.(a)&(b) Rev January 1, 2007   SUMMONS & COMPLAINT