| | |
|---|---|
| 1 | **KAPLAN, FOX & KILSHEIMER, LLP** |
| | Laurence D. King (SBN 206423) |
| 2 | Linda M. Fong (SBN 124232) |
| | 350 Sansome Street, Suite 400 |
| 3 | San Francisco, CA 94104 |
| | Telephone: (415) 772-4700 |
| 4 | Fax: (415) 772-4707 |
| | Email: lking@kaplanfox.com |
| 5 |       lfong@kaplanfox.com |
| 6 | **KAPLAN, FOX & KILSHEIMER, LLP** |
| | Robert J. Kaplan |
| 7 | Linda P. Nussbaum |
| | 850 Third Avenue, 14th Floor |
| 8 | New York, NY 10022 |
| | Telephone: (212) 687-1980 |
| 9 | Fax: (212) 687-7714 |
| | Email: rkaplan@kaplanfox.com |
| 10 |       lnussbaum@kaplanfox.com |
| 11 | **Attorneys for Plaintiffs** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MEIJER, INC. and MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | Case No. C-07-5985 CW<br><br>**CERTIFICATE OF SERVICE** |

---

CERTIFICATE OF SERVICE        No.: C 07-5985-CW

1  I, Kristen M. Weiland, declare that I am over the age of eighteen (18) and not a party to
2  the within action. I am employed in the law firm of Kaplan Fox & Kilsheimer LLP, 350
3  Sansome Street, San Francisco, California 94104.
4  On January 11, 2008, I used the Northern District of California's Electronic Case Filing
5  System, with the ECF registered to Laurence D. King, to file the following document(s):

**CONSOLIDATED AMENDED COMPLAINT**

The ECF system is designed to send an e-mail message to all parties in the case, which constitutes service. According to the ECF/PACER system, for this case, the parties served are as follows:

Linda Fong - lfong@kaplanfox.com

James F. Hurst – jhurst@winston.com, ECF_CH@winston.com

Laurence D. King- lking@kaplanfox.com, abailey@kaplanfox.com, ldannunzio@kaplanfox.com

Nicole Michelle Norris – nnorris@winston.com, dcarter@winston.com

Linda Phyllis Nussbaum – lnussbaum@kaplanfox.com

On this date, I served the below parties:

| Joseph M. Vanek<br>David P. Germaine<br>VANEK VICKERS & MASINI, P.C.<br>111 S. Wacker Drive, Suite 4050<br>Chicago, IL 60606 | Robert J. Kaplan<br>KAPLAN FOX & KILSHEIMER, LLP<br>850 Third Avenue, 14th Floor<br>New York, NY 10022 |
|---|---|
| Paul E. Slater<br>SPERLING & SLATER<br>55 West Monroe Street, Suite 3200<br>Chicago, IL 60603 | |

_____ (BY FACSIMILE) I sent such document from facsimile machine on the above date. I certify that said transmission was completed and that all pages were received and that a report was generated by the facsimile machine which confirms said transmission and receipt.

XXX  (U.S. MAIL) I placed the sealed envelope(s) for collection and mailing by following ordinary business practices of Kaplan Fox Kilsheimer LLP. I am readily familiar with Kaplan Fox Kilsheimer LLP's practice for collecting and processing of correspondence for mailing with the United States Postal Service, said practice being that, in the ordinary course of business, correspondence with postage fully prepaid is deposited with the United States Postal Service the same day as it is placed for collection.

CERTIFICATE OF SERVICE                                                                  No.: C 07-5985-CW

___ (PERSONAL SERVICE) I caused personal delivery of the document(s) listed above the person(s) at the address(es) set forth below.

___ (BY OVERNIGHT DELIVERY) I placed the sealed envelope(s) or package(s) designated by the express service carrier for collection and overnight delivery by following the ordinary business practices of Kaplan Fox Kilsheimer LLP. I am readily familiar with Kaplan Fox Kilsheimer LLP's practice for collecting and processing of correspondence for overnight delivery, said practice being that, in the ordinary course of business, correspondence for overnight delivery is deposited with delivery fees paid or provided for at the carrier's express service offices for next-day delivery the same day as the correspondence is placed for collection.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed January 11, 2008 at San Francisco, California.

_____
Kristen M. Weiland