Nicole M. Norris (SBN 222785)
James F. Hurst (*Admitted Pro Hac Vice*)
David J. Doyle (*Admitted Pro Hac Vice*)
Samuel S. Park (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA 94111-5894
Telephone:    415-591-1000
Facsimile:    415-591-1400
Email:  nnorris@winston.com; jhurst@winston.com;
ddoyle@winston.com; spark@winston.com

Attorneys for Defendant
ABBOTT LABORATORIES

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| IN RE ABBOTT LABS NORVIR ANTITRUST LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**Case Nos.**

**C-07-5985 CW**
**C-07-6010 CW**
**C-07-6118 CW**
**C-07-6120 CW**

**NOTICE OF APPEARANCE FOR SAMUEL S. PARK ON BEHALF OF ABBOTT LABORATORIES**

**The Honorable Judge Wilken**

*Sidebar:* WINSTON & STRAWN LLP / 101 California Street / San Francisco, CA 94111-5894

NOTICE OF APPEARANCE FOR S. PARK ON BEHALF OF ABBOTT LABORATORIES
Case Nos. C C-07-5985 CW, C-07-6010 CW, C-07-6118 CW, C-07-6120 CW

CHI:2031991.1

1

TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

2

PLEASE TAKE NOTICE that Samuel S. Park hereby enters his appearance as counsel of

3

record for Defendant Abbott Laboratories.  Mr. Park is admitted *pro hac vice* in related case nos.: C-

4

04-1511 CW, C-04-4203 CW, C-075470, and C-07-5702.

5

Copies of all pleading papers and notices should be served as follows:

6

Nicole M. Norris                           James F. Hurst
WINSTON & STRAWN LLP                        David J. Doyle
101 California Street, Suite 3900           Samuel S. Park
San Francisco, CA 94111-5894               WINSTON & STRAWN LLP
Telephone:     415-591-1000                 35 West Wacker Drive
Facsimile:     415-591-1400                 Chicago, IL 60601-9703
Email:         nnorris@winston.com          Telephone:     312-558-5600
                                            Facsimile:     312-558-5700
                                            Email:         jhurst@winston.com
                                                           ddoyle@winston.com
                                                           spark@winston.com

7

8

9

10

11

12

13

14

15

Dated:  January 14, 2008                    WINSTON & STRAWN LLP

16

17

By:         /s/ Samuel S. Park
                Samuel S. Park

18

19

20

21

22

23

24

25

26

27

28

WINSTON & STRAWN LLP
101 California Street
San Francisco, CA  94111-5894

NOTICE OF APPEARANCE FOR S. PARK ON BEHALF OF ABBOTT LABORATORIES
Case Nos. C C-07-5985 CW, C-07-6010 CW, C-07-6118 CW, C-07-6120 CW

CHI:2031991.1