1  Nicole M. Norris (SBN 222785)
   James F. Hurst (*Admitted Pro Hac Vice*)
2  David J. Doyle (*Admitted Pro Hac Vice*)
   Samuel S. Park (*Admitted Pro Hac Vice*)
3  WINSTON & STRAWN LLP
   101 California Street, Suite 3900
4  San Francisco, CA  94111-5894
   Telephone:     415-591-1000
5  Facsimile:     415-591-1400
   Email:  nnorris@winston.com; jhurst@winston.com;
6  ddoyle@winston.com; spark@winston.com

7  Attorneys for Defendant
   ABBOTT LABORATORIES

8
                    **UNITED STATES DISTRICT COURT**
9
                    **NORTHERN DISTRICT OF CALIFORNIA**
10
                         **OAKLAND DIVISION**
11

12

   IN RE ABBOTT LABS NORVIR          )    **Case Nos.**
13 ANTITRUST LITIGATION              )
                                     )    **C-07-5985 CW**
14                                   )    **C-07-6010 CW**
                                     )    **C-07-6118 CW**
15                                   )    **C-07-6120 CW**
                                     )
16                                   )    **NOTICE OF APPEARANCE FOR**
                                     )    **DAVID J. DOYLE ON BEHALF OF**
17                                   )    **ABBOTT LABORATORIES**
                                     )
18                                   )    **The Honorable Judge Wilken**
                                     )
19                                   )
                                     )
20                                   )
                                     )
21 ──────────────────────────────────)

22

23

24

25

26

27

28

NOTICE OF APPEARANCE FOR D. DOYLE ON BEHALF OF ABBOTT LABORATORIES
Case Nos. C C-07-5985 CW, C-07-6010 CW, C-07-6118 CW, C-07-6120 CW

CHI:2031995.1

WINSTON & STRAWN LLP
101 California Street
San Francisco, CA  94111-5894

1    TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

2    PLEASE TAKE NOTICE that David J. Doyle hereby enters his appearance as counsel of

3    record for Defendant Abbott Laboratories.  Mr. Doyle is admitted *pro hac vice* in related case nos.:

4    C-04-1511 CW, C-04-4203 CW, C-075470, and C-07-5702.

5    Copies of all pleading papers and notices should be served as follows:

6    Nicole M. Norris                           James F. Hurst
     WINSTON & STRAWN LLP                        David J. Doyle
7    101 California Street, Suite 3900           Samuel S. Park
     San Francisco, CA 94111-5894               WINSTON & STRAWN LLP
8    Telephone:    415-591-1000                  35 West Wacker Drive
     Facsimile:    415-591-1400                  Chicago, IL 60601-9703
9    Email:        nnorris@winston.com           Telephone:    312-558-5600
                                                 Facsimile:    312-558-5700
10                                               Email:        jhurst@winston.com
                                                               ddoyle@winston.com
11                                                             spark@winston.com

12

13

14

15

16   Dated:  January 14, 2008                    WINSTON & STRAWN LLP

17                                               By:      /s/ David J. Doyle
                                                          David J. Doyle

18

19

20

21

22

23

24

25

26

27

28

---

1

NOTICE OF APPEARANCE FOR D. DOYLE ON BEHALF OF ABBOTT LABORATORIES
Case Nos. C C-07-5985 CW, C-07-6010 CW, C-07-6118 CW, C-07-6120 CW

CHI:2031995.1

WINSTON & STRAWN LLP
101 California Street
San Francisco, CA  94111-5894