**KAPLAN, FOX & KILSHEIMER, LLP**
Robert J. Kaplan
Linda P. Nussbaum
John D. Radice
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: (212) 687-1980
Fax: (212) 687-7714
Email: rkaplan@kaplanfox.com
         lnussbaum@kaplanfox.com'

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEIJER, INC. and MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br>ABBOTT LABORATORIES,<br>Defendant. | Case No.: C 07-5985 CW<br><br>**NOTICE OF APPEARANCE**<br><br>JURY TRIAL DEMANDED |

PLEASE TAKE NOTICE that John D. Radice hereby enters his appearance as counsel for plaintiffs Meijer, Inc. and Meijer Distribution, Inc. in the above-referenced matter. All future pleadings should be served upon John D. Radice, Kaplan Fox & Kilsheimer LLP, 850 Third Avenue, 14th Floor, New York, NY 10022 in addition to all other counsel who have previously appeared on behalf of Meijer, Inc. and Meijer Distribution, Inc.

| | |
|---|---|
| 1 | |
| 2 | Dated: February 13, 2008 |
| 3 | Respectfully submitted, |
| 4 | **KAPLAN FOX & KILSHEIMER LLP** |
| 5 | By: /s/ John D. Radice |
| 6 | Robert J. Kaplan |
| 7 | Linda P. Nussbaum<br>John D. Radice |
| 8 | 850 Third Avenue, 14th Floor<br>New York, NY 0022 |
| 9 | Tel: (212) 687-1980<br>Fax: (212) 687-7714 |
| 10 | Email: jradice@kaplanfox.com |