

| | |
|---|---|
| 1 | Joseph M. Vanek |
| | Scott A. Ruksakiati |
| 2 | David P. Germaine |
| | **VANEK, VICKERS & MASINI, P.C.** |
| 3 | 111 South Wacker Drive, Suite 4050 |
| | Chicago, IL 60606 |
| 4 | Telephone: 312-224-1500 |
| | Facsimile: 312-224-1510 |
| 5 | E-mail: jvanek@vaneklaw.com; |
| | sruksakiati@vaneklaw.com; |
| 6 | dgermaine@vaneklaw.com |

**FILED**
FEB 1 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Attorneys for Plaintiffs MEIJER, INC. and
MEIJER DISTRIBUTION, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEIJER, INC. and MEIJER DISTRIBUTION, INC. on behalf of themselves and all others similarly situated, | CASE NO. C-07-5985 CW |
| | **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |
| Plaintiffs, | |
| v. | |
| ABBOTT LABORATORIES, | |
| Defendant. | |

Pursuant to Civil L.R. 11-3, Scott A. Ruksakiati, an active member in good standing of the bar of Illinois, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Meijer, Inc. and Meijer Distribution, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution

3. Attorneys who are members of the bar of this Court in good standing and who maintain an office within the State of California have been designated as co-counsel in the above-entitled action. The name, address and telephone number of those attorneys is:

> KAPLAN, FOX & KILSHEIMER, LLP
> Laurence D. King (SBN 206423)
> Linda M. Fong (SBN 124232)
> 350 Sansome Street, Suite 400
> San Francisco, CA 94104
> Telephone: (415) 772-4700
> Facsimile: (415) 772-4707
> E-mail: lking@kaplanfox.com
> lfong@kaplanfox.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/4/08

Scott A. Ruksakiati