Joseph R. Saveri (State Bar No. 130064)
*jsaveri@lchb.com*
Eric B. Fastiff (State Bar No. 182260)
*efastiff@lchb.com*
Brendan Glackin (State Bar No. 199643)
*bglackin@lchb.com*
LIEFF, CABRASER, HEIMANN
& BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Attorneys for Individual and Representative Plaintiff Rochester Drug Co-Operative, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| MEIJER, INC. & MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | Case No. C 07-5985 CW<br><br>**NOTICE OF APPEARANCE**<br><br>The Honorable Claudia Wilken |

PLEASE TAKE NOTICE THAT in the above-captioned litigation, Brendan Glackin of the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP, enters his appearance as counsel on behalf of plaintiff ROCHESTER DRUG CO-OPERATIVE, INC. and requests that copies of all future notices, pleadings, and other documents filed in this action be provided to him.

| | | |
|---|---|---|
| 1 | Dated: February 13, 2008 | Respectfully submitted, |
| 2 | | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |
| 4 | | By: _____*/s/ Brendan Glackin*_____ |
| 5 | | Brendan Glackin |
| 6 | | *Attorney for Plaintiff Rochester Drug Co-operative, Inc.* |