1    Joseph R. Saveri (State Bar No. 130064)
     *jsaveri@lchb.com*
2    Eric B. Fastiff (State Bar No. 182260)
     *efastiff@lchb.com*
3    Brendan Glackin (State Bar No. 199643)
     *bglackin@lchb.com*
4    LIEFF, CABRASER, HEIMANN
       & BERNSTEIN, LLP
5    275 Battery Street, 30th Floor
     San Francisco, CA  94111-3339
6    Telephone:  (415) 956-1000
     Facsimile:  (415) 956-1008
7
     *Attorneys for Individual and Representative Plaintiff*
8    *Rochester Drug Co-Operative, Inc.*

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       (OAKLAND DIVISION)

12

13   MEIJER, INC. & MEIJER              Case No. C 07-5985 CW
     DISTRIBUTION, INC., on behalf of
14   themselves and all others similarly   **NOTICE OF APPEARANCE**
     situated,
15                                       The Honorable Claudia Wilken
                    Plaintiffs,
16
     v.
17
     ABBOTT LABORATORIES,
18
                    Defendant.
19

20

21

22          PLEASE TAKE NOTICE THAT in the above-captioned litigation, Eric B. Fastiff

23   of the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP, enters his appearance as counsel

24   on behalf of plaintiff ROCHESTER DRUG CO-OPERATIVE, INC. and requests that copies of

25   all future notices, pleadings, and other documents filed in this action be provided to him.

26

27

28

749283.1                           -1-                   NOTICE OF APPEARANCE
                                                         CASE NO. 07-5985 CW

1    Dated: February 13, 2008              Respectfully submitted,

2                                          LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

3

4                                          By:_____ */s/ Eric B. Fastiff*_____
                                                        Eric B. Fastiff
5
                                           *Attorney for Plaintiff Rochester Drug Co-operative, Inc.*
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

749283.1                                 -2-                    NOTICE OF APPEARANCE
                                                                CASE NO. 07-5985 CW