RECEIVED
FEB 1 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
FEB 13 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF COURT
OAKLAND CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEIJER, INC. and MEIJER DISTRIBUTION, INC. on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>_____Defendant._____/ | CASE NO. C-07-5985 CW<br><br>(~~Proposed~~)<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Joseph M. Vanek, an active member in good standing of the bar of the State of Illinois, whose business address and telephone number is

> Joseph M. Vanek
> **VANEK, VICKERS & MASINI, P.C.**
> 111 South Wacker Drive, Suite 4050
> Chicago, IL 60606
> Telephone: 312-224-1500
> Facsimile: 312-224-1510
> E-mail: jvanek@vaneklaw.com,

having applied in the above entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Meijer, Inc. and Meijer Distribution, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 2/12/08   Magistrate [signature] Wayne D. Brazil
~~Judge Claudia Wilken~~
United States District Court
Northern District of California