RECEIVED
FEB 1 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FILED
FEB 1 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MEIJER, INC. and MEIJER DISTRIBUTION, INC. on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | CASE NO. C-07-5985 CW<br><br>~~(Proposed)~~<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

David P. Germaine, an active member in good standing of the bar of the State of Illinois, whose business address and telephone number is

> David P. Germaine
> **VANEK, VICKERS & MASINI, P.C.**
> 111 South Wacker Drive, Suite 4050
> Chicago, IL 60606
> Telephone: 312-224-1500
> Facsimile: 312-224-1510
> E-mail: dgermaine@vaneklaw.com,

having applied in the above entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Meijer, Inc. and Meijer Distribution, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 2/12/08

Magistrate Judge ~~Claudia Wilken~~ Wayne D. Brazil
United States District Court
Northern District of California