1  Joseph R. Saveri (State Bar No. 130064)
   *jsaveri@lchb.com*
2  Eric B. Fastiff (State Bar No. 182260)
   *efastiff@lchb.com*
3  Brendan Glackin (State Bar No. 199643)
   *bglackin@lchb.com*
4  LIEFF, CABRASER, HEIMANN
     & BERNSTEIN, LLP
5  275 Battery Street, 30th Floor
   San Francisco, CA  94111-3339
6  Telephone:  (415) 956-1000
   Facsimile:  (415) 956-1008
7
   *Attorneys for Individual and Representative Plaintiff*
8  *Rochester Drug Co-Operative, Inc.*

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                         (OAKLAND DIVISION)
12

13
   | MEIJER, INC. & MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated, | Case No. C 07-5985 CW |
   |---|---|
   | Plaintiffs, | **MANUAL FILING NOTIFICATION** |
   | v. | |
   | ABBOTT LABORATORIES, | |
   | Defendant. | |
   | ROCHESTER DRUG CO-OPERATIVE, INC., on behalf of itself and all others similarly situated, | Case No. C 07-6010 CW |
   | Plaintiff, | **MANUAL FILING NOTIFICATION** |
   | v. | |
   | ABBOTT LABORATORIES, | |
   | Defendant. | |

   --[*caption continues next page*]--

749051.1                          -1-                    *EX PARTE* APPLICATION
                                            CASE NOS. 04-01511-CW; CV-07-6010-CW

| | |
|---|---|
| LOUISIANA WHOLESALE DRUG COMPANY, INC., on behalf of itself and all others similarly situated,<br><br>   Plaintiff,<br><br> v.<br><br>ABBOTT LABORATORIES,<br><br>   Defendant. | Case No. C 07-6118 CW<br><br>**MANUAL FILING NOTIFICATION** |

**MANUAL FILING NOTIFICATION**

Regarding: <u>Direct Purchaser Class Plaintiffs' Opposition to Defendant's Motion to Dismiss</u>

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____
   _____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____
   _____

749051.1   -2-   *EX PARTE* APPLICATION
CASE NOS. 04-01511-CW; CV-07-6010-CW

| | | |
|---|---|---|
| 1 | Dated: February 14, 2008 | Respectfully submitted, |
| 2 | | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |
| 4 | | By:      /s/ Brendan Glackin |

Joseph R. Saveri (State Bar No. 130064)
Eric B. Fastiff (State Bar No. 182260)
Brendan Glackin (State Bar No. 199643)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

*Attorneys for Individual and Representative Plaintiff Rochester Drug Co-Operative, Inc.*

749051.1

-3-

*EX PARTE* APPLICATION
CASE NOS. 04-01511-CW; CV-07-6010-CW