Joseph M. Vanek
Scott A. Ruksakiati
David P. Germaine
**VANEK, VICKERS & MASINI, P.C.**
111 South Wacker Drive, Suite 4050
Chicago, IL 60606
Telephone: 312-224-1500
Facsimile: 312-224-1510
E-mail: jvanek@vaneklaw.com;
sruksakiati@vaneklaw.com;
dgermaine@vaneklaw.com

Attorneys for Plaintiffs MEIJER, INC. and
MEIJER DISTRIBUTION, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEIJER, INC. and MEIJER DISTRIBUTION, INC. on behalf of themselves and all others similarly situated, | CASE NO. C-07-5985 CW |
| | **NOTICE OF APPEARANCE** |
| Plaintiffs, | JURY TRIAL DEMANDED |
| v. | |
| ABBOTT LABORATORIES, | |
| Defendant. | |

PLEASE TAKE NOTICE that in the above-captioned litigation, Joseph M. Vanek hereby enters his appearance as counsel for plaintiffs Meijer, Inc. and Meijer Distribution, Inc. and requests that copies of all future notices, pleadings and other documents filed in this action be provided to him.

Dated February 20, 2008

Respectfully Submitted,

VANEK, VICKERS & MASINI, P.C.

By: /s/ Joseph M. Vanek
　　　　Joseph M. Vanek

*Attorney for Plaintiffs Meijer, Inc.
and Meijer Distribution, Inc.*