IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re<br>ABBOTT LABORATORIES ANTITRUST LITIGATION<br>_____ | No. C 04-01511 CW |
| SAFEWAY, INC., et al.<br>    v.<br>ABBOT LABORATORIES<br>_____ | No. C 07-05470 CW |
| SMITHKLINE BEECHAM CORPORATION,<br>    v.<br>ABBOTT LABORATORIES<br>_____ | No. C 07-05702 CW |
| MEIJER INC., et al.,<br>    v.<br>ABBOTT LABORATORIES<br>_____ | No. C 07-05985 CW |
| ROCHESTER DRUG CO-OPERATIVE, INC.,<br>    v.<br>ABBOTT LABORATORIES<br>_____ | No. C 07-06010 CW |
| LOUISIANA WHOLESALE DRUG CO., INC.<br>    v.<br>ABBOTT LABORATORIES<br>_____ | No. C 07-06118 CW |
| RITE AIDE CORP., et al.,<br>    v.<br>ABBOTT LABORATORIES<br>_____/ | No. C 07-06120 CW<br><br>CLERK'S NOTICE RE DOCUMENT FILING |

It has come to the Court's attention that counsel in the above-captioned related cases have been incorrectly e-filing documents in these related cases.  The above-captioned cases have been deemed related; therefore, if counsel is filing a document that applies to **all** of the related cases, then the document must be e-filed in **all** of the cases and the caption shall include all the names and case numbers of the cases.  If counsel is filing a document that applies only to **certain** cases, then the document is only e-filed in those **particular** cases and shall be captioned with only those particular case names and numbers.  If a document applies to **one** case then the document is only filed in the **one** case and shall be captioned with only that case name and number.  In addition, it is only necessary to provide **one courtesy copy** to chambers of a document even though it may have been filed in more than one case.

DATED: 2/25/08

_____
SHEILAH CAHILL
Deputy Clerk

2