1  LIEFF, CABRASER, HEIMANN &
   BERNSTEIN, LLP
2  Joseph R. Saveri (State Bar No. 130064)
   Embarcadero Center West
3  275 Battery Street, 30th Floor
   San Francisco, CA 94111-3339
4  Telephone: (415) 956-1000
   Facsimile:  (415) 956-1008
5  Email: jsaveri@lchb.com

6  *Local Counsel for Rochester Drug Cooperative, Inc.*

7  IRELL & MANELLA LLP
   Alexander Frank Wiles (CA 73596)
8  Brian Hennigan (CA 86955)
   Stephanie Kaufman (CA 162644)
9  Trevor Stockinger (CA 226359)
   1800 Avenue of the Stars #900
10 Los Angeles, CA 90067
   Telephone: (310) 277-1010
11 Facsimile:  (310) 203-7199
   Email: awiles@irell.com; bhennigan@irell.com
12 skaufman@irell.com; tstockinger@irell.com

13 *Counsel for SmithKline Beecham Corporation, d/b/a GlaxoSmithKline*

14

15 [Additional Attorneys and Plaintiffs on Signature Page]

16

17                     **UNITED STATES DISTRICT COURT**

18                     **NORTHERN DISTRICT OF CALIFORNIA**

19                              **OAKLAND DIVISION**

| | |
|---|---|
| SAFEWAY INC.,; WALGREEN CO.; THE KROGER CO.; NEW ALBERTSON'S, INC.; AMERICAN SALES COMPANY, INC.; and HEB GROCERY COMPANY, LP, <br><br> Plaintiff, <br><br> vs. <br><br> ABBOTT LABORATORIES, <br><br> Defendant. <br><br> [caption continues next page] | **Case No. C 07-5470 (CW)** <br><br> *Related per October 31, 2007 Order to Case No. C-04-1511 (CW)* <br><br> **PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5** <br><br> **Date:** March 6, 2008 <br> **Time:** 2:00 p.m. <br> **Courtroom:** 2 (4th Floor) <br> **Judge:** Hon. Claudia Wilken |

| | | |
|---|---|---|
| 1 | SMITHKLINE BEECHAM CORPORATION d/b/a/ GLAXOSMITHKLINE, | **Case No. C 07-5702 (CW)** |
| 2 | | *Related per November 19, 2007 Order to Case No. C-04-1511 (CW)* |
| 3 | Plaintiff, | |
| 4 | vs. | **PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5** |
| 5 | ABBOTT LABORATORIES, | |
| 6 | Defendant. | |
| 7 | | **Date:** March 6, 2008<br>**Time:** 2:00 p.m.<br>**Courtroom:** 2 (4th Floor)<br>**Judge:** Hon. Claudia Wilken |
| 9 | MEIJER, INC. & MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated, | **Case No. C 07-5985 (CW)** |
| 10 | | *Related per November 30, 2007 Order to Case No. C-04-1511 (CW)* |
| 11 | Plaintiffs, | |
| 12 | vs. | **PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5** |
| 13 | ABBOTT LABORATORIES, | |
| 14 | Defendant. | |
| 15 | | **Date:** March 6, 2008<br>**Time:** 2:00 p.m.<br>**Courtroom:** 2 (4th Floor)<br>**Judge:** Hon. Claudia Wilken |
| 17 | ROCHESTER DRUG CO-OPERATIVE, INC., on behalf of itself and all others similarly situated, | **Case No. C 07-6010 (CW)** |
| 18 | | *Related per December 3, 2007 Order to Case No. C-04-1511 (CW)* |
| 19 | Plaintiff, | |
| 20 | vs. | **PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5** |
| 21 | ABBOTT LABORATORIES, | |
| 22 | Defendant. | |
| 23 | | **Date:** March 6, 2008<br>**Time:** 2:00 p.m.<br>**Courtroom:** 2 (4th Floor)<br>**Judge:** Hon. Claudia Wilken |
| 28 | [caption continues next page] | |

