Nicole M. Norris (SBN 222785)
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA  94111-5894
Telephone:	415-591-1000
Facsimile:	415-591-1400
Email: nnorris@winston.com

James F. Hurst (*Admitted Pro Hac Vice*)
David J. Doyle (*Admitted Pro Hac Vice*)
Samuel S. Park (*Admitted Pro Hac Vice*)
Stephanie S. McCallum (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone:	312-558-5600
Facsimile:	312-558-5700
Email: jhurst@winston.com; ddoyle@winston.com;
spark@winston.com; smccallum@winston.com

Charles B. Klein (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
1700 K. Street, N.W.
Washington, D.C. 20006
Telephone:	202-282-5000
Facsimile:	202-282-5100
Email:	cklein@winston.com

Attorneys for Defendant
ABBOTT LABORATORIES

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE ABBOTT LABS NORVIR ANTITRUST LITIGATION | Case Nos.<br><br>**C-07-5470 CW**<br>**C-07-5702 CW**<br>**C-07-5985 CW**<br>**C-07-6010 CW**<br>**C-07-6118 CW**<br>**C-07-6120 CW**<br><br>**NOTICE OF APPEARANCE FOR STEPHANIE S. MCCALLUM ON BEHALF OF ABBOTT LABORATORIES**<br><br>**The Honorable Judge Wilken** |

TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Stephanie S. McCallum hereby enters his appearance as counsel of record for Defendant Abbott Laboratories. Ms. McCallum is admitted *pro hac vice* in related case nos.: C-04-1511 CW and C-04-4203 CW.

Copies of all pleading papers and notices should be served as follows:

| Nicole M. Norris | Stephanie S. McCallum |
|---|---|
| WINSTON & STRAWN LLP | WINSTON & STRAWN LLP |
| 101 California Street, Suite 3900 | 35 W. Wacker Drive |
| San Francisco, CA 94111-5894 | Chicago, IL 60601-9703 |
| Telephone: 415-591-1000 | Telephone: 312-558-5600 |
| Facsimile: 415-591-1400 | Facsimile: 312-558-5700 |
| Email: nnorris@winston.com | Email: smccallum@winston.com |

Dated:  February 27, 2008             WINSTON & STRAWN LLP

By:     /s/ Stephanie S. McCallum
              Stephanie S. McCallum

---

1

NOTICE OF APPEARANCE FOR S. MCCALLUM ON BEHALF OF ABBOTT LABORATORIES
Case Nos. C-07-5470 CW, C-07-5702 CW, C-07-5985 CW, C-07-6010 CW, C-07-6118 CW, C-07-6120 CW

CHI:2052467.1

*Side margin:* WINSTON & STRAWN LLP / 101 California Street / San Francisco, CA 94111-5894