IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEIJER, INC. & MEIJER DISTRIBUTION, INC., <br><br>   Plaintiffs, <br><br>   v. <br><br> ABBOTT LABORATORIES, <br><br>   Defendant. | No. C 07-5985 CW <br><br> ORDER DENYING PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL (DOCKET NO. 32) |
| ROCHESTER DRUG COOPERATIVE, INC., <br><br>   Plaintiff, <br><br>   v. <br><br> ABBOTT LABORATORIES, <br><br>   Defendant. | No. C 07-6010 CW <br><br> ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL (DOCKET NO. 26) |
| LOUISIANA WHOLESALE DRUG COMPANY, INC., <br><br>   Plaintiff, <br><br>   v. <br><br> ABBOTT LABORATORIES, <br><br>   Defendant. | No. C 07-6118 CW <br><br> ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL (DOCKET NO. 44) |

1     Plaintiffs in the above-captioned cases have moved for leave
2 to file under seal portions of their brief in opposition to
3 Abbott's motion to dismiss.  Their request relates to their
4 opposition to a dispositive motion.  Accordingly, the brief may not
5 be filed under seal unless there is a "compelling interest" in
6 doing so.  Pintos v. Pac. Creditors Ass'n, 504 F.3d 792, 801-03
7 (9th Cir. 2007).

8     Pursuant to Local Rule 79-5, if any party objects to the
9 public filing of any document, that party must file a declaration
10 establishing with particularity the need to file the document or a
11 portion thereof under seal.  The statement must explain how the
12 party stands to be harmed by the public filing of the objectionable
13 information.  A blanket statement that the party considers the
14 document confidential or has designated the document as subject to
15 a stipulated protective order is not sufficient to demonstrate that
16 the document is sealable.  See Local Rule 79-5(a).

17    The relevant portions of the brief refer to information that
18 Abbott purportedly considers confidential.  Abbott, however, has
19 not filed a declaration establishing a compelling interest to
20 justify filing this document under seal, as it was required to do
21 within five days of Plaintiffs' request.  See Local Rule 79-5(d).
22 Nor does the fact that Abbott may have designated the material as
23 subject to the stipulated protective order in the related 04-1511
24 case establish good cause to file it under seal.  See Local Rule
25 79-5(a).

26    For these reasons, Plaintiffs' motions are DENIED.  Pursuant
27 to Local Rule 79-5(d), Plaintiffs shall file in the public record

28

2

1  in each of the above-captioned cases an unredacted version of their
2  opposition brief.
3       IT IS SO ORDERED.
4
5  Dated: 3/24/08



6                                    _____
                                     CLAUDIA WILKEN
                                     United States District Judge

3