Joseph R. Saveri (SBN 130064)
jsaveri@lchb.com
Eric B. Fastiff (SBN 182260)
efastiff@lchb.com
Brendan Glackin (SBN 199643)
bglackin@lchb.com
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

*Attorneys for Individual and Representative Plaintiff
Rochester Drug Co-Operative, Inc.*

Charles M. Kagay (SBN 073377)
cmk@slksf.com
SPIEGEL, LIAO & KAGAY
388 Market Street, Suite 900
San Francisco, CA 94111
Telephone:  (415) 956-5959
Facsimile:  (415) 362-1431

*Attorneys for Individual and Representative Plaintiff
Louisiana Wholesale Drug Company, Inc.*

[Additional Attorneys and Plaintiffs listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| MEIJER, INC. & MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>Defendant.<br><br>--[*caption continues next page*]-- | Case No. C 07-5985 CW<br><br>**ORDER DENYING PLAINTIFFS' STIPULATED MOTION TO CHANGE CLASS CERTIFICATION HEARING AND BRIEFING DATES**<br><br>**Hon. Claudia Wilken** |

753402.1

STIP. MO. AND PROP. ORDER  TO CHANGE
CLASS CERT. HEARING AND BRIEFING DATES
CASE NOS. C 07-5985 CW; C 07-6010 CW; C 07-6118 CW

| | |
|---|---|
| ROCHESTER DRUG CO-OPERATIVE, INC., on behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>ABBOTT LABORATORIES,<br><br>    Defendant. | Case No. C 07-6010 CW<br><br>**Hon. Claudia Wilken** |
| LOUISIANA WHOLESALE DRUG COMPANY, INC., on behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>ABBOTT LABORATORIES,<br><br>    Defendant. | Case No. C 07-6118 CW<br><br>**Hon. Claudia Wilken** |

**PLAINTIFFS' STIPULATED MOTION AND ORDER DENYING MOTION TO CHANGE CLASS CERTIFICATION HEARING AND BRIEFING DATES**

Plaintiffs and Defendant (the "Parties") in the above-captioned direct purchaser class cases hereby stipulate to, and respectfully seek, a change of the dates of the class certification hearing and briefing established by the December 12, 2007 Case Management Order.

The Parties seek to delay class certification briefing schedule by just over one month. Under the new class certification schedule: (1) Plaintiffs' opening motion and brief would be due May 5, 2008; (2) Defendant's response would be due June 16, 2008; (3) Plaintiffs' reply would be due July 14, 2008; and (4) oral argument would be scheduled for Thursday, August 7, 2008, at 2:00 p.m.

None of these changes affects the intervals between briefs, nor does the proposal alter the interval between the close of briefing and the proposed hearing date. Additionally, the parties agree that no other dates in the Court's schedule for these cases would need to change. The

1 | Parties have confirmed that the Court is available on Thursday, August 7, 2008, at 2:00 p.m., for
2 | the class certification hearing.
3 |     SO STIPULATED:
4 | Dated: March ___, 2008

| WINSTON & STRAWN LLP | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |
|---|---|
| By:_____ | By:  */s/ Joseph R. Saveri*<br>    Joseph R. Saveri |
| 101 California Street<br>San Francisco, California 94111-5802<br>Telephone:  (415) 591-1000<br>Facsimile:   (415) 591-1400 | Joseph R. Saveri<br>*jsaveri@lchb.com*<br>Eric B. Fastiff<br>*efastiff@lchb.com* |
| *Attorneys for Defendant Abbott Laboratories* | Embarcadero Center West<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111-3339<br>Telephone:  (415) 956-1000<br>Facsimile:   (415) 956-1008 |
| | *Attorneys for Individual and Representative Plaintiff*<br>*Rochester Drug Co-Operative, Inc.* |
| | SPIEGEL, LIAO & KAGAY<br>Charles M. Kagay (State Bar No. 73377)<br>*cmk@slksf.com*<br>Wayne M. Liao (State Bar No. 66591)<br>*wml@slksf.com*<br>388 Market Street, Suite 900<br>San Francisco, California 94111<br>Telephone:  (415) 956-5959<br>Facsimile:   (415) 962-1431 |
| | *Attorneys for Individual and Representative Plaintiff Louisiana Wholesale Drug Company, Inc.* |
| | KAPLAN FOX & KILSHEIMER LLP<br>Laurence D. King (SBN 206423)<br>*lking@kaplanfox.com*<br>Linda M. Fong (SBN 124232)<br>*lfong@kaplanfox.com*<br>350 Sansome Street, Suite 400<br>San Francisco, CA 94104<br>Telephone:  (415) 772-4700<br>Facsimile:   (415) 772-4707 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Robert N. Kaplan (*Pro Hac Vice*)
rkaplan@kaplanfox.com
Linda P. Nussbaum (*Pro Hac Vice*)
lnussbaum@kaplanfox.com
John D. Radice (*Pro Hac Vice*)
jradice@kaplanfox.com
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone:   (212) 687-1980
Facsimile:   (212) 687-7714

*Lead Counsel for Meijer, Inc. and Meijer Distribution, Inc.*


BERGER & MONTAGUE, P.C.
Daniel Berger
*danberger@bm.net*
Eric L. Cramer (*Pro Hac Vice*)
*ecramer@bm.net*
David F. Sorensen
*dsorensen@bm.net*
1622 Locust Street
Philadelphia, PA 19103
Telephone:   (215) 875-3000
Facsimile:   (215) 875-4604

