1  Joseph R. Saveri (State Bar No. 130064)
   *jsaveri@lchb.com*
2  Eric B. Fastiff (State Bar No. 182260)
   *efastiff@lchb.com*
3  Brendan Glackin (State Bar No. 199643)
   *bglackin@lchb.com*
4  LIEFF, CABRASER, HEIMANN
     & BERNSTEIN, LLP
5  275 Battery Street, 30th Floor
   San Francisco, CA  94111-3339
6  Telephone:  (415) 956-1000
   Facsimile:  (415) 956-1008

*Attorneys for Individual and Representative Plaintiff
Rochester Drug Co-Operative, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| MEIJER, INC. & MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated,<br><br>              Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>              Defendant. | Case No. C 07-5985 CW<br><br>***EX PARTE* APPLICATION TO FILE DOCUMENTS UNDER SEAL** |
| ROCHESTER DRUG CO-OPERATIVE, INC., on behalf of itself and all others similarly situated,<br><br>              Plaintiff,<br><br>    v.<br><br>ABBOTT LABORATORIES,<br><br>              Defendant. | Case No. C 07-6010 CW<br><br>***EX PARTE* APPLICATION TO FILE DOCUMENTS UNDER SEAL** |
| --[*caption continues next page*]-- | |

761428.1 -1- *EX PARTE* APPLICATION
CASE NOS. 04-01511-CW; CV-07-6010-CW

| | |
|---|---|
| LOUISIANA WHOLESALE DRUG COMPANY, INC., on behalf of itself and all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>ABBOTT LABORATORIES,<br><br>        Defendant. | Case No. C 07-6118 CW<br><br>**EX PARTE APPLICATION TO FILE DOCUMENTS UNDER SEAL** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

The Direct Purchaser Class Plaintiffs, by and through their counsel, respectfully ask the Court, on an *ex parte* basis, for an order permitting them to file under seal:

- Direct Purchaser Class Plaintiffs' Notice of Motion and Motion for Class Certification (the "Motion");
- Class Certification Declaration of Hal Singer, Ph.D. (the "Declaration").

Plaintiffs request that the Declaration be filed under seal in its entirety pursuant to Local Rule 79-5(d) because it pervasively refers to documents that defendant Abbott Laboratories has designated "confidential" pursuant to the protective order. Plaintiffs request that the Motion be sealed in part, to the extent it refers to the Declaration. Plaintiffs have lodged with the court the Motion, a redacted Motion, and the Declaration in accordance with Local Rule 79-5(d).

Dated: May 5, 2008

                            Respectfully submitted,

                            LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

                            By:        /s/Brendan Glackin


                            Joseph R. Saveri (State Bar No. 130064)
                            Eric B. Fastiff (State Bar No. 182260)
                            Brendan Glackin (State Bar No. 199643)
                            LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
                            275 Battery Street, 30th Floor
                            San Francisco, CA  94111-3339
                            Telephone:  (415) 956-1000
                            Facsimile:  (415) 956-1008

                            *Attorneys for Individual and Representative Plaintiff Rochester Drug Co-Operative, Inc.*