1  Joseph R. Saveri (SBN 130064)
   *jsaveri@lchb.com*
2  Eric B. Fastiff (SBN 182260)
   *efastiff@lchb.com*
3  Brendan Glackin (SBN 199643)
   *bglackin@lchb.com*
4  LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
   Embarcadero Center West
5  275 Battery Street, 30th Floor
   San Francisco, CA  94111-3339
6  Telephone:  (415) 956-1000
   Facsimile:  (415) 956-1008
7
   *Attorneys for Individual and Representative Plaintiff*
8  *Rochester Drug Co-Operative, Inc.*

9  Charles M. Kagay (SBN 073377)
   *cmk@slksf.com*
10 SPIEGEL, LIAO & KAGAY
   388 Market Street, Suite 900
11 San Francisco, CA 94111
   Telephone:  (415) 956-5959
12 Facsimile:  (415) 362-1431

13 *Attorneys for Individual and Representative Plaintiff*
   *Louisiana Wholesale Drug Company, Inc.*
14

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17                          (OAKLAND DIVISION)

18

| 19 | MEIJER, INC. & MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated, | Case No. C 07-5985 CW |
|---|---|---|
| 20 | | **PROOF OF SERVICE VIA ELECTRONIC MAIL (EMAIL)** |
| 21 | Plaintiffs, | |
| 22 | v. | Date:   August 7, 2008<br>Time:   2:00 p.m.<br>Place:  Courtroom 2, 4th Floor<br>Judge:  Hon. Claudia Wilken |
| 23 | ABBOTT LABORATORIES, | |
| 24 | Defendant. | |
| 25 | | |
| 26 | --[*caption continues next page*]-- | |

27

28

| | | |
|---|---|---|
| 1 | | |
| 2 | ROCHESTER DRUG CO-OPERATIVE, INC., on behalf of itself and all others similarly situated, | Case No. C 07-6010 CW |
| 3 | | **Hon. Claudia Wilken** |
| 4 | Plaintiff, | |
| 5 | v. | |
| 6 | ABBOTT LABORATORIES, | |
| 7 | Defendant. | |
| 8 | LOUISIANA WHOLESALE DRUG COMPANY, INC., on behalf of itself and all others similarly situated, | Case No. C 07-6118 CW |
| 9 | | **Hon. Claudia Wilken** |
| 10 | Plaintiff, | |
| 11 | v. | |
| 12 | ABBOTT LABORATORIES, | |
| 13 | Defendant. | |

761514.1

PROOF OF SERVICE VIA EMAIL
CASE NOS. C 07-5985 CW; C 07-6010 CW; C 07-6118 CW

1  I, the undersigned, declare:

2  I am a citizen of the United States and employed in San Francisco County,
3  California. I am over the age of eighteen years and not a party to the within-entitled action. My
4  business address is Embarcadero Center West, 275 Battery Street, 30th Floor, San Francisco,
5  California 94111-3339. On May 5, 2008, I served copies of documents entitled:

**1. CLASS CERTIFICATION DECLARATION OF HAL SINGER, PH.D.;**

**2. DIRECT PURCHASER CLASS PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION;**

☒  by electronic mail (e-mail) to the following parties at the e-mail address listed:

Nicole M. Norris
WINSTON & STRAWN, LLP
101 California Street, Suite 3900
San Francisco, CA 94111-5894
nnorris@winston.com

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed this May 5, 2008.

/s/ *Brendan Glackin*
Brendan Glackin

761514.1                    -1-                    PROOF OF SERVICE VIA EMAIL
                                                   CASE NOS. C 07-5985 CW; C 07-6010 CW; C 07-6118 CW