

Nicole M. Norris (SBN 222785)
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA 94111-5894
Telephone: 415-591-1000
Facsimile: 415-591-1400
Email: nnorris@winston.com

James F. Hurst (*Admitted Pro Hac Vice*)
David J. Doyle (*Admitted Pro Hac Vice*)
Samuel S. Park (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone: 312-558-5600
Facsimile: 312-558-5700
Email: jhurst@winston.com; ddoyle@winston.com; spark@winston.com

Charles B. Klein (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20007
Telephone: 202-282-5000
Facsimile: 202-282-5100
Email: cklein@winston.com

Attorneys for Defendant
ABBOTT LABORATORIES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| MEIJER, INC. & MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> ABBOTT LABORATORIES, <br><br> Defendant. <br><br> [caption continues next page] | **Case No. C 07-5985 CW** <br><br> *Related by Order to:* <br><br> *Case No. C 04-1511 CW* <br><br> **STIPULATED BRIEFING SCHEDULE AND [PROPOSED] ORDER FOR DEFENDANT'S MOTION TO COMPEL DISCOVERY** <br><br> The Honorable Judge Wilken |

| | |
|---|---|
| ROCHESTER DRUG CO-OPERATIVE, INC., on behalf of itself and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>ABBOTT LABORATORIES,<br><br>　　　　　Defendant. | **Case No. C 07-6010 CW**<br><br>*Related by Order to:*<br><br>*Case No. C 04-1511 CW*<br><br>**STIPULATED BRIEFING SCHEDULE AND [PROPOSED] ORDER FOR DEFENDANT'S MOTION TO COMPEL DISCOVERY**<br><br>The Honorable Judge Wilken |
| LOUISIANA WHOLESALE DRUG COMPANY, INC., on behalf of itself and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>ABBOTT LABORATORIES,<br><br>　　　　　Defendant. | **Case No. C 07-6118 CW**<br><br>*Related by Order to:*<br><br>*Case No. C 04-1511 CW*<br><br>**STIPULATED BRIEFING SCHEDULE AND [PROPOSED] ORDER FOR DEFENDANT'S MOTION TO COMPEL DISCOVERY**<br><br>The Honorable Judge Wilken |

WHEREAS Meijer, Inc., Meijer Distribution, Inc., Rochester Drug Co-operative, Inc., and Louisiana Wholesale Drug Company, Inc. ("Plaintiffs") filed a Motion for Class Certification, Docket No. 62, with this Court on May 5, 2008;

WHEREAS under the current briefing schedule Abbott Laboratories ("Abbott") is required to file an opposition brief to the Motion for Class Certification on June 16, 2008, in which Abbott will argue, among other things, that a fundamental conflict exists within the putative class of direct purchasers of Norvir and/or Kaletra such that class certification should be denied under Rule 23(a);

WHEREAS the parties disagree about whether Abbott is entitled to "downstream" discovery—*i.e.*, discovery regarding prices charged by direct purchasers to their customers for the pharmaceutical products at issue—to support its contention that a fundamental conflict exists among the putative class members;

WHEREAS the Plaintiffs deny that any conflict exists between the named class members and some unidentified absent class members, let alone a "fundamental conflict," and further deny that the

1 discovery sought by Abbott could in any way bear on such unexplained conflict;

2 WHEREAS the parties have met and conferred on several occasions in an unsuccessful effort
3 to resolve this disagreement;

4 WHEREAS on Monday, May 12, 2008, Abbott will move this Court for an order compelling
5 Plaintiffs to comply with its requests to produce certain "downstream" discovery in time for
6 Abbott's response to the Motion for Class Certification;

7 WHEREAS Plaintiffs dispute that Abbott needs this discovery to respond to Plaintiffs'
8 Motion for Class Certification, but are nevertheless agreeing to this schedule;

9 WHEREFORE IT IS HEREBY STIPULATED AND AGREED, by and between the
10 undersigned counsel for Plaintiffs and for Abbott that the parties will abide by the following briefing
11 schedule:

12     1.    Abbott's motion to compel production of documents and an interrogatory response
13         will be filed on May 12, 2008;

14     2.    Plaintiff's opposition to Abbott's Motion to Compel will be filed by May 23,
15         2008;

16     3.    Abbott's reply will be filed by May 30, 2008;

17 The parties respectfully request a telephonic hearing on the Motion to Compel on June 5,
18 2008, at 2 p.m., or at a date and time of the Court's earliest convenience following the completion of
19 briefing on the Motion.

20 Dated: May 12, 2008                                             Respectfully submitted,

By: /s/ Charles B. Klein *for*         By: /s/ Charles B. Klein
Daniel Berger                               Charles B. Klein, *Pro Hac Vice*
Eric L. Cramer, *Pro Hac Vice*             WINSTON & STRAWN LLP
BERGER & MONTAGUE, P.C.           1700 K Street, NW
1622 Locust Street                        Washington, DC 20006
Philadelphia, PA 19103                 Telephone Number:  (202) 282-5000
Telephone: (215) 875-3000             Facsimile Number:  (202) 282-5100
Facsimile: (215) 875-4604              Email: cklein@winston.com
Email: danberger@bm.net

*Counsel for Plaintiff*                        *Attorney for Defendant*
                                                  *Abbott Laboratories*

Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL 60601-9703

*Rochester Drug Cooperative, Inc.*

By: /s/ Charles B. Klein *for*  
Bruce E. Gerstein, *Pro Hac Vice*  
Noah H. Silverman, *Pro Hac Vice*  
GARWIN GERSTEIN & FISHER, LLP  
1501 Broadway, Suite 1416  
New York, NY 10036  
Telephone: (212) 398-0055  
Facsimile: (212) 764-6620  
Email: bgerstein@garwingerstein.com  

*Counsel for Plaintiff Louisiana Wholesale Drug Co., Inc.*

By: /s/ Charles B. Klein *for*  
Linda P. Nussbaum, *Pro Hac Vice*  
John D. Radice, *Pro Hac Vice*  
KAPLAN FOX & KILSHEIMER, LLP  
850 Third Avenue, 14th Floor  
New York, NY 10022  
Telephone: (212) 687-1980  
Facsimile: (212) 687-7714  
Email: lnussbaum@kaplanfox.com  

*Counsel for Plaintiffs Meijer, Inc. and Meijer Distribution, Inc.*

**PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED**

Dated: _____

By: _____  
The Honorable Claudia Wilken  
United States District Court  
Northern District of California

**GENERAL ORDER 45 ATTESTATION**

I, Charles B. Klein, am the ECF User whose ID and password was used to file this Stipulated Briefing Schedule and [Proposed] Order for Defendant's Motion to Compel Discovery. In compliance with General Order 45, X.B., I hereby attest that Daniel Simons, Eric Cramer, John Radice, Andrew Aubertine, David Raphael, and David Germaine, counsel for Plaintiffs, concurred in this filing.

Dated: May 12, 2008

By:  /s/ Charles B. Klein
Charles B. Klein
WINSTON & STRAWN LLP
Counsel for Defendant

Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL 60601-9703