Nicole M. Norris (SBN 222785)
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA 94111-5894
Telephone:    415-591-1000
Facsimile:    415-591-1400
Email: nnorris@winston.com

James F. Hurst (*Admitted Pro Hac Vice*)
David J. Doyle (*Admitted Pro Hac Vice*)
Samuel S. Park (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone:    312-558-5600
Facsimile:    312-558-5700
Email: jhurst@winston.com; ddoyle@winston.com; spark@winston.com

Charles B. Klein (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20007
Telephone:    202-282-5000
Facsimile:    202-282-5100
Email: cklein@winston.com

Attorneys for Defendant
ABBOTT LABORATORIES

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| MEIJER, INC. & MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> ABBOTT LABORATORIES, <br><br> Defendant. <br><br> [caption continues next page] | **Case No. C 07-5985 CW** <br><br> *Related by Order to:* <br><br> *Case No. C 04-1511 CW* <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL** |

| | |
|---|---|
| ROCHESTER DRUG CO-OPERATIVE, INC., on behalf of itself and all others similarly situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>ABBOTT LABORATORIES,<br><br>    Defendant. | **Case No. C 07-6010 CW**<br><br>*Related by Order to:*<br><br>*Case No. C 04-1511 CW*<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL**<br><br>The Honorable Judge Wilken |
| LOUISIANA WHOLESALE DRUG COMPANY, INC., on behalf of itself and all others similarly situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>ABBOTT LABORATORIES,<br><br>    Defendant. | **Case No. C 07-6118 CW**<br><br>*Related by Order to:*<br><br>*Case No. C 04-1511 CW*<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL**<br><br>The Honorable Judge Wilken |

WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894

1     Having reviewed Plaintiffs' Motion for Administrative Relief to File Certain Documents In
2  Support Of Plaintiffs' Motion For Class Certification Under Seal, as well as the Declaration of
3  Charles B. Klein in support of said motion, the Court rules as follows:
4     IT IS HEREBY ORDERED:
5  Defendant Abbott Laboratories has established that certain information filed by Plaintiffs, but
6  designated confidential by Abbott is sealable.  Accordingly, the following documents SHALL BE
7  SEALED:
8  • Portions of the Direct Purchaser Class Plaintiffs' Notice of Motion and Motion for Class
9    Certification, as redacted by Plaintiffs;
10 • Portions of the Declaration of Hal Singer, Ph.D, as redacted by Defendant.

Dated: _____

_____
THE HONORABLE CLAUDIA WILKEN

WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894