IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEIJER, INC., et al., | No. C 07-05985 CW |
|     Plaintiffs, | |
|   v. | |
| ABBOTT LABORATORIES, | |
|     Defendant. | |
| _____ | |
| ROCHESTER DRUG CO-OPERATIVE, INC. | No. C 07-06010 CW |
|     Plaintiff, | |
|   v. | |
| ABBOTT LABORATORIES, | |
|     Defendant. | |
| _____ | |
| LOUISIANA WHOLESALE DRUG COMPANY, INC., | No. C 07-06118 CW |
|     Plaintiff, | |
|   v. | |
| ABBOTT LABORATORIES, | |
|     Defendant. | <u>CLERK'S NOTICE TAKING MOTION UNDER SUBMISSION</u> |
| _____/ | |

    Notice is hereby given that the Court, on its own motion, shall take Defendant Abbott Laboratories' Motion to Compel Production of Documents and Interrogatory Responses under

1 submission on the papers.  The hearing previously scheduled for
2 June 5, 2008, is vacated.  Opposition to the motion will be due May
3 15, 2008, and any reply will be due May 22, 2008.

6 Dated: 5/19/08              *Sheilah Cahill*
                              _____
7                             SHEILAH CAHILL
                              Deputy Clerk

**United States District Court**
For the Northern District of California