1  Joseph R. Saveri (SBN 130064)
   *jsaveri@lchb.com*
2  Eric B. Fastiff (SBN 182260)
   *efastiff@lchb.com*
3  Brendan Glackin (SBN 199643)
   *bglackin@lchb.com*
4  LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
   Embarcadero Center West
5  275 Battery Street, 30th Floor
   San Francisco, CA  94111-3339
6  Telephone:  (415) 956-1000
   Facsimile:  (415) 956-1008
7
   *Attorneys for Plaintiffs*
8

9              UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                    (OAKLAND DIVISION)

12

| | |
|---|---|
| MEIJER, INC. & MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | Case No. C 07-5985 CW<br><br>**Hon. Claudia Wilken**<br><br>**APPENDIX OF UNPUBLISHED AUTHORITY IN SUPPORT OF THE OPPOSITION OF PLAINTIFFS MEIJER, INC., MEIJER DISTRIBUTION, INC., ROCHESTER DRUG CO-OPERATIVE, INC., AND LOUISIANA WHOLESALE DRUG COMPANY, INC. TO DEFENDANT ABBOTT LABORATORIES' MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND <u>INTERROGATORY RESPONSES</u>** |
| ROCHESTER DRUG CO-OPERATIVE, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | Case No. C 07-6010 CW<br><br>**Hon. Claudia Wilken** |
| --[*caption continues next page*]-- | |

764072.1

APPENDIX OF UNPUBLISHED AUTHORITY
CASE NOS. C 07-5985 CW; C 07-6010 CW; C 07-6118 CW

| | |
|---|---|
| LOUISIANA WHOLESALE DRUG COMPANY, INC., on behalf of itself and all others similarly situated,<br><br>            Plaintiff,<br><br>    v.<br><br>ABBOTT LABORATORIES,<br><br>            Defendant. | Case No. C 07-6118 CW<br><br>**Hon. Claudia Wilken** |

**APPENDIX OF UNPUBLISHED AUTHORITY IN SUPPORT OF THE OPPOSITION OF PLAINTIFFS MEIJER, INC., MEIJER DISTRIBUTION, INC., ROCHESTER DRUG CO-OPERATIVE, INC., AND LOUISIANA WHOLESALE DRUG COMPANY, INC. TO DEFENDANT ABBOTT LABORATORIES' MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND INTERROGATORY RESPONSES**

| *Tab* | *Title* |
|---|---|
| A | *In re K-Dur Antitrust Litig.*, No. 01-1652, Special Master's Report and Recommendation Regarding The Appeal of Magistrate Judge G. Donald Haneke's Discovery Order of March 24, 2005 Filed by Defendants, Schering-Plough Corporation and Upsher-Smith Laboratories, Inc., and the Cross-Appeal Filed by the Direct Purchaser Plaintiffs (D.N.J. Jan. 2, 2007) |
| B | *In re K-Dur Antitrust Litig.*, No. 01-1652, Special Master's Report and Recommendation on the Direct Purchaser Plaintiffs' Motion for Class Certification (D.N.J. Apr. 14, 2008) |
| C | *In re Tricor Direct Purchaser Antitrust Litig.*, C.A. No. 05-340, Order (KAJ) (D. Del. Mar. 6, 2006) |
| D | *In re Tricor Direct Purchaser Antitrust Litig.*, C.A. No. 05-340 (KAJ), Transcript of Proceedings Before the Honorable Kent A. Jordan (Mar. 3, 2006) |
| E | *Lumco Industries, Inc. v. Jeld-Wen, Inc.,* No. 96-CV-2125 (E.D. Pa. May 16, 1997) |
| F | *In re Carbon Dioxide Antitrust Litig.,* MDL 940 (M.D. Fla. Nov. 19, 1993) |
| G | *In re Carbon Dioxide Antitrust Litig.,* MDL 940 (M.D. Fla. Dec. 10, 1992) |
| H | *In re Terazosin Hydrochloride Antitrust Litigation*, Case Nos. 98-3125, 99-7143, Omnibus Order (1) Granting Motion for Certification of the Proposed Direct Purchaser ("Sherman Act") Class; (2) Granting Motion for Preliminary Approval, of the Proposed Settlement; (3) Granting Motion for Approval of the Form and Manner of Notice to the Class; and (4) Granting Motion for Setting Certain Deadlines |