| | |
|---|---|
| 1 | Joseph R. Saveri (SBN 130064) |
|   | *jsaveri@lchb.com* |
| 2 | Eric B. Fastiff (SBN 182260) |
|   | *efastiff@lchb.com* |
| 3 | Brendan Glackin (SBN 199643) |
|   | *bglackin@lchb.com* |
| 4 | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |
|   | Embarcadero Center West |
| 5 | 275 Battery Street, 30th Floor |
|   | San Francisco, CA  94111-3339 |
| 6 | Telephone:  (415) 956-1000 |
|   | Facsimile:  (415) 956-1008 |
| 7 | |
| 8 | *Attorneys for Individual and Representative Plaintiff Rochester Drug Co-Operative, Inc.* |
| 9 | Charles M. Kagay (SBN 073377) |
|   | *cmk@slksf.com* |
| 10 | SPIEGEL, LIAO & KAGAY |
|    | 388 Market Street, Suite 900 |
| 11 | San Francisco, CA 94111 |
|    | Telephone:  (415) 956-5959 |
| 12 | Facsimile:  (415) 362-1431 |
| 13 | *Attorneys for Individual and Representative Plaintiff Louisiana Wholesale Drug Company, Inc.* |

FILED
JUN - 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| MEIJER, INC. & MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | Case No. C 07-5985 CW<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |
| --[*caption continues next page*]-- | |

763776.1

[APPLICATION FOR ADMISSION
OF ATTORNEY *PRO HAC VICE*
CASE NOS. C 07-5985 CW; C 07-6010 CW; C 07-6118 CW

| | |
|---|---|
| ROCHESTER DRUG CO-OPERATIVE, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | Case No. C 07-6010 CW<br><br>**Hon. Claudia Wilken** |
| LOUISIANA WHOLESALE DRUG COMPANY, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | Case No. C 07-6118 CW<br><br>**Hon. Claudia Wilken** |

Pursuant to Civil L.R. 11-3, Daniel C. Simons, an active member in good standing of the bar of Pennsylvania, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Plaintiff Rochester Drug Co-Operative, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of Pennsylvania;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing and to become familiar with the Local Rules and the Alternative Dispute Resolution program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

|    |    |
|----|----|
| 1  |    |
| 2  | Joseph R. Saveri |
| 3  | Lieff, Cabraser, Heimann & Bernstein, LLP |
|    | 275 Battery Street, 30th Floor |
| 4  | San Francisco, CA  94111 |
|    | Telephone:  (415) 956-1000 |

I declare under penalty of perjury of the laws of the United States that the foregoing in true and correct.

Dated: May 22, 2008        By: _/s/ Daniel C. Simons_____
                                Daniel C. Simons

763776.1                      - 3 -

APPLICATION FOR ADMISSION OF
ATTORNEY *PRO HAC VICE*
CASE NOS. C 07-5985 CW; C 07-6010 CW; C 07-6118 CW