1    Joseph R. Saveri (SBN 130064)
     *jsaveri@lchb.com*
2    Eric B. Fastiff (SBN 182260)
     *efastiff@lchb.com*
3    Brendan Glackin (SBN 199643)
     *bglackin@lchb.com*
4    LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
     Embarcadero Center West
5    275 Battery Street, 30th Floor
     San Francisco, CA  94111-3339
6    Telephone:  (415) 956-1000
     Facsimile:  (415) 956-1008
7
     *Attorneys for Individual and Representative Plaintiff*
8    *Rochester Drug Co-Operative, Inc.*

9    [Additional Counsel Listed on Signature Page]

10
                    UNITED STATES DISTRICT COURT
11
                  NORTHERN DISTRICT OF CALIFORNIA
12
                        (OAKLAND DIVISION)
13

14
|  |  |
|---|---|
| MEIJER, INC. & MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | Case No. C 07-5985 CW<br><br>**DIRECT PURCHASER CLASS PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR ENTRY OF PROPOSED PRETRIAL ORDER NO. 1 (UNOPPOSED)**<br><br>Date:      July 24, 2008<br>Time:      2:00 PM<br>Court:     Courtroom 2, 4th Floor |
| ROCHESTER DRUG CO-OPERATIVE, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | Case No. C 07-6010 CW<br><br>**Hon. Claudia Wilken** |
| --[*caption continues next page*]-- |  |

1

2   LOUISIANA WHOLESALE DRUG          Case No. C 07-6118 CW
    COMPANY, INC., on behalf of itself
    and all others similarly situated,   **Hon. Claudia Wilken**
3
                        Plaintiff,
4
            v.
5
    ABBOTT LABORATORIES,
6
                        Defendant.
7

8   TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

9           Pursuant to Rule 23(g) of the Federal Rules of Civil Procedure and the *Manual on*

10  *Complex Litigation (Fourth)*, and for the reasons set forth in the accompanying Memorandum of

11  Law, plaintiffs in the three above-captioned antitrust class actions (collectively, "Plaintiffs")

12  respectfully move for entry of the proposed Pretrial Order No. 1, attached to as Exhibit 1 to the

13  supporting Memorandum of Law.  PTO No. 1 would consolidate the three pending related class

14  actions, and appoint interim co-lead class counsel.

15          Counsel for Plaintiffs have met and conferred with counsel for the Defendant, and

16  all parties support entry of proposed Pretrial Order No. 1.

17
    Dated: June 6, 2008              Respectfully submitted,
18

19                                   /s/ Eric Cramer
                                     Eric L. Cramer, *Pro Hac Vice*
20                                   Email: ecramer@bm.net
                                     Daniel C. Simons
21                                   Email: dsimons@bm.net
                                     **BERGER & MONTAGUE, P.C.**
22                                   1622 Locust Street
                                     Philadelphia, PA  19103
23                                   Telephone: (215) 875-3000
                                     Facsimile: (215) 875-4604
24
                                     *Counsel for Plaintiff Rochester Drug Cooperative, Inc.*
25

26

27

28

DPC PTFS' MTN FOR ENTRY OF PROPOSED
PRETRIAL ORDER #1
CASE NOS. C 07-5985 CW; C 07-6010 CW; C 07-6118 CW

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Linda P. Nussbaum, *Pro Hac Vice*
Email: lnussbaum@kaplanfox.com
John D. Radice, *Pro Hac Vice*
Email: jradice@kaplanfox.com
**KAPLAN FOX & KILSHEIMER, LLP**
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714

*Counsel for Plaintiffs Meijer, Inc. and Meijer Distribution, Inc.*

Bruce E. Gerstein, *Pro Hac Vice*
Email: bgerstein@garwingerstein.com
Noah H. Silverman, *Pro Hac Vice*
Email: nsilverman@garwingerstein.com
**GARWIN GERSTEIN & FISHER, LLP**
1501 Broadway, Suite 1416
New York, NY 10036
Telephone: (212) 398-0055
Facsimile: (212) 764-6620

*Counsel for Plaintiff Louisiana Wholesale Drug Co., Inc.*

John Gregory Odom, *Pro Hac Vice*
Email: greg@odrlaw.com
Stuart E. Des Roches, *Pro Hac Vice*
Email: stuart@odrlaw.com
John Alden Meade, *Pro Hac Vice*
Email: jmeade@odrlaw.com
**ODOM & DES ROCHES, LLP**
Suite 2020, Poydras Center
650 Poydras Street
New Orleans, LA 70130
Telephone: (504) 522-0077
Facsimile: (504) 522-0078

David P. Smith, *Pro Hac Vice*
Email: dpsmith@psfllp.com
W. Ross Foote, *Pro Hac Vice*
Email: rfoote@psfllp.com
**PERCY SMITH & FOOTE, LLP**
720 Murray Street
P.O. Box 1632
Alexandria, LA 71309
Telephone: (318) 445-4480
Facsimile: (318) 487-1741

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Joshua P. Davis (State Bar No. 193254)
Email: davisj@usfca.edu
**LAW OFFICES OF JOSHUA P. DAVIS**
437A Valley Street
San Francisco, CA 94131
Telephone: (415) 422-6223

Joseph R. Saveri (SBN 130064)
Email: jsaveri@lchb.com
Eric B. Fastiff (SBN 182260)
Email: efastiff@lchb.com
Brendan Glackin (SBN 199643)
Email: bglackin@lchb.com
**LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP**
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

Joseph M. Vanek, *Pro Hac Vice*
Email: jvanek@vaneklaw.com
David P. Germaine, *Pro Hac Vice*
Email: dgermaine@vaneklaw.com
**VANEK, VICKERS & MASINI, P.C.**
111 South Wacker Drive, Suite 4050
Chicago, IL  60606
Telephone: (312) 224-1500
Facsimile: (312) 224-1510

Andrew E. Aubertine, *Pro Hac Vice*
Email: aa@adr-portland.com
**AUBERTINE DRAPER ROSE, LLP**
1211 S.W. Sixth Avenue
Portland, OR  97204
Telephone: (503) 221 4570
Facsimile: (503) 221 4590

Charles M. Kagay (SBN 073377)
Email: cmk@slksf.com
**SPIEGEL, LIAO & KAGAY**
388 Market Street, Suite 900
San Francisco, CA  94111
Telephone:  (415) 956 5959
Facsimile:  (415) 362 1431

1 Tucker Ronzetti, *Pro Hac Vice*
Email: tr@kttlaw.com

2 Adam Moskowitz, *Pro Hac Vice*
Email: amm@kttlaw.com

3 **KOZYAK TROPIN & THROCKMORTON**
2800 Wachovia Financial Center

4 200 South Biscayne Boulevard
Miami, FL 33131 2335

5 Telephone: (305) 372 1800
Facsimile: (305) 372 3508

6

7 Paul E. Slater, *Pro Hac Vice*
Email: pes@sperling-law.com

8 **SPERLING & SLATER**
55 West Monroe Street, Suite 3200
Chicago, IL 60603

9 Telephone: (312) 641 3200
Facsimile: (312) 641 6492

10

11 *Additional Plaintiffs Counsel*

12     Pursuant to General Order 45, Part X-B, the filer attests that concurrence in
the filing of this document has been obtained from Eric Cramer.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28