1  Joseph R. Saveri (SBN 130064)
   *jsaveri@lchb.com*
2  Eric B. Fastiff (SBN 182260)
   *efastiff@lchb.com*
3  Brendan Glackin (SBN 199643)
   *bglackin@lchb.com*
4  LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
   Embarcadero Center West
5  275 Battery Street, 30th Floor
   San Francisco, CA  94111-3339
6  Telephone:  (415) 956-1000
   Facsimile:  (415) 956-1008
7
   *Attorneys for Plaintiffs*
8
   [Additional Counsel Listed on Signature Page]
9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                   (OAKLAND DIVISION)

13

| | |
|---|---|
| 14  MEIJER, INC. & MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated, | Case No. C 07-5985 CW |
| 15 | **PRETRIAL ORDER NO. 1 REGARDING CONSOLIDATION AND MANAGEMENT** |
| 16         Plaintiffs, | |
| 17  v. | |
| 18  ABBOTT LABORATORIES, | |
| 19         Defendant. | |
| 20  ROCHESTER DRUG CO-OPERATIVE, INC., on behalf of itself and all others similarly situated, | Case No. C 07-6010 CW |
| 21 | |
| 22 | **Hon. Claudia Wilken** |
| 23         Plaintiff, | |
| 24  v. | |
| 25  ABBOTT LABORATORIES, | |
| 26         Defendant. | |
| 27  --[*caption continues on next page*]— | |
| 28 | |

1

2    LOUISIANA WHOLESALE DRUG          Case No. C 07-6118 CW
     COMPANY, INC., on behalf of itself and all
3    others similarly situated,             **Hon. Claudia Wilken**

4                        Plaintiff,

     v.
5
     ABBOTT LABORATORIES,
6
                        Defendant.

7

8          WHEREAS, Plaintiffs Rochester Drug Co-operative, Inc., Meijer, Inc., Meijer

9    Distribution, Inc., and Louisiana Wholesale Drug Co., Inc. ("Plaintiffs") have filed complaints

10   (the "Direct Purchaser Class Complaints") in the above-referenced actions for alleged violations

11   of the antitrust laws involving the brand name prescription drugs Norvir and Kaletra, pursuant to

12   Section 2 of the Sherman Act, 15 U.S.C. § 2;

13         WHEREAS, Plaintiffs seek to proceed on behalf of a proposed class of direct

14   purchasers of Norvir and/or Kaletra from defendant Abbott Laboratories ("Abbott"); and,

15         WHEREAS, consolidation of the Direct Purchaser Class Complaints and  any

16   other future like actions will avoid unnecessary costs and promote the efficient conduct of

17   proceedings herein;

18         WHEREAS, Plaintiffs request entry of this Order, and Abbott does not oppose its

19   entry;

20         NOW, THEREFORE, THE COURT ORDERS:

21   I.    <u>CONSOLIDATION</u>

22         1.    This Order shall govern and control the procedure for the litigation of each

23   of the above-listed class actions, and all "tag along" class action cases—cases which assert or

24   purport to assert class action claims arising from or relating to the operative facts and allegations

25   contained in the Direct Purchaser Class Complaints—that are subsequently filed in or transferred

26   to this Court (collectively, the "Consolidated Direct Purchaser Class Action").  All such actions

27   are hereby consolidated for all purposes until further order, pursuant to Fed. R. Civ. P. 42(a).

28

1    2.    The existing Consolidated Amended Complaint filed in *Meijer, Inc. &*

2    *Meijer Distribution, Inc. v. Abbott Laboratories, Inc.*, No. C 07-5985 CW (N.D. Cal.), shall

3    operate as the operative Consolidated Complaint.  All papers hereafter filed in the Consolidated

4    Direct Purchaser Class Action shall bear the caption of the earliest-filed Direct Purchaser

5    Complaint, *Meijer, Inc. & Meijer Distribution, Inc. v. Abbott Laboratories, Inc.*, No. C 07-5985

6    CW (N.D. Cal.).  The complaints in Civil Action Nos. 07-6010 & 07-6118 are dismissed without

7    prejudice.

8    3.    Defendant Abbott Laboratories has already answered the Consolidated

9    Amended Complaint in the *Meijer* action.

10    4.    The terms of this Order shall not have the effect of making any person,

11    firm, or corporation a party to any action in which he, she or it has not been properly named,

12    served, or joined, in accordance with the Federal Rules of Civil Procedure.  The terms of this

13    Order and the consolidation ordered herein, and Abbott's agreement not to oppose the entry of

14    this Order, shall not constitute a waiver by any party of any claims in or defenses to any of the

15    actions, including defenses based on personal jurisdiction.

16    5.    When an action that properly belongs as part of the Consolidated Direct

17    Purchaser Class Action (pursuant to paragraph I.1 of this Order) is hereinafter filed in this Court

18    or transferred to this Court, Plaintiffs' Co-Lead Counsel (*see* paragraph II.1 of this Order) shall

19    serve a file-endorsed copy of this Order upon attorneys for plaintiff(s) in the newly-filed or

20    transferred action, and upon the attorneys for any new defendant(s) in the newly-filed or

21    transferred cases, and file such notice and proof of service with this Court.  Objections to

22    consolidation or application of the other terms of this Order to such cases shall be promptly filed,

23    with a copy served on counsel for Plaintiffs.

