1  Joseph R. Saveri (SBN 130064)
   *jsaveri@lchb.com*
2  Brendan Glackin (SBN 199643)
   *bglackin@lchb.com*
3  LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
   Embarcadero Center West
4  275 Battery Street, 30th Floor
   San Francisco, CA  94111-3339
5  Telephone:  (415) 956-1000
   Facsimile:  (415) 956-1008
6
7  *Class Counsel for Direct Purchaser Class Plaintiffs*

8  [Additional Counsel Listed on Signature Page]

9

10               UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF CALIFORNIA
11                      (OAKLAND DIVISION)

12

| 13 | MEIJER, INC. & MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated, | Case No. C 07-5985 CW |
|----|----|----|
| 14 | | *Related per October 31, 2007 Order to* **Case No. C-04-1511 CW** |
| 15 | Plaintiffs, | CONSOLIDATED CASE |
| 16 | v. | ***EX PARTE* APPLICATION TO FILE DOCUMENTS UNDER SEAL** |
| 17 | ABBOTT LABORATORIES, | |
| 18 | Defendant. | **Hon. Claudia Wilken** |
| 19 | | |
| 20 | SAFEWAY INC.; WALGREEN CO.; THE KROGER CO.; NEW ALBERTSON'S, INC.; AMERICAN SALES COMPANY, INC.; and HEB GROCERY COMPANY, LP, | Case No. C07-5470 (CW) |
| 21 | | *Related per October 31, 2007 Order to* **Case No. C-04-1511 CW** |
| 22 | | |
| 23 | Plaintiffs, | **Hon. Claudia Wilken** |
| 24 | v. | |
| 25 | ABBOTT LABORATORIES, | |
| 26 | Defendant. | |
| 27 | | |
| 28 | --[*caption continues on next page*]— | |

| | |
|---|---|
| RITE AID CORPORATION; RITE AID HDQTRS, CORP.; JCG (PJC) USA, LLC; MAXI DRUG, INC. d/b/a BROOKS PHARMACY; ECKERD CORPORATION; CVS PHARMACY, INC.; and CAREMARK, L.L.C., | Case No. C07-6120 (CW) |

RITE AID CORPORATION; RITE AID
HDQTRS, CORP.; JCG (PJC) USA, LLC; MAXI
DRUG, INC. d/b/a BROOKS PHARMACY;
ECKERD CORPORATION; CVS PHARMACY,
INC.; and CAREMARK, L.L.C.,

    Plaintiffs,

  v.

ABBOTT LABORATORIES,

    Defendant.

Case No. C07-6120 (CW)

*Related per October 31, 2007 Order to*
**Case No. C-04-1511 CW**

**Hon. Claudia Wilken**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

    The Direct Purchaser Class Plaintiffs, by and through their counsel, respectfully ask the Court, on an *ex parte* basis, for an order permitting them to file under seal:

- Brief of Direct Purchaser Class Plaintiffs In Opposition to Abbott's Motion for Certification of Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b) (the "Brief").

Plaintiffs request that the unredacted version of Brief be filed under seal pursuant to Local Rule 79-5(d) because it refers to a document that defendant Abbott Laboratories has designated "confidential" pursuant to the protective order.  Plaintiffs have lodged with the court the Brief and a redacted Brief in accordance with Local Rule 79-5(d).

Dated: June 19, 2008     Respectfully submitted,

          LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

          By:   /s/Brendan Glackin
               Brendan Glackin

          Joseph R. Saveri (State Bar No. 130064)
          Eric B. Fastiff (State Bar No. 182260)
          Brendan Glackin (State Bar No. 199643)
          LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
          275 Battery Street, 30th Floor
          San Francisco, CA  94111-3339
          Telephone:  (415) 956-1000
          Facsimile:  (415) 956-1008

          *Class Counsel for Direct Purchaser Class Plaintiffs*

1

2       William Francis Murphy
       wfm@dillinghammurphy.com

3       Barbara Lynne Harris Chiang
       bhc@dillinghammurphy.com

4       Edward Eldon Hartley
       eeh@dillinghammurphy.com

5       DILLINGHAM & MURPHY, LLP
       225 Bush Street, Sixth Floor

6       San Francisco, CA 94104-4207
       Telephone: (415) 397-2700

7       Facsimile: (415) 397-3300

8       *Local Counsel for Safeway Inc., et al., and Rite Aid Corp., et al.*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28