1   Joseph R. Saveri (SBN 130064)
    *jsaveri@lchb.com*
2   Brendan Glackin (SBN 199643)
    *bglackin@lchb.com*
3   LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
    Embarcadero Center West
4   275 Battery Street, 30th Floor
    San Francisco, CA  94111-3339
5   Telephone:  (415) 956-1000
    Facsimile:  (415) 956-1008
6
    *Class Counsel for Direct Purchaser Class Plaintiffs*
7
    [Additional Counsel Listed on Signature Page]
8
9                   UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
10                         (OAKLAND DIVISION)

11  MEIJER, INC. & MEIJER DISTRIBUTION,          Case No. C 07-5985 CW
    INC., on behalf of themselves and all others
12  similarly situated,                          *Related per October 31, 2007 Order to*
                                                 **Case No. C-04-1511 CW**
13             Plaintiffs,
                                                 CONSOLIDATED CASE
14        v.
                                                 **MANUAL FILING NOTIFICATION:**
15  ABBOTT LABORATORIES,                         **BRIEF OF DIRECT PURCHASER**
                                                 **PLAINTIFFS IN OPPOSITION TO**
16             Defendant.                        **ABBOTT'S MOTION FOR**
                                                 **CERTIFICATION OF**
17                                               **INTERLOCUTORY APPEAL**
                                                 **PURSUANT TO 28 U.S.C. § 1292(b)**
18
                                                 **Hon. Claudia Wilken**
19

20  SAFEWAY INC.; WALGREEN CO.; THE              Case No. C07-5470 (CW)
    KROGER CO.; NEW ALBERTSON'S, INC.;
21  AMERICAN SALES COMPANY, INC.; and            *Related per October 31, 2007 Order to*
    HEB GROCERY COMPANY, LP,                     **Case No. C-04-1511 CW**
22
               Plaintiffs,                       **Hon. Claudia Wilken**
23
          v.
24
    ABBOTT LABORATORIES,
25
               Defendant.
26
27  --[*caption continues on next page*]—
28

768132.1                        -1-             MANUAL FILING NOTIFICATION
                                        CASE NOS. C07-5985(CW); C07-6010(CW); C07-6118(CW)

| | |
|---|---|
| RITE AID CORPORATION; RITE AID HDQTRS, CORP.; JCG (PJC) USA, LLC; MAXI DRUG, INC. d/b/a BROOKS PHARMACY; ECKERD CORPORATION; CVS PHARMACY, INC.; and CAREMARK, L.L.C., | Case No. C07-6120 (CW) *Related per October 31, 2007 Order to* **Case No. C-04-1511 CW** |
| Plaintiffs, | **Hon. Claudia Wilken** |
| v. | |
| ABBOTT LABORATORIES, | |
| Defendant. | |

## **MANUAL FILING NOTIFICATION**

Regarding:    Brief of Direct Purchaser Class Plaintiffs In Opposition to Abbott's Motion for Certification of Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b)

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.  If you are a participant in this case, this filing will be served in hard-copy shortly.  For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____

_____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____

_____

768132.1

-2-

1 | Dated: June 19, 2008

Respectfully submitted,

2

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

3

4

By:                /s/ Brendan Glackin

5

6

Joseph R. Saveri (State Bar No. 130064)
Eric B. Fastiff (State Bar No. 182260)
Brendan Glackin (State Bar No. 199643)

7

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor

8

San Francisco, CA  94111-3339
Telephone:  (415) 956-1000

9

Facsimile:  (415) 956-1008

10

*Class Counsel for Direct Purchaser Class Plaintiffs*

11

12

William Francis Murphy
wfm@dillinghammurphy.com
Barbara Lynne Harris Chiang

13

bhc@dillinghammurphy.com
Edward Eldon Hartley

14

eeh@dillinghammurphy.com
DILLINGHAM & MURPHY, LLP

15

225 Bush Street, Sixth Floor
San Francisco, CA 94104-4207

16

Telephone: (415) 397-2700
Facsimile: (415) 397-3300

17

*Local Counsel for Safeway Inc., et al., and Rite Aid Corp.,*

18

*et al.*

19

20

21

22

23

24

25

26

27

28

MANUAL FILING NOTIFICATION
CASE NOS. C07-5985(CW); C07-6010(CW); C07-6118(CW)