Nicole M. Norris (SBN 222785)
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA 94111-5894
Telephone:   415-591-1000
Facsimile:   415-591-1400
Email: nnorris@winston.com

James F. Hurst (*Admitted Pro Hac Vice*)
David J. Doyle (*Admitted Pro Hac Vice*)
Samuel S. Park (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone:   312-558-5600
Facsimile:   312-558-5700
Email: jhurst@winston.com; ddoyle@winston.com; spark@winston.com

Charles B. Klein (*Pro Hac Vice Pending*)
WINSTON & STRAWN
1700 K. Street, N.W.
Washington, D.C., 20006-3817
Telephone:   202-282-5000
Facsimile:   202-282-5100
Email: cklein@winston.com

Attorneys for Defendant
ABBOTT LABORATORIES

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| MEIJER, INC. & MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>        vs.<br><br>ABBOTT LABORATORIES,<br><br>                Defendant. | **Case No. C 07-5985 CW**<br><br>*Related Per October 31, 2007 Order to Case No. C 04-1511 CW*<br><br>CONSOLIDATED CASE<br><br>**DECLARATION OF CHARLES B. KLEIN IN OPPOSITION TO DIRECT PURCHASER CLASS PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date:       August 7, 2008<br>Time:       2:00 p.m.<br>Courtroom: 2 (4th Floor)<br>Judge:      Hon. Claudia Wilken |

I, CHARLES B. KLEIN, declare:

1. I am an attorney at law, admitted to practice *pro hac vice* in this Court for this matter. I am a partner with the law firm of Winston & Strawn LLP, counsel of record for Abbott Laboratories ("Abbott"), and am authorized to make this Declaration in that capacity.

2. Attached hereto as Exhibit 1 is a true and correct copy of an October 4, 2002 agreement between Meijer, Inc. and Frank W. Kerr Company.

3. Attached hereto as Exhibit 2 are relevant portions of the Expert Report of Douglas F. Greer, dated September 26, 2007, filed in the related matter *In re Abbott Labs Norvir Antitrust Litigation*, Case No. 04-1511 (N.D. Cal.).

4. Attached hereto as Exhibit 3 is a true and correct copy of a letter sent by John Leonard of Abbott to certain HIV Care Providers, dated January 12, 2004.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Washington D.C.

Dated: June 25, 2008                             /s/ Charles B. Klein
                                                  Charles B. Klein

WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894

DECLARATION OF CHARLES B. KLEIN IN OPPOSITION TO DIRECT
PURCHASER CLASS PLAINTIFFS' MOTION FOR CLASS CERTIFICATION - C-07-5985 CW