# EXHIBIT 1 – DECLARATION OF CHARLES B. KLEIN

# FILED UNDER SEAL