Nicole M. Norris (SBN 222785)
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA 94111-5894
Telephone:    415-591-1000
Facsimile:    415-591-1400
Email: nnorris@winston.com

James F. Hurst (*Admitted Pro Hac Vice*)
David J. Doyle (*Admitted Pro Hac Vice*)
Samuel S. Park (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone:    312-558-5600
Facsimile:    312-558-5700
Email: jhurst@winston.com; ddoyle@winston.com; spark@winston.com

Charles B. Klein (*Admitted Pro Hac Vice*)
WINSTON & STRAWN
1700 K. Street, N.W.
Washington, D.C., 20006-3817
Telephone:    202-282-5000
Facsimile:    202-282-5100
Email: cklein@winston.com

Attorneys for Defendant
ABBOTT LABORATORIES

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| MEIJER, INC. & MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>      vs.<br><br>ABBOTT LABORATORIES,<br><br>            Defendant. | **Case No. C 07-5985 CW**<br><br>*Related Per October 31, 2007 Order to Case No. C 04-1511 CW*<br><br>CONSOLIDATED CASE<br><br>**PROOF OF SERVICE**<br><br>Date:        August 7, 2008<br>Time:        2:00 p.m.<br>Courtroom:   2 (4th Floor)<br>Judge:       Hon. Claudia Wilken |

**PROOF OF SERVICE**

I am employed by Winston & Strawn LLP in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is: 101 California Street, San Francisco, CA 94111.

On **June 26, 2008**, I served the within document(s):

- ABBOTT LABORATORIES' OPPOSITION TO DIRECT PURCHASER CLASS PLAINTIFFS' MOTION FOR CLASS CERTIFICATION (UNREDACTED);

- DECLARATION OF JOEL HAY IN SUPPORT OF ABBOTT LABORATORIES' OPPOSITION TO DIRECT PURCHASER CLASS PLAINTIFFS' MOTION FOR CLASS CERTIFICATION (UNREDACTED);

- DECLARATION OF JOSEPH SERIO IN SUPPORT OF ABBOTT LABORATORIES' OPPOSITION TO DIRECT PURCHASER CLASS PLAINTIFFS' MOTION FOR CLASS CERTIFICATION;

- EXHIBIT A TO DECLARATION OF CHARLES B. KLEIN IN SUPPORT OF ABBOTT LABORATORIES' OPPOSITION TO DIRECT PURCHASER CLASS PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

[X] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, addressed as set forth below.

[ ] On _____, I sent such document(s) from facsimile machine 415-591-1400. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine 415-591-1400 which confirms said transmission and receipt.

[ ] by causing to be personally delivered the document(s) listed above to the person(s) at the address(es) set forth below.

[ ] by causing the document(s) listed above to be delivered via overnight delivery (Federal Express) to the person(s) at the address(es) set forth below.

[ ] by causing the document(s) listed above to be delivered via overnight delivery (United Parcel Service (UPS)) to the person(s) at the address(es) set forth below.

[X] On June 25, 2008 I sent the document(s) via electronic mail to the person(s) at the address(es) set forth below.

| | |
|---|---|
| **John Daniel Radice**<br>Kaplan Fox & Kilsheimer<br>850 Third Avenue<br>14th Floor<br>New York, NY 10022<br>jradice@kaplanfox.com | **Scott E. Perwin**<br>Kenny Nachwalter, PA<br>1100 Miami Center<br>201 South Biscayne Blvd.<br>Miami, FL 33131<br>sperwin@kennynachwalter.com |
| **Daniel C. Simons**<br>Berger & Montague, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103<br>dsimons@bm.net | **Monica L. Rebuck**<br>Hangley Aronchick Segal & Pudlin<br>30 N. Third Street, Suite 700<br>Harrisburg, PA 17101<br>mrebuck@hangley.com |
| **Andrew E. Aubertine**<br>Aubertine Draper Rose LLP<br>1211 SW 6th Avenue<br>Portland, OR 97204<br>aa@adr-portland.com | **Trevor Stockinger**<br>Irell & Manella LLP<br>1800 Avenue of the Stars<br>Suite 900<br>Los Angeles, CA 90067-4276<br>tstockinger@irell.com |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

DATED: June 26, 2008                               /s/ Nicole M. Norris
                                                                    Nicole M. Norris

WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894