1   Nicole M. Norris (SBN 222785)
    WINSTON & STRAWN LLP
2   101 California Street, Suite 3900
    San Francisco, CA  94111-5894
3   Telephone:     415-591-1000
    Facsimile:     415-591-1400
4   Email: nnorris@winston.com

5   James F. Hurst (*Admitted Pro Hac Vice*)
    David J. Doyle (*Admitted Pro Hac Vice*)
6   Samuel S. Park (*Admitted Pro Hac Vice*)
    WINSTON & STRAWN LLP
7   35 W. Wacker Drive
    Chicago, IL 60601-9703
8   Telephone:     312-558-5600
    Facsimile:     312-558-5700
9   Email: jhurst@winston.com; ddoyle@winston.com;
    spark@winston.com
10
    Charles B. Klein (*Admitted Pro Hac Vice*)
11  WINSTON & STRAWN
    1700 K. Street, N.W.
12  Washington, D.C., 20006-3817
    Telephone:     202-282-5000
13  Facsimile:     202-282-5100
    Email: cklein@winston.com
14
    Attorneys for Defendant
15  ABBOTT LABORATORIES

16                  **UNITED STATES DISTRICT COURT**

17                 **NORTHERN DISTRICT OF CALIFORNIA**

18                       **OAKLAND DIVISION**

19  MEIJER, INC. & MEIJER DISTRIBUTION,     )    **Case No. C 07-5985 CW**
    INC., on behalf of themselves and all others  )
20  similarly situated,                      )    *Related Per October 31, 2007 Order to*
                                             )    *Case No. C 04-1511 CW*
21           Plaintiffs,                     )
                                             )    CONSOLIDATED CASE
22       vs.                                 )
                                             )    **[PROPOSED] CORRECTED ORDER**
23  ABBOTT LABORATORIES,                     )    **GRANTING ABBOTT LABORATORIES'**
                                             )    **MISCELLANEOUS ADMINISTRATIVE**
24           Defendant.                      )    **MOTION TO FILE CERTAIN**
                                             )    **DOCUMENTS UNDER SEAL**
25                                           )
                                             )    Date:       August 7, 2008
26                                           )    Time:       2:00 p.m.
                                                  Courtroom:  2 (4th Floor)
27                                                Judge:      Hon. Claudia Wilken

28

WINSTON & STRAWN LLP
101 California Street
San Francisco, CA  94111-5894

[PROPOSED] ORDER GRANTING ABBOTT LABORATORIES' MISCELLANEOUS ADMINISTRATIVE MOTION TO
FILE CERTAIN DOCUMENTS UNDER SEAL - C-07-5985 CW

WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Having considered Defendant Abbott Laboratories' Administrative Motion to File Certain Documents Under Seal and the supporting Declaration of Stephanie S. McCallum, and finding good cause, therefore, Defendant's Motion is GRANTED.

Accordingly, the following materials shall be filed UNDER SEAL:

• Portions of Abbott's Opposition To Direct Purchaser Class Plaintiffs' Motion For Class Certification;

• The Declaration of Joseph Serio in support of Abbott's Opposition to Direct Purchaser Class Plaintiffs' Motion for Class Certification and exhibit attached thereto;

• Exhibit 1 to the Declaration of Charles B. Klein in support of Abbott's Opposition to Direct Purchaser Class Plaintiffs' Motion for Class Certification;

• Portions of the Declaration of Joel Hay in support of Abbott's Opposition to Direct Purchaser Class Plaintiffs' Motion for Class Certification.

Dated: _____    By: _____
                                          Hon. Claudia Wilken
                                          United States District Judge

1

[PROPOSED] ORDER GRANTING ABBOTT LABORATORIES' MISCELLANEOUS ADMINISTRATIVE MOTION TO FILE CERTAIN DOCUMENTS UNDER SEAL - C-07-5985 CW