Nicole M. Norris (SBN 222785)
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA 94111-5894
Telephone: 415-591-1000
Facsimile: 415-591-1400
Email: nnorris@winston.com

James F. Hurst (*Admitted Pro Hac Vice*)
David J. Doyle (*Admitted Pro Hac Vice*)
Samuel S. Park (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone: 312-558-5600
Facsimile: 312-558-5700
Email: jhurst@winston.com; ddoyle@winston.com; spark@winston.com

Charles B. Klein (*Admitted Pro Hac Vice*)
WINSTON & STRAWN
1700 K. Street, N.W.
Washington, D.C., 20006-3817
Telephone: 202-282-5000
Facsimile: 202-282-5100
Email: cklein@winston.com

Attorneys for Defendant
ABBOTT LABORATORIES

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| MEIJER, INC. & MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ABBOTT LABORATORIES,<br><br>Defendant.<br><br>[caption continues on next page] | **Case No. C 07-5985 CW**<br><br>*Related by October 31, 2007 Order to:*<br>*Case No. C 04-1511 CW*<br><br>**CONSOLIDATED CASE**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE MOTION TO SEAL**<br><br>**The Honorable Judge Wilken** |

WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894

| | |
|---|---|
| SAFEWAY INC.; WALGREEN CO.; THE KROGER CO.; NEW ALBERTSON'S, INC.; AMERICAN SALES COMPANY, INC.; and HEB GROCERY COMPANY, LP,<br><br>    Plaintiffs,<br><br>    vs.<br><br>ABBOTT LABORATORIES,<br><br>    Defendant. | **Case No. C 07-5470 CW**<br><br>*Related by October 31, 2007 Order to:*<br><br>*Case No. C 04-1511 CW*<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE MOTION TO SEAL**<br><br>The Honorable Judge Wilken |
| RITE AID CORPORATION; RITE AID HDQTRS. CORP.; JCG (PJC) USA, LLC; MAXI DRUG, INC. D/B/A BROOKS PHARMACY; ECKERD CORPORATION; CVS PHARMACY, INC.; and CAREMARK, L.L.C.,<br><br>    Plaintiffs,<br><br>    vs.<br><br>ABBOTT LABORATORIES,<br><br>    Defendant. | **Case No. C 07-6120 CW**<br><br>*Related by October 31, 2007 Order to:*<br><br>*Case No. C 04-1511 CW*<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE MOTION TO SEAL**<br><br>**The Honorable Judge Wilken** |

1  Having considered Plaintiffs' Ex Parte Administrative Motion to File Certain
2  Documents Under Seal and the supporting Declaration of Stephanie S. McCallum, and finding good
3  cause, therefore, Plaintiffs' Motion is GRANTED.
4  Accordingly, the following materials shall be filed UNDER SEAL:

- Portions of Brief of Direct Purchaser Plaintiffs In Opposition To Abbott's Motion For Certification Of Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b).
- Exhibit 1 to the Brief of Direct Purchaser Plaintiffs In Opposition To Abbott's Motion For Certification Of Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b).
- 

Dated: _____    By: _____
                                       Hon. Claudia Wilken
                                       United States District Judge

WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894