# EXHIBIT A

1  Joseph R. Saveri (SBN 130064)
   *jsaveri@lchb.com*
2  Brendan Glackin (SBN 199643)
   *bglackin@lchb.com*
3  LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
   Embarcadero Center West
4  275 Battery Street, 30th Floor
   San Francisco, CA  94111-3339
5  Telephone:  (415) 956-1000
   Facsimile:  (415) 956-1008
6
   *Attorneys for Plaintiffs*
7
8
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                          (OAKLAND DIVISION)
12
13

14  MEIJER, INC. & MEIJER DISTRIBUTION,           Case No. C 07-5985 CW
    INC., on behalf of themselves and all others
15  similarly situated,                            CONSOLIDATED CASE

16                Plaintiffs,                      **[PROPOSED] ORDER GRANTING
                                                   MOTION OF DIRECT PURCHASER
17       v.                                        CLASS PLAINTIFFS TO COMPEL
                                                   PRODUCTION OF DOCUMENTS
18  ABBOTT LABORATORIES,                           AND TESTIMONY**

19                Defendant.                       Date:      August 7, 2008
                                                   Time:      2:00 p.m.
20                                                 Location:  Courtroom 2

21                                                 **Hon. Claudia Wilken**
22
23         Direct Purchaser Class Plaintiffs' Motion to Compel Production of Documents and

24  Testimony is hereby GRANTED.
25

26  DATED: _____     _____
                                        THE HONORABLE CLAUDIA WILKEN
27
28

770917.1                           -1-         DECLARATION OF ANDREW E. AUBERTINE ISO
                                                MOTION TO COMPEL PRODUCTION/TESTIMONY
                                                                  CASE NO. C 07-5985