# EXHIBIT B

**Andy Aubertine**

| | |
|---|---|
| **From:** | Klein, Chuck [CKlein@winston.com] |
| **Sent:** | Friday, June 27, 2008 6:56 AM |
| **To:** | John D. Radice; Campbell, Matt |
| **Cc:** | Dan Simons; Linda P. Nussbaum; Eric Cramer; Bruce Gerstein; Andy Aubertine |
| **Subject:** | RE: Norvir -- Discovery letter |

John,

Thanks again for your letter, which we have reviewed and analyzed.

First, any motion to compel production of documents relating to profits or profit margins would not be ripe. You have not requested such documents and, thus, we have not responded to any such requests. As a result, there is no basis upon which you can move to compel them.

Second, we have reviewed the cases discussed in your letter. In light of the Court's holding that the "Cascade rule does not apply," however, these cases do not support your position that you are entitled to discover Abbott documents pertaining to "costs and expenses" relating to Norvir, Kaletra, or lopinavir.

Feel free to call me if you have any questions.

Thanks,
Chuck

-----Original Message-----
From: John D. Radice [mailto:jradice@kaplanfox.com]
Sent: Monday, June 23, 2008 2:50 PM
To: Klein, Chuck; Campbell, Matt
Cc: Dan Simons; Linda P. Nussbaum; Eric Cramer; Bruce Gerstein; Andy Aubertine; John D. Radice
Subject: Norvir -- Discovery letter


Chuck--per our call on Friday, please see attached.

Thanks,

John D. Radice
Kaplan Fox & Kilsheimer LLP
850 Third Avenue
14th Floor
New York, NY 10022
Tel: (212) 687-1980
Mobile: (646) 245-8502
Fax: (212) 687-7714
e-mail: jradice@kaplanfox.com

EXHIBIT B to Aubertine decl.
PAGE 1 OF 1

PRIVILEGED ATTORNEY/CLIENT COMMUNICATION AND/OR ATTORNEY WORK PRODUCT.
The information in this transmittal may be privileged and/or
confidential. It is intended only for the recipient(s) listed above. If
you are neither the intended recipient(s) nor a person responsible for

1