IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEIJER, INC. & MEIJER DISTRIBUTION, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ABBOTT LABORATORIES,<br><br>    Defendant. | No. C 07-5985 CW<br><br>ORDER CONCERNING PLAINTIFFS' MOTION TO COMPEL (Docket No. 111) |
| SMITHKLINE BEECHAM CORPORATION d/b/a/ GLAXOSMITHKLINE,<br><br>    Plaintiff,<br><br>    v.<br><br>ABBOTT LABORATORIES,<br><br>    Defendant. | No. C 07-5702 CW<br><br>ORDER CONCERNING PLAINTIFF'S MOTION TO COMPEL (Docket No. 88) |

Plaintiffs in the above-captioned cases have moved to compel Defendant to produce certain information concerning, among other things, its costs relating to Kaletra, Norvir and lopinavir. Although the Court has ruled that Plaintiffs need not satisfy the test set out in Cascade Health Solutions v. PeaceHealth, 515 F.3d 883 (9th Cir. 2008), the Court is of the opinion that Defendant's costs may nonetheless be relevant to the issue of whether its pricing is anticompetitive.

1    Plaintiffs' motions are hereby referred to Magistrate Judge
2 Zimmerman for decision consistent with this order.
3    IT IS SO ORDERED.

5 Dated: 7/8/08

   _____
   CLAUDIA WILKEN
   United States District Judge