UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEIJER INC. & MEIJER DISTRIBUTION INC., <br><br> Plaintiff(s), <br><br> v. <br><br> ABBOTT LABORATORIES, <br><br> Defendant(s). | No. C 07-5985 CW (BZ) <br><br> **BRIEFING ORDER** |

By Order dated July 8, 2008, Judge Wilken has referred plaintiffs' motion to compel the production of certain cost information. **IT IS HEREBY ORDERED** that defendant's opposition is due **July 23, 2008.** Any reply is due **July 30, 2008.** The matter will be heard on **Wednesday, August 13, 2008 at 10:00 a.m.** Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: July 11, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\MEIJER V. ABBOTT LABS\BRIEFING ORDER.wpd

1