James F. Hurst (*Admitted Pro Hac Vice*)
David J. Doyle (*Admitted Pro Hac Vice*)
Samuel S. Park (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone:   312-558-5600
Facsimile:   312-558-5700
Email: jhurst@winston.com;
ddoyle@winston.com;
spark@winston.com

Jeffrey I. Weinberger (SBN 56214)
David M. Rosenzweig (SBN 176272)
Grant A. Davis-Denny (SBN 229335)
MUNGER, TOLLES & OLSON LLP
355 Grand Avenue
Los Angeles, CA  90071-1560
Telephone: (213) 683-9100
Facsimile:  (213) 687-3702
Email: jeffrey.weinberger@mto.com;
david.rosenzweig@mto.com;
grant.davis-denny@mto.com

Nicole M. Norris (SBN 222785)
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA  94111-5894
Telephone:   415-591-1000
Facsimile:   415-591-1400
Email: nnorris@winston.com

Michelle Friedland (SBN 234124)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA  94105-2907
Telephone: (415) 512-4000
Facsimile:  (415) 512-4077
Email: michelle.friedland@mto.com

Charles B. Klein (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C.  20007
Telephone:   202-282-5000
Facsimile:   202-282-5100
Email: cklein@winston.com

Attorneys for Defendant
ABBOTT LABORATORIES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| MEIJER, INC. & MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>       vs.<br><br>ABBOTT LABORATORIES,<br><br>            Defendant. | **Case No. C 07-5985 CW**<br><br>*Related Per October 31, 2007 Order to Case No. C 04-1511 CW*<br><br>**NOTICE OF ASSOCIATION OF COUNSEL** |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant Abbott Laboratories hereby associates Jeffrey I. Weinberger, David M. Rosenzweig, Michelle Friedland, and Grant Davis-Denny of the law firm of Munger, Tolles & Olson LLP as its counsel of record in this matter. All pleadings, orders and notices should henceforth be served upon Mr. Weinberger, Mr. Rosenzweig, Ms. Friedland, and Mr. Davis-Denny, 355 South Grand Avenue, 35th Fl., Los Angeles, CA 90071-1560 in addition to counsel who are currently on the service list. The telephone and facsimile numbers at Munger, Tolles & Olson LLP are (213) 683-9100 (telephone), and (213) 687-3702 (facsimile).

Dated: July 14, 2008                    WINSTON & STRAWN LLP

                                        By:   /s/ *James F. Hurst*

                                              James F. Hurst
                                              Attorneys for Defendant
                                              ABBOTT LABORATORIES

Above association accepted.

Dated: July 14, 2008                    MUNGER, TOLLES & OLSON LLP

                                        By:   /s/ *Jeffrey I. Weinberger*

                                              Jeffrey I. Weinberger
                                              Attorneys for Defendant
                                              ABBOTT LABORATORIES

**WINSTON & STRAWN LLP**
101 California Street
San Francisco, CA 94111-5894

**GENERAL ORDER 45 ATTESTATION**

I, James F. Hurst, am the ECF User whose ID and password was used to file this Notice of Association of Counsel. In compliance with General Order 45, X.B., I hereby attest that Jeffrey L. Weinberger on behalf of all counsel from Munger, Tolles & Olsen LLP, concurred in this filing.

Dated: ___July 14, 2008___          By: _/s/ James F. Hurst_____
                                                                      James F. Hurst
                                                                      Attorney for Defendant
                                                                      ABBOTT LABORATORIES

**WINSTON & STRAWN LLP**
101 California Street
San Francisco, CA 94111-5894