| | |
|---|---|
| 1 | Joseph R. Saveri (State Bar No. 130064) |
| | *jsaveri@lchb.com* |
| 2 | Eric B. Fastiff (State Bar No. 182260) |
| | *efastiff@lchb.com* |
| 3 | Brendan Glackin (State Bar No. 199643) |
| | *bglackin@lchb.com* |
| 4 | Jordan Elias (State Bar No. 228731) |
| | *jelias@lchb.com* |
| 5 | LIEFF, CABRASER, HEIMANN |
| | & BERNSTEIN, LLP |
| 6 | 275 Battery Street, 30th Floor |
| | San Francisco, CA  94111-3339 |
| 7 | Telephone:  (415) 956-1000 |
| | Facsimile:  (415) 956-1008 |

*Attorneys for Individual and Representative Plaintiff Rochester Drug Co-operative, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| MEIJER, INC. & MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | Case No. C 07-5985 CW<br><br>CONSOLIDATED CASE<br><br>**NOTICE OF APPEARANCE**<br><br>The Honorable Claudia Wilken |

PLEASE TAKE NOTICE THAT in the above-captioned litigation, Jordan Elias of the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP, enters his appearance as counsel on behalf of plaintiff ROCHESTER DRUG CO-OPERATIVE, INC. and requests that copies of all future notices, pleadings, and other documents filed in this action be provided to him.

1 | Dated: July 21, 2008

Respectfully submitted,

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By: */s/ Jordan Elias*
       Jordan Elias

*Attorney for Plaintiff Rochester Drug Co-operative, Inc.*