Joseph R. Saveri (SBN 130064)
jsaveri@lchb.com
Brendan Glackin (SBN 199643)
bglackin@lchb.com
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

*Class Counsel*

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| MEIJER, INC., et al., on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>         v.<br><br>ABBOTT LABORATORIES,<br><br>                    Defendant. | Case No. C 07-5985 CW<br><br>CONSOLIDATED CASE<br><br>**NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND TESTIMONY**<br><br>**Hon. Claudia Wilken**<br><br>**Hon. Bernard Zimmerman** |

   Plaintiffs Meijer Inc., Meijer Distribution, Inc., Rochester Drug Co-operative, Inc., and Louisiana Wholesale Drug Co., Inc. (collectively, "Plaintiffs") and Abbott Laboratories have reached an agreement memorialized in email exchanges resolving, at this time, Plaintiffs' pending motion to compel.  Given this agreement, Plaintiffs hereby withdraw their Motion to Compel Production of Documents and Testimony (Docket # 111), filed on July 3, 2008, and calendared

for hearing before Magistrate Judge Zimmerman on August 13, 2008. Plaintiffs reserve their rights to re-file the motion in the future if necessary.

Dated: July 23, 2008                     Respectfully submitted,


By: _____ */s/ Brendan Glackin* _____

Joseph R. Saveri (SBN 130064)
Email: jsaveri@lchb.com
Brendan Glackin (SBN 199643)
Email: bglackin@lchb.com
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA  94111 3339
Telephone:  (415) 956 1000
Facsimile:  (415) 956 1008

***Class Counsel for Direct Purchaser Class Plaintiffs***

Linda P. Nussbaum, *Pro Hac Vice*
Email: lnussbaum@kaplanfox.com
John D. Radice, *Pro Hac Vice*
Email: jradice@kaplanfox.com
KAPLAN FOX & KILSHEIMER, LLP
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714

Daniel Berger
Email: danberger@bm.net
Eric L. Cramer, *Pro Hac Vice*
Email: ecramer@bm.net
Daniel C. Simons, *Pro Hac Vice*
Email: dsimons@bm.net
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA  19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604

775422.1

-2-

NOTICE OF WITHDRAWAL OF
PLAINTIFFS' MOTION TO COMPEL
CASE NO. C 07-5985 CW

| | |
|---|---|
| 1 | |
| 2 | Bruce E. Gerstein, *Pro Hac Vice* |
|   | Email: bgerstein@garwingerstein.com |
| 3 | Noah H. Silverman, *Pro Hac Vice* |
|   | Email: nsilverman@garwingerstein.com |

Bruce E. Gerstein, *Pro Hac Vice*
Email: bgerstein@garwingerstein.com
Noah H. Silverman, *Pro Hac Vice*
Email: nsilverman@garwingerstein.com
GARWIN GERSTEIN & FISHER, LLP
1501 Broadway, Suite 1416
New York, NY  10036
Telephone: (212) 398-0055
Facsimile: (212) 764-6620

***Co-Lead Counsel for Direct Purchaser Class Plaintiffs***

David P. Smith, *Pro Hac Vice*
Email: dpsmith@psfllp.com
W. Ross Foote, *Pro Hac Vice*
Email: rfoote@psfllp.com
PERCY SMITH & FOOTE, LLP
720 Murray Street
P.O. Box 1632
Alexandria, LA  71309
Telephone: (318) 445-4480
Facsimile: (318) 487-1741
John Gregory Odom, *Pro Hac Vice*
Email: greg@odrlaw.com
Stuart E. Des Roches, *Pro Hac Vice*
Email: stuart@odrlaw.com
John Alden Meade, *Pro Hac Vice*
Email: jmeade@odrlaw.com
ODOM & DES ROCHES, LLP
Suite 2020, Poydras Center
650 Poydras Street
New Orleans, LA  70130
Telephone: (504) 522-0077
Facsimile: (504) 522-0078

***Executive Committee for Direct Purchaser Class Plaintiffs***

|    |                                                                 |
|----|-----------------------------------------------------------------|
| 1  | Andrew E. Aubertine, *Pro Hac Vice*                             |
| 2  | Email: aa@adr-portland.com                                      |
|    | AUBERTINE DRAPER ROSE, LLP                                      |
| 3  | 1211 S.W. Sixth Avenue                                          |
|    | Portland, OR  97204                                             |
| 4  | Telephone: (503) 221 4570                                       |
| 5  | Facsimile: (503) 221 4590                                       |
| 6  | Joshua P. Davis (State Bar No. 193254)                          |
|    | Email: davisj@usfca.edu                                         |
| 7  | LAW OFFICES OF JOSHUA P. DAVIS                                  |
| 8  | 437A Valley Street                                              |
|    | San Francisco, CA 94131                                         |
| 9  | Telephone: (415) 422-6223                                       |
| 10 | Joseph M. Vanek, *Pro Hac Vice*                                 |
|    | Email: jvanek@vaneklaw.com                                      |
| 11 | David P. Germaine, *Pro Hac Vice*                               |
| 12 | Email: dgermaine@vaneklaw.com                                   |
|    | VANEK, VICKERS & MASINI, P.C.                                   |
| 13 | 111 South Wacker Drive, Suite 4050                              |
| 14 | Chicago, IL  60606                                              |
|    | Telephone: (312) 224-1500                                       |
| 15 | Facsimile: (312) 224-1510                                       |
|    | Charles M. Kagay (SBN 073377)                                   |
| 16 | Email: cmk@slksf.com                                            |
|    | SPIEGEL, LIAO & KAGAY                                           |
| 17 | 388 Market Street, Suite 900                                    |
| 18 | San Francisco, CA  94111                                        |
|    | Telephone:  (415) 956 5959                                      |
| 19 | Facsimile:  (415) 362 1431                                      |
| 20 |                                                                 |
|    | Tucker Ronzetti, *Pro Hac Vice*                                 |
| 21 | Email: tr@kttlaw.com                                            |
| 22 | Adam Moskowitz, *Pro Hac Vice*                                  |
|    | Email: amm@kttlaw.com                                           |
| 23 | KOZYAK TROPIN & THROCKMORTON                                    |
| 24 | 2800 Wachovia Financial Center                                  |
|    | 200 South Biscayne Boulevard                                    |
| 25 | Miami, FL  33131 2335                                           |
|    | Telephone: (305) 372 1800                                       |
| 26 | Facsimile: (305) 372 3508                                       |
| 27 |                                                                 |
| 28 |                                                                 |

Paul E. Slater, *Pro Hac Vice*
Email: pes@sperling-law.com
SPERLING & SLATER
55 West Monroe Street, Suite 3200
Chicago, IL  60603
Telephone: (312) 641 3200
Facsimile: (312) 641 6492

***Other Class Counsel***

**Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from Eric L. Cramer, Linda Nussbaum, & Bruce Gerstein.**