1   Joseph R. Saveri (State Bar No. 130064)
    *jsaveri@lchb.com*
2   Eric B. Fastiff (State Bar No. 182260)
    *efastiff@lchb.com*
3   Brendan Glackin (State Bar No. 199643)
    *bglackin@lchb.com*
4   Jordan Elias (State Bar No. 228731)
    *jelias@lchb.com*
5   LIEFF, CABRASER, HEIMANN
       & BERNSTEIN, LLP
6   275 Battery Street, 30th Floor
    San Francisco, CA  94111-3339
7   Telephone:  (415) 956-1000
    Facsimile:  (415) 956-1008
8
    *Attorneys for Individual and Representative Plaintiff*
9   *Rochester Drug Co-Operative, Inc.*

10

                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
                          (OAKLAND DIVISION)
13

14
    MEIJER, INC. & MEIJER              Case No. C 07-5985 CW
15  DISTRIBUTION, INC., on behalf of
    themselves and all others similarly  CONSOLIDATED CASE
16  situated,
                                        **MANUAL FILING NOTIFICATION:**
17                   Plaintiffs,        **EXHIBIT C TO THE DECLARATION OF**
                                        **JORDAN ELIAS IN SUPPORT OF REPLY**
18  v.                                  **BRIEF IN FURTHER SUPPORT OF**
                                        **PLAINTIFFS' MOTION FOR CLASS**
19  ABBOTT LABORATORIES,                **CERTIFICATION**

20                   Defendant.

21
                    **MANUAL FILING NOTIFICATION**
22

23  Regarding:    Exhibit C to the Declaration of Jordan Elias in Support of Reply Brief in Further
                  Support of Plaintiffs' Motion for Class Certification
24

25  This filing is in paper or physical form only, and is being maintained in the case
    file in the Clerk's office.  If you are a participant in this case, this filing
    will be served in hard copy shortly.  For information on retrieving this filing
26  directly from the court, please see the court's main web site at
    http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).
27

28

1    This filing was not efiled for the following reason(s):

2    [_] Voluminous Document (PDF file size larger than the efiling system allows)

3    [_] Unable to Scan Documents

4
     [_] Physical Object (description): _____
5    _____

6    [_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

7    [X] Item Under Seal

8
     [_] Conformance with the Judicial Conference Privacy Policy (General Order 53).
9
10   [_] Other (description): _____
     _____

11

12   Dated: July 23, 2008              Respectfully submitted,

13                                     LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

14

15                                     By:_____/s/ Jordan Elias_____

16

17                                     Joseph R. Saveri (State Bar No. 130064)
                                       Eric B. Fastiff (State Bar No. 182260)
18                                     Brendan Glackin (State Bar No. 199643)
                                       Jordan Elias (State Bar No. 228731)
19                                     LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
                                       275 Battery Street, 30th Floor
20                                     San Francisco, CA  94111-3339
                                       Telephone:  (415) 956-1000
21                                     Facsimile:  (415) 956-1008

22                                     *Attorneys for Individual and Representative Plaintiff*
                                       *Rochester Drug Co-Operative, Inc.*

23

24

25

26

27

28

775395.1                              -2-                    MANUAL FILING NOTIFICATION
                                                             CASE NO. C 07-5985 CW