1  Joseph R. Saveri (State Bar No. 130064)
   *jsaveri@lchb.com*
2  Eric B. Fastiff (State Bar No. 182260)
   *efastiff@lchb.com*
3  Brendan Glackin (State Bar No. 199643)
   *bglackin@lchb.com*
4  Jordan Elias (State Bar No. 228731)
   *jelias@lchb.com*
5  LIEFF, CABRASER, HEIMANN
     & BERNSTEIN, LLP
6  275 Battery Street, 30th Floor
   San Francisco, CA  94111-3339
7  Telephone:  (415) 956-1000
   Facsimile:  (415) 956-1008

*Attorneys for Individual and Representative Plaintiff
Rochester Drug Co-Operative, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| MEIJER, INC. & MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>　　　　　　Defendant. | Case No. C 07-5985 CW<br><br>CONSOLIDATED CASE<br><br>***EX PARTE* APPLICATION TO FILE DOCUMENTS UNDER SEAL** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

The Direct Purchaser Class Plaintiffs, by and through their counsel, respectfully ask the Court, on an *ex parte* basis, for an order permitting them to file certain documents under seal. The documents are:

- Portions of Reply Brief in Further Support of Plaintiffs' Motion for Class Certification ("Reply Brief"), being filed this day by Plaintiffs;

- The Rebuttal Declaration of Hal J. Singer, Ph. D. in Support of the Reply Brief;

1 • Exhibit C to the Declaration of Jordan Elias in Support of the Reply Brief.

2 Plaintiffs request that the documents listed above be filed under seal pursuant to Local

3 Rule 79-5(d) because they contain information that has been designated as "Highly Confidential"

4 by Plaintiffs Meijer, Inc. and Meijer Distribution, Inc. and/or by defendant Abbott Laboratories.

5 Portions of the Reply Brief, and the entirety of the other documents listed above, are

6 being filed under seal. In accordance with Local Rule 79-5(d), Plaintiffs have lodged with the

7 court the Reply Brief and a redacted copy of the Reply Brief.

8 Dated: July 23, 2008                    Respectfully submitted,

9                                         LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

11                                        By:        /s/ Jordan Elias

13                                        Joseph R. Saveri (SBN 130064)
                                          Email: jsaveri@lchb.com
                                          Eric B. Fastiff (State Bar No. 182260)
14                                        Email: efastiff@lchb.com
                                          Brendan Glackin (State Bar No. 199643)
15                                        Email: bglackin@lchb.com
                                          Jordan Elias (State Bar No. 228731)
16                                        Email: jelias@lchb.com
                                          LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
17                                        275 Battery Street, 30th Floor
                                          San Francisco, CA  94111-3339
18                                        Telephone: (415) 956-1000
                                          Facsimile: (415) 956-1008
19                                        *Attorneys for Individual and Representative Plaintiff
                                          Rochester Drug Co-Operative, Inc.*