| | |
|---|---|
| 1 | Joseph R. Saveri (State Bar No. 130064) |
| | *jsaveri@lchb.com* |
| 2 | Eric B. Fastiff (State Bar No. 182260) |
| | *efastiff@lchb.com* |
| 3 | Brendan Glackin (State Bar No. 199643) |
| | *bglackin@lchb.com* |
| 4 | Jordan Elias (State Bar No. 228731) |
| | *jelias@lchb.com* |
| 5 | LIEFF, CABRASER, HEIMANN |
| | & BERNSTEIN, LLP |
| 6 | 275 Battery Street, 30th Floor |
| | San Francisco, CA  94111-3339 |
| 7 | Telephone:  (415) 956-1000 |
| | Facsimile:  (415) 956-1008 |

*Attorneys for Individual and Representative Plaintiff
Rochester Drug Co-Operative, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| MEIJER, INC. & MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated, | Case No. C 07-5985 CW |
| | CONSOLIDATED CASE |
| Plaintiffs, | **MANUAL FILING NOTIFICATION: UNREDACTED VERSION OF DIRECT PURCHASER CLASS PLAINTIFFS' REPLY BRIEF IN FURTHER SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| v. | |
| ABBOTT LABORATORIES, | |
| Defendant. | |

**MANUAL FILING NOTIFICATION**

Regarding:  Direct Purchaser Class Plaintiffs' Reply Brief in Further Support of Plaintiffs' Motion for Class Certification (Unredacted Version)

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.  If you are a participant in this case, this filing will be served in hard copy shortly.  For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

1  This filing was not efiled for the following reason(s):

2  [_] Voluminous Document (PDF file size larger than the efiling system allows)

3  [_] Unable to Scan Documents

4  [_] Physical Object (description): _____
5  _____

6  [_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

7  [X] Item Under Seal

8  [_] Conformance with the Judicial Conference Privacy Policy (General Order 53).
9
   [_] Other (description): _____
10  _____

11

12  Dated: July 23, 2008                    Respectfully submitted,

13                                          LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

14

15                                          By:_____/s/ Jordan Elias_____

16
                                            Joseph R. Saveri (State Bar No. 130064)
17                                          Eric B. Fastiff (State Bar No. 182260)
                                            Brendan Glackin (State Bar No. 199643)
18                                          Jordan Elias (State Bar No. 228731)
                                            LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
19                                          275 Battery Street, 30th Floor
                                            San Francisco, CA  94111-3339
20                                          Telephone:  (415) 956-1000
                                            Facsimile:  (415) 956-1008
21
                                            *Attorneys for Individual and Representative Plaintiff*
22                                          *Rochester Drug Co-Operative, Inc.*

23

24

25

26

27

28