| | |
|---|---|
| 1 | Joseph R. Saveri (State Bar No. 130064) |
| | *jsaveri@lchb.com* |
| 2 | Eric B. Fastiff (State Bar No. 182260) |
| | *efastiff@lchb.com* |
| 3 | Brendan Glackin (State Bar No. 199643) |
| | *bglackin@lchb.com* |
| 4 | Jordan Elias (State Bar No. 228731) |
| | *jelias@lchb.com* |
| 5 | LIEFF, CABRASER, HEIMANN |
| | & BERNSTEIN, LLP |
| 6 | 275 Battery Street, 30th Floor |
| | San Francisco, CA  94111-3339 |
| 7 | Telephone:  (415) 956-1000 |
| | Facsimile:  (415) 956-1008 |

*Attorneys for Individual and Representative Plaintiff*
*Rochester Drug Co-Operative, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| MEIJER, INC. & MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | Case No. C 07-5985 CW<br><br>CONSOLIDATED CASE<br><br>**MANUAL FILING NOTIFICATION: DECLARATION OF HAL J. SINGER, PH. D. IN SUPPORT OF REPLY BRIEF IN FURTHER SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

**MANUAL FILING NOTIFICATION**

Regarding: Rebuttal Declaration of Hal J. Singer, Ph. D. in Support of Reply Brief in Further Support of Plaintiffs' Motion for Class Certification

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.  If you are a participant in this case, this filing will be served in hard copy shortly.  For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____
    _____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____
    _____

Dated: July 23, 2008                    Respectfully submitted,

                                        LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP


                                        By:_____/s/ Jordan Elias_____


                                        Joseph R. Saveri (State Bar No. 130064)
                                        Eric B. Fastiff (State Bar No. 182260)
                                        Brendan Glackin (State Bar No. 199643)
                                        Jordan Elias (State Bar No. 228731)
                                        LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
                                        275 Battery Street, 30th Floor
                                        San Francisco, CA  94111-3339
                                        Telephone:  (415) 956-1000
                                        Facsimile:  (415) 956-1008

                                        *Attorneys for Individual and Representative Plaintiff
                                        Rochester Drug Co-Operative, Inc.*