1  Joseph R. Saveri (State Bar No. 130064)
   *jsaveri@lchb.com*
2  Eric B. Fastiff (State Bar No. 182260)
   *efastiff@lchb.com*
3  Brendan Glackin (State Bar No. 199643)
   *bglackin@lchb.com*
4  Jordan Elias (State Bar No. 228731)
   *jelias@lchb.com*
5  LIEFF, CABRASER, HEIMANN
     & BERNSTEIN, LLP
6  275 Battery Street, 30th Floor
   San Francisco, CA  94111-3339
7  Telephone:  (415) 956-1000
   Facsimile:  (415) 956-1008
8
   *Attorneys for Individual and Representative Plaintiff*
9  *Rochester Drug Co-Operative, Inc.*

10

11                        UNITED STATES DISTRICT COURT

12                       NORTHERN DISTRICT OF CALIFORNIA

13                               (OAKLAND DIVISION)

14

| | |
|---|---|
| 15  MEIJER, INC. & MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated, | Case No. C 07-5985 CW |
| 16 | CONSOLIDATED CASE |
| 17              Plaintiffs, | **PROOF OF SERVICE VIA ELECTRONIC MAIL (E-MAIL)** |
| 18  v. | |
| 19  ABBOTT LABORATORIES, | |
| 20              Defendant. | |

21
22
23
24
25
26
27
28

775104.1

PROOF OF SERVICE VIA E-MAIL
CASE NO. C 07-5985 CW

I, Jordan Elias, declare:

1.  I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the above-captioned action. My business address is 275 Battery Street, 30th Floor, San Francisco, California 94111-3339.

2.  On July 23, 2008, I served copies of documents entitled:

    **1. DIRECT PURCHASER CLASS PLAINTIFFS' REPLY BRIEF IN FURTHER SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION;**

    **2. REBUTTAL DECLARATION OF HAL J. SINGER, PH. D. IN SUPPORT OF THE REPLY BRIEF;**

    **3. DECLARATION OF JORDAN ELIAS IN SUPPORT OF THE REPLY BRIEF IN FURTHER SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND IN SUPPORT OF *EX PARTE* APPLICATION TO FILE DOCUMENTS UNDER SEAL, AND EXHIBITS A-C THERETO.**

☒   by electronic mail (e-mail) to the following parties at the e-mail address listed:

> Nicole M. Norris
> WINSTON & STRAWN, LLP
> 101 California Street, Suite 3900
> San Francisco, CA 94111-5894
> nnorris@winston.com

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed July 23, 2008 at San Francisco.

　　　　　　　　　　　/s/ *Jordan Elias*
　　　　　　　　　　　Jordan Elias