| | |
|---|---|
| James F. Hurst (*Admitted Pro Hac Vice*) | Jeffrey I. Weinberger (SBN 56214) |
| David J. Doyle (*Admitted Pro Hac Vice*) | David M. Rosenzweig (SBN 176272) |
| Samuel S. Park (*Admitted Pro Hac Vice*) | Grant A. Davis-Denny (SBN 229335) |
| Stephanie S. McCallum (*Admitted Pro Hac Vice*) | MUNGER, TOLLES & OLSON LLP |
| WINSTON & STRAWN LLP | 355 Grand Avenue |
| 35 W. Wacker Drive | Los Angeles, CA 90071-1560 |
| Chicago, IL 60601-9703 | Telephone: (213) 683-9100 |
| Telephone: 312-558-5600 | Facsimile: (213) 687-3702 |
| Facsimile: 312-558-5700 | Email: jeffrey.weinberger@mto.com; |
| Email: jhurst@winston.com; | david.rosenzweig@mto.com; |
| ddoyle@winston.com; spark@winston.com | grant.davis-denny@mto.com |
| smccallum@winston.com | |
| | |
| Nicole M. Norris (SBN 222785) | Michelle Friedland (SBN 234124) |
| WINSTON & STRAWN LLP | MUNGER, TOLLES & OLSON LLP |
| 101 California Street, Suite 3900 | 560 Mission Street, 27th Floor |
| San Francisco, CA 94111-5894 | San Francisco, CA 94105-2907 |
| Telephone: 415-591-1000 | Telephone: (415) 512-4000 |
| Facsimile: 415-591-1400 | Facsimile: (415) 512-4077 |
| Email: nnorris@winston.com | Email: michelle.friedland@mto.com |

Charles B. Klein (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20007
Telephone: 202-282-5000
Facsimile: 202-282-5100
Email: cklein@winston.com

Attorneys for Defendant
ABBOTT LABORATORIES

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| MEIJER, INC. & MEIJER DISTRIBUTION, INC., et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | **Case No. C 07-5985 CW**<br><br>*Related Per October 31, 2007 Order to Case No. C 04-1511 CW*<br><br>CONSOLIDATED CASE<br><br>**STIPULATION AND ORDER ADJOURNING AND SETTING A NEW DATE FOR HEARING ON CLASS CERTIFICATION MOTION**<br><br>Date: August 7, 2008<br>Time: 2:00 p.m.<br>Courtroom: 2 (4th Floor)<br>Judge: Hon. Claudia Wilken |

CASE NO. C 07-5985 CW -STIPULATION AND [PROPOSED] ORDER ADJOURNING AND SETTING A NEW DATE FOR HEARING ON CLASS CERTIFICATION MOTION

Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL 60601-9703

1  WHEREAS, the Court has previously set a hearing on Plaintiffs' motion for class certification in the above referenced action for August 7, 2008 at 2:00 PM;

WHEREAS, Abbott's lead counsel has a personal scheduling conflict for the date presently set for the class certification hearing;

WHEREAS, counsel for Plaintiffs have agreed as a professional courtesy to stipulate to the adjournment of the present hearing date;

WHEREAS, the parties agreed to request that the new class certification hearing date coincide with the hearing date scheduled in a related Norvir matter, *In re Abbott Laboratories Norvir Antitrust Litig.*, Case No. 04-1511, Docket No. 592, regarding the joint motion for interlocutory appeal and preliminary approval of class action settlement in that case;

WHEREAS, the Court has previously indicated that the hearing in Case No. 04-1511 would be set for August 19, 2008 or an alternative date convenient to the Court.

IT IS HEREBY STIPULATED by and between the parties, through their counsel of record that:

The hearing date on Plaintiffs' Class Certification Motion shall be set for the same date as the preliminary settlement approval hearing date scheduled in a related Norvir matter concerning *In re Abbott Laboratories Norvir Antitrust Litig.*, Case No. 04-1511, Docket No. 592, which is currently set for August 19, 2008 or an alternative date convenient to the Court.

Dated: July 31, 2008                     WINSTON & STRAWN LLP

By:   /s/ James F. Hurst

James F. Hurst
(*Admitted Pro Hac Vice*)
jhurst@winston.com
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703

Counsel for Defendant

1

2  Dated: July 31, 2008                              BERGER & MONTAGUE, P.C.

3

4                                                    By:  /s/ Eric L. Cramer

5                                                    Eric L. Cramer
                                                     (Admitted *Pro Hac Vice*)
6                                                    Berger & Montague, P.C.
                                                     1622 Locust Street
7                                                    Philadelphia, PA 19103

8                                                    Co-Lead Counsel for the Plaintiffs

9

10        IT IS SO ORDERED.

11        Dated: 8/4/08

12

13                                                   _____

14
                                                     Honorable Claudia Wilken
15                                                   United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

**Winston & Strawn LLP**
**35 W. Wacker Drive**
**Chicago, IL 60601-9703**

2

CASE NO. C 07-5985 CW -STIPULATION AND [PROPOSED] ORDER ADJOURNING AND SETTING A NEW
DATE FOR HEARING ON CLASS CERTIFICATION MOTION

**GENERAL ORDER 45 ATTESTATION**

I, James F. Hurst, am the ECF User whose ID and password was used to file this STIPULATION AND [PROPOSED] ORDER RE: EXTENDING DEADLINE FOR PARTIES TO FILE THEIR OPPOSITION TO MOTIONS IN LIMINE.  In compliance with General Order 45, X.B., I hereby attest that Eric Cramer, counsel for Plaintiffs, concurred in this filing.

Dated:  July 31, 2008

/s/ James F. Hurst

James F. Hurst
WINSTON & STRAWN LLP
Counsel for Defendant

3

CASE NO. C 07-5985 CW -STIPULATION AND [PROPOSED] ORDER ADJOURNING AND SETTING A NEW DATE FOR HEARING ON CLASS CERTIFICATION MOTION