| | |
|---|---|
| James F. Hurst (*Admitted Pro Hac Vice*) | Jeffrey I. Weinberger (SBN 56214) |
| David J. Doyle (*Admitted Pro Hac Vice*) | David M. Rosenzweig (SBN 176272) |
| Samuel S. Park (*Admitted Pro Hac Vice*) | Grant A. Davis-Denny (SBN 229335) |
| Stephanie S. McCallum (*Admitted Pro Hac Vice*) | MUNGER, TOLLES & OLSON LLP |
| WINSTON & STRAWN LLP | 355 Grand Avenue |
| 35 W. Wacker Drive | Los Angeles, CA 90071-1560 |
| Chicago, IL 60601-9703 | Telephone: (213) 683-9100 |
| Telephone: 312-558-5600 | Facsimile: (213) 687-3702 |
| Facsimile: 312-558-5700 | Email: jeffrey.weinberger@mto.com; |
| Email: jhurst@winston.com; ddoyle@winston.com; | david.rosenzweig@mto.com; |
| spark@winston.com; smccallum@winston.com | grant.davis-denny@mto.com |
| | |
| Nicole M. Norris (SBN 222785) | Michelle Friedland (SBN 234124) |
| WINSTON & STRAWN LLP | MUNGER, TOLLES & OLSON LLP |
| 101 California Street, Suite 3900 | 560 Mission Street, 27th Floor |
| San Francisco, CA 94111-5894 | San Francisco, CA 94105-2907 |
| Telephone: 415-591-1000 | Telephone: (415) 512-4000 |
| Facsimile: 415-591-1400 | Facsimile: (415) 512-4077 |
| Email: nnorris@winston.com | Email: michelle.friedland@mto.com |

Charles B. Klein (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20007
Telephone: 202-282-5000
Facsimile: 202-282-5100
Email: cklein@winston.com

Attorneys for Defendant
ABBOTT LABORATORIES

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| MEIJER, INC. & MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | **Case No. C 07-5985 CW**<br><br>*Related Per October 31, 2007 Order to Case No. C 04-1511 CW*<br><br>CONSOLIDATED CASE<br><br>**DECLARATION OF STEPHANIE S. MCCALLUM IN SUPPORT OF ABBOTT LABORATORIES' ADMINISTRATIVE MOTION TO SEAL**<br><br>Date: August 19, 2008<br>Time: 2:00 p.m.<br>Courtroom: 2 (4th Floor)<br>Judge: Hon. Claudia Wilken |

DECLARATION OF STEPHANIE S. MCCALLUM IN SUPPORT OF ABBOTT LABORATORIES' ADMINISTRATIVE MOTION TO SEAL - C-07-5985 CW

1. I am an attorney at law, admitted to practice in this Court for this matter. I am an associate with the law firm of Winston & Strawn LLP, counsel of record for Abbott Laboratories, and I am authorized to make this Declaration in that capacity.

2. I submit this Declaration under Local Rule 79-5(c) in support of filing under seal two exhibits to Abbott Laboratories Motion For Leave To File Sur-Reply In Support Of Abbott Laboratories Opposition To Direct Purchaser Class Plaintiffs' Motion for Class Certification, which contains: a) portions of Abbott Laboratories' Sur-Reply to Direct Purchaser Class Plaintiffs' Motion for Class Certification, and b) the Sur-Reply Declaration of Joel Hay, Ph.D., in Support of Abbott Laboratories' Opposition to Direct Purchaser Class Plaintiffs' Motion for Class Certification.

3. It is my understanding that the redacted portions of the brief and the redacted portions of the declaration reflect, in general, Abbott's strategic thinking and views related to pricing of its products and confidential negotiations with purchasers that are not shared with the public or widely disseminated even within Abbott. It is my understanding that this information is kept in the highest confidence even within Abbott and is not intended to be disseminated to the general public or Abbott's competitors.

4. Moreover, the information contained in these documents could be useful to Abbott's competitors and competing purchasers who would learn Abbott's strategic thinking, decision-making processes, and the type of information used to make its important decisions. Specifically, the documents referenced specifically discuss Abbott's strategy related to how it sets its list prices for Kaletra and Norvir and how it negotiates based on those prices with purchasers to determine a final price for those products in the highly competitive HIV/AIDS drug market. The publication of this information would allow some competing purchasers to demand commensurate discounts and rebates on these products. Accordingly, any disclosure of this information would be harmful to Abbott.

5. In addition to these general overall descriptions, in an effort to provide the Court with a better and more specific description of the redacted information, the following paragraphs provide a brief explanation of the redacted portions of the sealed documents, which were redacted for the reasons cited above:

WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894

6. It is my understanding that the redacted portions of **Abbott Laboratories' Sur-Reply to Direct Purchaser Class Plaintiffs' Motion for Class Certification (Exhibit A)** contain specific references to data and pricing information taken from the Sur-Reply Declaration of Joel Hay supporting Abbott's sur-reply brief to class certification. Specifically, the information details specific discounts granted to particular customers. This information provides a window into Abbott's practices for negotiating prices for its pharmaceutical products Norvir and Kaletra with direct purchasers for final payment terms and conditions. As a result, the information is very sensitive to Abbott.

7. It is my understanding that the **Sur-Reply Declaration of Joel Hay, Ph.D. (Exhibit B)** similarly provides an in-depth discussion of the pricing information. For the reasons explained above, this information is very sensitive to Abbott and should remain under seal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Chicago, Illinois, this 14th day of August, 2008.

/s/ Stephanie S. McCallum
Stephanie S. McCallum
Attorney for Defendant Abbott Laboratories