James F. Hurst (*Admitted Pro Hac Vice*)
David J. Doyle (*Admitted Pro Hac Vice*)
Samuel S. Park (*Admitted Pro Hac Vice*)
Stephanie S. McCallum (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone:  312-558-5600
Facsimile:  312-558-5700
Email: jhurst@winston.com; ddoyle@winston.com;
spark@winston.com; smccallum@winston.com

Jeffrey I. Weinberger (SBN 56214)
David M. Rosenzweig (SBN 176272)
Grant A. Davis-Denny (SBN 229335)
MUNGER, TOLLES & OLSON LLP
355 Grand Avenue
Los Angeles, CA  90071-1560
Telephone:  (213) 683-9100
Facsimile:  (213) 687-3702
Email: jeffrey.weinberger@mto.com;
david.rosenzweig@mto.com;
grant.davis-denny@mto.com

Nicole M. Norris (SBN 222785)
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA  94111-5894
Telephone:  415-591-1000
Facsimile:  415-591-1400
Email: nnorris@winston.com

Michelle Friedland (SBN 234124)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA  94105-2907
Telephone:  (415) 512-4000
Facsimile:  (415) 512-4077
Email: michelle.friedland@mto.com

Charles B. Klein (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C.  20007
Telephone:  202-282-5000
Facsimile:  202-282-5100
Email: cklein@winston.com

Attorneys for Defendant
ABBOTT LABORATORIES

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| MEIJER, INC. & MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>     vs.<br><br>ABBOTT LABORATORIES,<br><br>                    Defendant. | **Case No. C 07-5985 CW**<br><br>*Related Per October 31, 2007 Order to Case No. C 04-1511 CW*<br><br>CONSOLIDATED CASE<br><br>**PROOF OF SERVICE**<br><br>Date:       August 19, 2008<br>Time:       2:00 p.m.<br>Courtroom:  2 (4th Floor)<br>Judge:      Hon. Claudia Wilken |

**PROOF OF SERVICE**

I am employed by Winston & Strawn LLP in the County of Cook, State of Illinois. I am over the age of 18 and not a party to the within action; my business address is: 35 West Wacker Drive, Chicago, Illinois 60601-9703.

On **August 14, 2008**, I served the within document(s):

- EXHIBITS A and B to ABBOTT LABORATORIES' MOTION FOR LEAVE TO FILE SUR-REPLY TO DIRECT PURCHASER CLASS PLAINTIFFS' MOTION FOR CLASS CERTIFICATION (UNREDACTED);

[X] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Chicago, Illinois addressed as set forth below.

[ ] On _____, I sent such document(s) from facsimile machine 415-591-1400. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine 415-591-1400 which confirms said transmission and receipt.

[ ] by causing to be personally delivered the document(s) listed above to the person(s) at the address(es) set forth below.

[ ] by causing the document(s) listed above to be delivered via overnight delivery (Federal Express) to the person(s) at the address(es) set forth below.

[ ] by causing the document(s) listed above to be delivered via overnight delivery (United Parcel Service (UPS)) to the person(s) at the address(es) set forth below.

[X] On August 14, 2008 I sent the document(s) via electronic mail to the person(s) at the address(es) set forth below.

**John Daniel Radice**
Kaplan Fox & Kilsheimer
850 Third Avenue
14th Floor
New York, NY 10022
jradice@kaplanfox.com

**Daniel C. Simons**
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103
dsimons@bm.net

**Scott E. Perwin**
Kenny Nachwalter, PA
1100 Miami Center
201 South Biscayne Blvd.
Miami, FL 33131
sperwin@kennynachwalter.com

**Monica L. Rebuck**
Hangley Aronchick Segal & Pudlin
30 N. Third Street, Suite 700
Harrisburg, PA 17101
mrebuck@hangley.com

WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894

| | |
|---|---|
| **Andrew E. Aubertine**<br>Aubertine Draper Rose LLP<br>1211 SW 6th Avenue<br>Portland, OR 97204<br>aa@adr-portland.com | |

    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

DATED: August 14, 2008                                                  /s/ Stephanie S. McCallum
                                                                                        Stephanie S. McCallum

WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894