1  Joseph R. Saveri (SBN 130064)
   jsaveri@lchb.com
2  Brendan Glackin (SBN 199643)
   bglackin@lchb.com
3  Jordan Elias (State Bar No. 228731)
   jelias@lchb.com
4  LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
   Embarcadero Center West
5  275 Battery Street, 30th Floor
   San Francisco, CA  94111-3339
6  Telephone:  (415) 956-1000
   Facsimile:  (415) 956-1008
7
   *Class Counsel*
8
   [Additional Counsel Listed on Signature Page]
9

10                UNITED STATES DISTRICT COURT
11                NORTHERN DISTRICT OF CALIFORNIA
12                        (OAKLAND DIVISION)
13

14 | MEIJER, INC., et al., on behalf of themselves and all others similarly situated, | Case No. C 07-5985 CW |
15 |  | CONSOLIDATED CASE |
16 | Plaintiffs, | **STATEMENT OF RECENT DECISION RELEVANT TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
17 | v. |  |
18 | ABBOTT LABORATORIES, |  |
19 | Defendant. | Date:       **August 19, 2008**<br>Time:      **2:00 p.m.**<br>Location: **Courtroom 2** |
20 |  | **Hon. Claudia Wilken** |

Pursuant to Local Rule 7-3(d), Plaintiffs[1] hereby submit this Statement of Recent Decision that is relevant to Plaintiffs' Motion for Class Certification.[2] Today, on August 18, 2008, the court in *In re Tricor Direct Purchaser Antitrust Litigation*, No. 05-340 (D. Del. Aug. 18, 2008) (Dkt. No. 435), granted plaintiffs' motion for certification of a direct purchaser class. That decision is attached hereto as Exhibit A.

Dated: August 18, 2008          Respectfully submitted,

By:  */s/ Joseph R. Saveri*

Joseph R. Saveri (State Bar No. 130064)
Email: jsaveri@lchb.com
Brendan Glackin (State Bar No. 199643)
Email: bglackin@lchb.com
Jordan Elias (State Bar No. 228731)
Email: jelias@lchb.com
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA  94111 3339
Telephone:  (415) 956 1000
Facsimile:  (415) 956 1008

***Class Counsel for Direct Purchaser Class Plaintiffs***

Linda P. Nussbaum, *Pro Hac Vice*
Email: lnussbaum@kaplanfox.com
John D. Radice, *Pro Hac Vice*
Email: jradice@kaplanfox.com
KAPLAN FOX & KILSHEIMER, LLP
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714

---

[1] Plaintiffs include Meijer Inc., Meijer Distribution, Inc. (collectively, "Meijer"), Rochester Drug Co-operative, Inc. ("RDC"), and Louisiana Wholesale Drug Co., Inc. ("LWD") (collectively, "Plaintiffs").

[2] Direct Purchaser Class Plaintiffs' Notice of Motion and Motion for Class Certification, Dkt. Nos. 62 & 64, No. C 07-5985 CW (N.D. Cal.).

