**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re | No. C 04-01511 CW |
| ABBOTT LABORATORIES ANTITRUST LITIGATION | |
| ──────────────────────────────── | |
| SAFEWAY, INC., et al. | No. C 07-05470 CW |
|     v. | |
| ABBOT LABORATORIES | |
| ──────────────────────────────── | |
| SMITHKLINE BEECHAM CORPORATION, | No. C 07-05702 CW |
|     v. | |
| ABBOTT LABORATORIES | |
| ──────────────────────────────── | |
| MEIJER INC., et al., | No. C 07-05985 CW |
|     v. | |
| ABBOTT LABORATORIES | |
| ──────────────────────────────── | |
| ROCHESTER DRUG CO-OPERATIVE, INC., | No. C 07-06010 CW |
|     v. | |
| ABBOTT LABORATORIES | |
| ──────────────────────────────── | |
| LOUISIANA WHOLESALE DRUG CO., INC. | No. C 07-06118 CW |
|     v. | |
| ABBOTT LABORATORIES | |
| ──────────────────────────────── | |
| RITE AIDE CORP., et al., | No. C 07-06120 CW |
|     v. | CLERK'S NOTICE RE FILING OF TENTATIVE RULING IN RELATED CASE |
| ABBOTT LABORATORIES | |
| ────────────────────────────────/ | |

1    Notice is hereby given that the attached Tentative Order
2 Certifying Issues and Granting Leave to Seek Appeal was
3 electronically filed today in related case C-04-1511 CW, <u>In Re
4 Abbott Laboratories Norvir Anti-Trust Litigation</u>.

6 DATED:8/19/08

*Sheilah Cahill*
7 _____
SHEILAH CAHILL
8 Deputy Clerk

**United States District Court**
For the Northern District of California

2