UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Abbott Labs Norvir Antitrust Litigation | NO. C 04-01511 CW |
| _____ | |
| Meijer, Inc. | NO. C 07-05985 CW |
| v. | **MINUTE ORDER** |
| Abbott Laboratories | Date: 8/19/08 |

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill    Court Reporter:** Raynee Mercado

**Appearances for Plaintiff:**
Richard Wiebe; Eric Cramer; Bruce Gerstein; Andrew Aubertine; Hollis Salzman; Joseph Tabacco; Timothy Thelen; Jordan Elias; John Radice; Monica Reduck; Alexander Wiles

**Appearances for Defendant:**
James Hurst; Jeffrey Weinberger

### Motions:

| | | |
|---|---|---|
| C-04-1511 Joint | Mo. to certify issues for interlocutory appeal pursuant to 28 U.S.C. 1292(b) | Tentative ruling |
| C-04-1511 Plaintiffs | Mo. for preliminary approval of class action settlement | Granted |
| C-07-5985 Direct Purchaser Class Plaintiffs | Mo. for class certification | Under Submission |

Further briefing due:
Order to be prepared by:  Court

Notes:  Court inclined to certify class, but will take another look at the motion.  Court will grant preliminary approval of class action settlement.  Court issued tentative ruling on motion to certify issues for interlocutory appeal pursuant to 28 U.S.C. 1292(b).

Copies to:  Chambers