IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEIJER, INC. & MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>ABBOTT LABORATORIES,<br><br>    Defendant.<br>_____/ | No. C 07-5985 CW<br><br>ORDER DENYING ABBOTT'S MOTION FOR LEAVE TO FILE SUR-REPLY (Docket No. 130) AND MOTION FOR LEAVE TO FILE SUR-REPLY UNDER SEAL (Docket No. 131) |

    Defendant Abbott Laboratories has filed a motion for leave to file a sur-reply in opposition to Plaintiffs' motion for class certification. Abbott argues that Plaintiffs raised for the first time in their reply a new theory of antitrust liability. Abbott's motion is DENIED because, even if the theory was not raised previously, the details of the theory were not relevant to the Court's decision on the motion for class certification. Abbott may contest the substantive validity of the theory in connection with future motions.

    Abbott's motion for leave to file its sur-reply and supporting declaration under seal is DENIED as moot.

    IT IS SO ORDERED.

Dated: 8/28/08

                                              CLAUDIA WILKEN
                                              United States District Judge