---

| | |
|---|---|
| LOUISIANA WHOLESALE DRUG COMPANY, INC., on behalf of itself and all others similarly situated,<br><br>        Plaintiff,<br><br>vs.<br><br>ABBOTT LABORATORIES,<br><br>        Defendant. | **Case No. C 07-6118 (CW)**<br><br>*Related per December 10, 2007 Order to Case No. C-04-1511 (CW)*<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5**<br><br>**Date:** March 6, 2008<br>**Time:** 2:00 p.m.<br>**Courtroom:** 2 (4th Floor)<br>**Judge:** Hon. Claudia Wilken |
| RITE AID CORPORATION; RITE AID HDQTRS, CORP,; JCG (PJC) USA, LLC; MAXI DRUG, INC. d/b/a BROOKS PHARMACY; ECKERD CORPORATION; CVS PHARMACY, INC.; and CAREMARK, L.L.C.,<br><br>        Plaintiff,<br><br>vs.<br><br>ABBOTT LABORATORIES,<br><br>       Defendant. | **Case No. C07-6120 (CW)**<br><br>*Related per December 5, 2007 Order to Case No. C-04-1511 (CW)*<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5**<br><br>**Date:** March 6, 2008<br>**Time:** 2:00 p.m.<br>**Courtroom:** 2 (4th Floor)<br>**Judge:** Hon. Claudia Wilken |

1  Pursuant to Civil Local Rule 79-5, Plaintiffs hereby request an order sealing documents. In support of this Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rule 79-5, Plaintiffs submit for the Court's consideration the Declaration of Stephanie Kaufman in Support of Plaintiffs' Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rule 79-5 ("Kaufman Decl."), filed concurrently herewith.  Plaintiffs have lodged with this Court the following documents, which Plaintiffs request that the Court order sealed.

   1.  Exhibit 1 to Plaintiffs' Request for Judicial Notice in Support of Their Opposition to Abbott's Omnibus Motion to Dismiss and GlaxoSmithKline's Opposition to Defendant's Motion to Dismiss Complaint. (Kaufman Decl. ¶ 2).

   2.  Plaintiffs' Opposition to Abbott's Omnibus Motion to Dismiss.  A redacted version of this document has been filed with the Clerk.  Only the sealable portions of this document have been redacted from the public version of this filing.  An unredacted version, identifying the sealable portions, has been lodged with the Court. (Kaufman Decl. ¶ 3).

On these grounds, Plaintiffs request the Court to seal these documents.  This request is narrowly tailored to seal only that material for which good cause to seal has been established.  A Proposed Order granting this Administrative Motion has been filed and served herewith.

Dated:  February 14, 2008          Respectfully submitted,

                                   LIEFF, CABRASER, HEIMANN &
                                   BERNSTEIN, LLP

                                   By_____
                                   Joseph R. Saveri (State Bar No. 130064)
                                   Embarcadero Center West
                                   275 Battery Street, 30th Floor
                                   San Francisco, CA 94111-3339
                                   Telephone: (415) 956-1000
                                   Facsimile: (415) 956-1008
                                   Email: jsaveri@lchb.com