*Lead Counsel for Rochester Drug Cooperative, Inc.*


GARWIN GERSTEIN & FISHER, LLP
Bruce E. Gerstein (*Pro Hac Vice*)
*bgerstein@garwingerstein.com*
Noah H. Silverman (*Pro Hac Vice*)
*nsilverman@garwingerstein.com*
1501 Broadway, Suite 1416
New York, New York 10036
Telephone:   (212) 398-0055
Facsimile:   (212) 764-6620

*Lead Counsel for Louisiana Wholesale Drug Co., Inc.*

753402.1

- 3 -

STIP. MO. AND PROP. ORDER TO CHANGE
CLASS CERT. HEARING AND BRIEFING DATES
CASE NOS. C 07-5985 CW; C 07-6010 CW; C 07-6118 CW

| | |
|---|---|
| 1 | ODOM & DES ROCHES, LLP |
| | John Gregory Odom (*Pro Hac Vice*) |
| 2 | *dodom@odrlaw.com* |
| | Stuart E. Des Roches (*Pro Hac Vice*) |
| 3 | *stuart@odrlaw.com* |
| | John Alden Meade (*Pro Hac Vice*) |
| 4 | *jmeade@odrlaw.com* |
| | Suite 2020, Poydras Center |
| 5 | 650 Poydras Street |
| | New Orleans, LA 70130 |
| 6 | Telephone:    (504) 522-0077 |
| | Facsimile:     (504) 522-0078 |
| 7 | |
| | PERCY SMITH & FOOTE, LLP |
| 8 | David P. Smith (*Pro Hac Vice*) |
| | *dpsmith@psfllp.com* |
| 9 | W. Ross Foote (*Pro Hac Vice*) |
| | *rfoote@psfllp.com* |
| 10 | 720 Murray Street |
| | P.O. Box 1632 |
| 11 | Alexandria, LA 71309 |
| | Telephone:    (318) 445-4480 |
| 12 | Facsimile:     (318) 487-1741 |
| 13 | KOZYAK TROPIN & THROCKMORTON |
| | Tucker Ronzetti (*Pro Hac Vice*) |
| 14 | *tr@kttlaw.com* |
| | Adam Moskowitz (*Pro Hac Vice*) |
| 15 | *amm@kttlaw.com* |
| | 2800 Wachovia Financial Center |
| 16 | 200 South Biscayne Boulevard |
| | Miami, Florida 33131-2335 |
| 17 | Telephone:    (305) 372-1800 |
| | Facsimile:     (305) 372-3508 |
| 18 | |
| | AUBERTINE DRAPER ROSE, LLP |
| 19 | Andrew E. Aubertine (*Pro Hac Vice*) |
| | *aa@adr-portland.com* |
| 20 | 1211 SW Sixth Avenue |
| | Portland, Oregon 97204 |
| 21 | Telephone:    (503) 221-4570 |
| | Facsimile:     (503) 221-4590 |
| 22 | |
| | LAW OFFICES OF JOSHUA P. DAVIS |
| 23 | Joshua P. Davis (State Bar No. 193254) |
| | *davisj@usfca.edu* |
| 24 | 437A Valley Street |
| | San Francisco, CA 94131 |
| 25 | Telephone:    (415) 422-6223 |
| 26 | |
| 27 | |
| 28 | |

753402.1    - 4 -    STIP. MO. AND PROP. ORDER TO CHANGE CLASS CERT. HEARING AND BRIEFING DATES
CASE NOS. C 07-5985 CW; C 07-6010 CW; C 07-6118 CW

| | |
|---|---|
| 1 | VANEK, VICKERS & MASINI, P.C. |
|   | Joseph M. Vanek (*Pro Hac Vice*) |
| 2 | jvanek@vaneklaw.com |
|   | David P. Germaine (*Pro Hac Vice*) |
| 3 | dgermaine@vaneklaw.com |
|   | 111 South Wacker Drive, Suite 4050 |
| 4 | Chicago, IL 60606 |
|   | Telephone:   (312) 224-1500 |
| 5 | Facsimile:   (312) 224-1510 |
| 6 | SPERLING & SLATER |
|   | Paul E. Slater (*Pro Hac Vice*) |
| 7 | pes@sperling-law.com |
|   | 55 West Monroe Street, Suite 3200 |
| 8 | Chicago, Illinois 60603 |
|   | Telephone:   (312) 641-3200 |
| 9 | Facsimile:   (312) 641-6492 |
| 10 | *Additional Plaintiffs' Counsel* |

**This motion is denied without prejudice to refiling if Plaintiffs in Case Nos. 07-5470, 07-5702 and 07-6120 stipulate to the same extension of the schedule in those cases.**

It is <u>SO ORDERED</u>.

3/28/08

DATED: _____     _____
HONORABLE CLAUDIA WILKEN

753402.1

- 5 -

STIP. MO. AND PROP. ORDER TO CHANGE
CLASS CERT. HEARING AND BRIEFING DATES
CASE NOS. C 07-5985 CW; C 07-6010 CW; C. 07-6118 CW