24    **II.    ORGANIZATION OF COUNSEL**

25    1.    The Court designates the following to act as Co-Lead Counsel on behalf of

26    all plaintiffs in the Consolidated Direct Purchaser Class Action, with the responsibilities

27    hereinafter described:

28

1                      KAPLAN FOX & KILSHEIMER, LLP
Robert N. Kaplan
2                      Linda P. Nussbaum
John D. Radice
3                      805 Third Avenue
New York, NY 10022
4                      Tel: 212.687.1980
Fax: 212.687.7714

5

6                      BERGER & MONTAGUE, P.C.
Eric L. Cramer
Daniel C. Simons
7                      1622 Locust Street
Philadelphia, PA 19103
8                      Tel: (215) 875-3000
Fax: (215) 875-4604

9

10                    GARWIN GERSTEIN & FISHER, LLP
Bruce E. Gerstein
Noah Silverman
11                   1501 Broadway
New York, NY 10036
12                   Tel: (212) 398-0055
Fax: (212) 764-6620

13

14          2.        Co-Lead Counsel, working together in a coordinated fashion, shall have

15 sole authority over the following matters on behalf of all plaintiffs in the Consolidated Direct

16 Purchaser Action: (a) convening meetings of plaintiffs' counsel; (b) initiation, response,

17 scheduling, briefing, and argument of all motions; (c) the scope, order, and conduct of all

18 discovery proceedings; (d) making such work assignments among themselves and other counsel

19 as they may deem appropriate; (e) collecting time and expense reports from all plaintiffs' counsel

20 on a periodic basis; (f) the retention of experts; (g) designation of which attorneys shall appear at

21 hearings and conferences with the Court; (h) the timing and substance of any settlement

22 negotiations with defendant(s); (i) the allocation of fees, if any are awarded by the Court; and

23 (j) other matters concerning the prosecution of the Consolidated Direct Purchaser Action.

24          3.        In addition to Co-Lead Counsel, the Court designates the following to

25 serve on an Executive Committee, comprised of themselves and Co-Lead Counsel with the

26 responsibilities hereinafter described:

27

28

1
2
3
4
5

ODOM & DES ROCHES, LLP
John Gregory Odom
Stuart E. Des Roches
John Alden Meade
Suite 2020, Poydras Center
650 Poydras Street
New Orleans, LA 70130
Tel: (504) 522-0077
Fax: (504) 522-0078

6
7
8
9
10

THE SMITH FOOTE LAW FIRM, LLP
David P. Smith
W. Ross Foote
720 Murray Street
P.O. Box 1632
Alexandria, LA 71309
Tel: (318) 445-4480
Fax: (318) 487-1741

11    4.    The Executive Committee shall perform the functions of the litigation as

12    directed by Co-Lead Counsel.

13    5.    The Court designates the following firms to act as Other Class Counsel,

14    which shall perform the functions of the litigation as directed by the Co-Lead Counsel and/or the

15    Executive Committee:

16
17
18
19
20

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Joseph R. Saveri
Eric B. Fastiff
Brendan Glackin
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone:    (415) 956-1000
Facsimile:    (415) 956-1008

21
22
23
24

SPIEGEL, LIAO & KAGAY
Charles M. Kagay
Wayne M. Liao
388 Market Street, Suite 900
San Francisco, California 94111
Telephone:    (415) 956-5959
Facsimile:    (415) 962-1431

25
26
27
28

[PROPOSED] PTO NO. 1 RE:
CONSOLIDATED AND MANAGEMENT
Case Nos. C 07-5985 CW; 07-6010 CW; 07-6118 CW

1
KOZYAK TROPIN & THROCKMORTON
Tucker Ronzetti
2
Adam Moskowitz
2800 Wachovia Financial Center
3
200 South Biscayne Boulevard
Miami, Florida 33131-2335
4
Telephone: (305) 372-1800
Telecopier: (305) 372-3508
5
6
AUBERTINE DRAPER ROSE, LLP
Andrew E. Aubertine
7
1211 SW Sixth Avenue
Portland, Oregon 97204
Telephone:    (503) 221-4570
8
Facsimile:    (503) 221-4590
9
LAW OFFICES OF JOSHUA P. DAVIS
Joshua P. Davis
10
437A Valley Street
San Francisco, CA 94131
11
Telephone:    (415) 422-6223
12
VANEK, VICKERS & MASINI, P.C.
Joseph M. Vanek
13
David P. Germaine
111 S. Wacker Drive, Suite 4050
14
Chicago, IL 60606
Telephone:    (312) 224-1500
15
Facsimile:    (312) 224-1510
16
SPERLING & SLATER
Paul E. Slater
17
55 West Monroe Street, Suite 3200
Chicago, Illinois 60603
18
Telephone:    (312) 641-3200
Facsimile:    (312) 641-6492
19
20
6.    No motion or other pleadings shall be initiated or filed on behalf of any
21
Plaintiffs in the Consolidated Direct Purchaser Action except through Co-Lead Counsel or their
22
designees.
23
7.    Time Records: All Plaintiffs' counsel in the Consolidated Direct Purchaser
24
Action shall keep contemporaneous time records and shall periodically submit summaries or
25
other records and expenses to Co-Lead Counsel or their designees.
26
SO ORDERED, this 18th day of June, 2008.
27
28
_____
United States District Judge