|    |                                                                 |
|----|-----------------------------------------------------------------|
| 1  | Daniel Berger                                                   |
|    | Email: danberger@bm.net                                         |
| 2  | Eric L. Cramer, *Pro Hac Vice*                                  |
|    | Email: ecramer@bm.net                                           |
| 3  | Daniel C. Simons, *Pro Hac Vice*                                |
|    | Email: dsimons@bm.net                                           |
| 4  | BERGER & MONTAGUE, P.C.                                         |
|    | 1622 Locust Street                                              |
| 5  | Philadelphia, PA  19103                                         |
|    | Telephone: (215) 875-3000                                       |
| 6  | Facsimile: (215) 875-4604                                       |
| 7  | Bruce E. Gerstein, *Pro Hac Vice*                               |
|    | Email: bgerstein@garwingerstein.com                             |
| 8  | Noah H. Silverman, *Pro Hac Vice*                               |
|    | Email: nsilverman@garwingerstein.com                            |
| 9  | GARWIN GERSTEIN & FISHER, LLP                                   |
|    | 1501 Broadway, Suite 1416                                       |
| 10 | New York, NY  10036                                             |
|    | Telephone: (212) 398-0055                                       |
| 11 | Facsimile: (212) 764-6620                                       |
| 12 | ***Co-Lead Counsel for Direct Purchaser Class Plaintiffs***     |
| 13 | David P. Smith, *Pro Hac Vice*                                  |
|    | Email: dpsmith@psfllp.com                                       |
| 14 | W. Ross Foote, *Pro Hac Vice*                                   |
|    | Email: rfoote@psfllp.com                                        |
| 15 | PERCY SMITH & FOOTE, LLP                                        |
|    | 720 Murray Street                                               |
| 16 | P.O. Box 1632                                                   |
|    | Alexandria, LA  71309                                           |
| 17 | Telephone: (318) 445-4480                                       |
|    | Facsimile: (318) 487-1741                                       |
| 18 | John Gregory Odom, *Pro Hac Vice*                               |
|    | Email: greg@odrlaw.com                                          |
| 19 | Stuart E. Des Roches, *Pro Hac Vice*                            |
|    | Email: stuart@odrlaw.com                                        |
| 20 | John Alden Meade, *Pro Hac Vice*                                |
|    | Email: jmeade@odrlaw.com                                        |
| 21 | ODOM & DES ROCHES, LLP                                          |
|    | Suite 2020, Poydras Center                                      |
| 22 | 650 Poydras Street                                              |
|    | New Orleans, LA  70130                                          |
| 23 | Telephone: (504) 522-0077                                       |
|    | Facsimile: (504) 522-0078                                       |
| 24 |                                                                 |
|    | ***Executive Committee for Direct Purchaser Class Plaintiffs*** |
| 25 |                                                                 |
| 26 |                                                                 |
| 27 |                                                                 |
| 28 |                                                                 |

779006.1                -2-                STATEMENT OF RECENT DECISION RELEVANT TO
                                            PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
                                            CASE NO. C 07-5985 CW

| | |
|---|---|
| 1 | Andrew E. Aubertine, *Pro Hac Vice* |
| 2 | Email: aa@adr-portland.com<br>AUBERTINE DRAPER ROSE, LLP |
| | 1211 S.W. Sixth Avenue |
| 3 | Portland, OR  97204 |
| | Telephone: (503) 221 4570 |
| 4 | Facsimile: (503) 221 4590 |
| 5 | Joshua P. Davis (State Bar No. 193254) |
| | Email: davisj@usfca.edu |
| 6 | LAW OFFICES OF JOSHUA P. DAVIS |
| | 437A Valley Street |
| 7 | San Francisco, CA 94131 |
| | Telephone: (415) 422-6223 |
| 8 | Joseph M. Vanek, *Pro Hac Vice* |
| | Email: jvanek@vaneklaw.com |
| 9 | David P. Germaine, *Pro Hac Vice* |
| | Email: dgermaine@vaneklaw.com |
| 10 | VANEK, VICKERS & MASINI, P.C. |
| | 111 South Wacker Drive, Suite 4050 |
| 11 | Chicago, IL  60606 |
| | Telephone: (312) 224-1500 |
| 12 | Facsimile: (312) 224-1510 |
| | Charles M. Kagay (SBN 073377) |
| 13 | Email: cmk@slksf.com |
| | SPIEGEL, LIAO & KAGAY |
| 14 | 388 Market Street, Suite 900 |
| | San Francisco, CA  94111 |
| 15 | Telephone:  (415) 956 5959 |
| | Facsimile:  (415) 362 1431 |
| 16 | |
| | Tucker Ronzetti, *Pro Hac Vice* |
| 17 | Email: tr@kttlaw.com |
| | Adam Moskowitz, *Pro Hac Vice* |
| 18 | Email: amm@kttlaw.com |
| | KOZYAK TROPIN & THROCKMORTON |
| 19 | 2800 Wachovia Financial Center |
| | 200 South Biscayne Boulevard |
| 20 | Miami, FL  33131 2335 |
| | Telephone: (305) 372 1800 |
| 21 | Facsimile: (305) 372 3508 |
| 22 | Paul E. Slater, *Pro Hac Vice* |
| | Email: pes@sperling-law.com |
| 23 | SPERLING & SLATER |
| | 55 West Monroe Street, Suite 3200 |
| 24 | Chicago, IL  60603 |
| | Telephone: (312) 641 3200 |
| 25 | Facsimile: (312) 641 6492 |
| 26 | ***Other Class Counsel*** |
| 27 | |
| 28 | |

779006.1 -3- STATEMENT OF RECENT DECISION RELEVANT TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
CASE NO. C 07-5985 CW

1  **Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from Eric L. Cramer, Linda Nussbaum, and Bruce Gerstein.**