                                   *Local Counsel for Rochester Drug Cooperative, Inc.*

                                   **[Additional Signature Block on Next Page]**

- 1 -

| | |
|---|---|
|1| IRELL & MANELLA LLP |
|2| By_____ |
|3| Alexander Frank Wiles (CA 73596)<br>Brian Hennigan (CA 86955)<br>Stephanie Kaufman (CA 162644) |
|4| Trevor Stockinger (CA 226359)<br>1800 Avenue of the Stars #900 |
|5| Los Angeles, CA 90067<br>Telephone: (310) 277-1010 |
|6| Facsimile: (310) 203-7199<br>Email: awiles@irell.com; bhennigan@irell.com |
|7| skaufman@irell.com; tstockinger@irell.com |
|8| *Counsel for SmithKlineBeecham Corp. d/b/a GlaxoSmithKline.* |
|9| |
|10| DILLINGHAM & MURPHY, LLP |
|11| By_____<br>William Francis Murphy |
|12| Email: wfm@dillinghammurphy.com<br>Barbara Lynne Harris Chiang |
|13| Email: bhc@dillinghammurphy.com<br>Edward Eldon Hartley |
|14| Email: eeh@dillinghammurphy.com<br>225 Bush Street, Sixth Floor |
|15| San Francisco, CA 94104-4207<br>Telephone: (415) 397-2700 |
|16| Facsimile: (415) 397-3300 |
|17| *Local Counsel for Safeway Inc., et al., and Rite Aid Corp., et al.* |
|18| |
|19| BERGER & MONTAGUE, P.C.<br>Eric L. Cramer, Pro Hac Vice |
|20| Email: ecramer@bm.net<br>Daniel Berger |
|21| Email: danberger@bm.net<br>David F. Sorensen |
|22| Email: dsorensen@bm.net<br>1622 Locust Street |
|23| Philadelphia, PA 19103<br>Telephone: (215) 875-3000 |
|24| Facsimile: (215) 875-4604 |
|25| *Lead Counsel for Rochester Drug Cooperative, Inc.* |
|26| |
|27| |
|28| |

- 2 -

PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO
CIVIL LOCAL RULE 79-5,

1821458

| | |
|---|---|
| 1 | GARWIN GERSTEIN & FISHER, LLP |
| 2 | Bruce E. Gerstein, Pro Hac Vice<br>Email: bgerstein@garwingerstein.com |
| 3 | Noah H. Silverman, Pro Hac Vice<br>Email: nsilverman@garwingerstein.com |
| 4 | 1501 Broadway, Suite 1416<br>New York, New York 10036 |
| 5 | Telephone: (212) 398-0055<br>Facsimile: (212) 764-6620 |
| 6 | *Lead Counsel for Louisiana Wholesale Drug Co., Inc.* |

SPIEGEL LIAO & KAGAY, LLP

Charles M. Kagay (State Bar No. 73377)
Email: cmk@slksf.com
Wayne M. Liao (State Bar No. 66591)
Email: wml@slksf.com
388 Market Street, Suite 900
San Francisco, California 94111
Telephone: (415) 956-5959
Facsimile: (415) 962-1431

*Local Counsel for Plaintiff Louisiana Wholesale Drug, Co. Inc.*

KAPLAN FOX & KILSHEIMER LLP

Laurence D. King (SBN 206423)
Email: lking@kaplanfox.com
Linda M. Fong (SBN 124232)
Email: lfong@kaplanfox.com
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: (415) 772-4700
Facsimile: (415) 772-4707

Robert N. Kaplan, Pro Hac Vice
Email: rkaplan@kaplanfox.com
Linda P. Nussbaum, Pro Hac Vice
Email: lnussbaum@kaplanfox.com
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714

*Lead Counsel for Meijer, Inc. and Meijer Distribution, Inc.*

- 3 -

| | |
|---|---|
| 1 | **Additional Counsel for Plaintiffs (Client Not Specified):** |
| 2 | |
| 3 | ODOM & DES ROCHES, LLP |
| | John Gregory Odom, Pro Hac Vice |
| 4 | Email: greg@odrlaw.com |
| | Stuart E. Des Roches, Pro Hac Vice |
| 5 | Email: stuart@odrlaw.com |
| | John Alden Meade, Pro Hac Vice |
| 6 | Email: jmeade@odrlaw.com. |
| | Suite 2020, Poydras Center |
| 7 | 650 Poydras Street |
| | New Orleans, LA 70130 |
| 8 | Telephone: (504) 522-0077 |
| | Facsimile: (504) 522-0078 |
| 9 | |
| 10 | PERCY SMITH & FOOTE, LLP |
| | David P. Smith, Pro Hac Vice |
| 11 | Email: dpsmith@psfllp.com |
| | W. Ross Foote, Pro Hac Vice |
| 12 | Email: rfoote@psfllp.com |
| | 720 Murray Street |
| 13 | P.O. Box 1632 |
| | Alexandria, LA 71309 |
| 14 | Telephone: (318) 445-4480 |
| | Facsimile: (318) 487-1741 |
| 15 | |
| 16 | KOZYAK TROPIN & THROCKMORTON |
| | Tucker Ronzetti, Pro Hac Vice |
| 17 | Email: tr@kttlaw.com |
| | Adam Moskowitz, Pro Hac Vice |
| 18 | Email: amm@kttlaw.com |
| | 2800 Wachovia Financial Center |
| 19 | 200 South Biscayne Boulevard |
| | Miami, Florida 33131-2335 |
| 20 | Telephone: (305) 372-1800 |
| | Telecopier: (305) 372-3508 |
| 21 | |
| 22 | AUBERTINE DRAPER ROSE, LLP |
| | Andrew E. Aubertine, Pro Hac Vice |
| 23 | Email: aa@adr-portland.com |
| | 1211 SW Sixth Avenue |
| 24 | Portland, Oregon 97204 |
| | Telephone: (503) 221-4570 |
| 25 | Facsimile: (503) 221-4590 |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | LAW OFFICES OF JOSHUA P. DAVIS |
| | Joshua P. Davis (State Bar No. 193254) |
| 2 | Email: davisj@usfca.edu |
| | 437A Valley Street |
| 3 | San Francisco, CA 94131 |
| | Telephone: (415) 422-6223 |
| 4 | |
| 5 | VANEK, VICKERS & MASINI, P.C. |
| | Joseph M. Vanek, Pro Hac Vice |
| 6 | Email: jvanek@vaneklaw.com |
| | David P. Germaine, Pro Hac Vice |
| 7 | Email: dgermaine@vaneklaw.com |
| | 111 South Wacker Drive, Suite 4050 |
| 8 | Chicago, IL 60606 |
| | Telephone: (312) 224-1500 |
| 9 | Facsimile: (312) 224-1510 |
| | SPERLING & SLATER |
| 10 | Paul E. Slater, Pro Hac Vice |
| | Email: pes@sperling-law.com |
| 11 | 55 West Monroe Street, Suite 3200 |
| | Chicago, Illinois 60603 |
| 12 | Telephone: (312) 641-3200 |
| | Facsimile: (312) 641-6492 |
| 13 | |
| 14 | KENNY NACHWALTER, PA |
| | Lauren C. Ravkind |
| 15 | Scott Eliot Perwin |
| | Email: sperwin@kennynachwalter.com |
| 16 | 201 S. Biscayne Blvd. |
| | 1100 Miami Center |
| 17 | Miami, Florida 33131 |
| | Telephone: (512) 480-802 |
| 18 | |
| 19 | ARNOLD & PORTER |
| | Kenneth A. Letzler, Pro Hac Vice |
| 20 | Email: Kenneth_Letzler@aporter.com |
| | 555 Twelfth Street, NW |
| 21 | Washington, DC 20004-1206 |
| | Telephone: (202) 942-5000 |
| 22 | Facsimile: (202) 942-5999 |
| 23 | |
| | HANGLEY ARONCHICK SEGAL & PUDLIN |
| 24 | Steve D. Shadowen |
| | Email: sshadowen@hangley.com |
| 25 | Monica L. Rebuck |
| | Email: mrebuck@hangley.com |
| 26 | 30 North Third Street, Suite 700 |
| | Harrisburg, PA 17101-1701 |
| 27 | Telephone: (717) 364-1007 |
| | Facsimile: (717) 362-1020 |
| 28 | |

1821458   PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5,