Nicole M. Norris (SBN 222785)
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA 94111-5894
Telephone:   415-591-1000
Facsimile:    415-591-1400
Email: nnorris@winston.com

James F. Hurst (*Admitted Pro Hac Vice*)
David J. Doyle (*Admitted Pro Hac Vice*)
Samuel S. Park (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone:   312-558-5600
Facsimile:    312-558-5700
Email: jhurst@winston.com; ddoyle@winston.com; spark@winston.com

Charles B. Klein (*Admitted Pro Hac Vice*)
WINSTON & STRAWN
1700 K. Street, N.W.
Washington, D.C., 20006-3817
Telephone:   202-282-5000
Facsimile:    202-282-5100
Email: cklein@winston.com

Attorneys for Defendant
ABBOTT LABORATORIES

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| MEIJER, INC. & MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>   vs.<br><br>ABBOTT LABORATORIES,<br><br>        Defendant. | **Case No. C 07-5985 CW**<br><br>*Related Per October 31, 2007 Order to Case No. C 04-1511 CW*<br><br>CONSOLIDATED CASE<br><br>**CORRECTED ORDER GRANTING ABBOTT LABORATORIES' MISCELLANEOUS ADMINISTRATIVE MOTION TO FILE CERTAIN DOCUMENTS UNDER SEAL**<br><br>Date:       August 7, 2008<br>Time:       2:00 p.m.<br>Courtroom: 2 (4th Floor)<br>Judge:      Hon. Claudia Wilken |

[PROPOSED] ORDER GRANTING ABBOTT LABORATORIES' MISCELLANEOUS ADMINISTRATIVE MOTION TO FILE CERTAIN DOCUMENTS UNDER SEAL - C-07-5985 CW

Having considered Defendant Abbott Laboratories' Administrative Motion to File Certain Documents Under Seal and the supporting Declaration of Stephanie S. McCallum, and finding good cause, therefore, Defendant's Motion is GRANTED.

Accordingly, the following materials shall be filed UNDER SEAL:

- Portions of Abbott's Opposition To Direct Purchaser Class Plaintiffs' Motion For Class Certification;

- The Declaration of Joseph Serio in support of Abbott's Opposition to Direct Purchaser Class Plaintiffs' Motion for Class Certification and exhibit attached thereto;

- Exhibit 1 to the Declaration of Charles B. Klein in support of Abbott's Opposition to Direct Purchaser Class Plaintiffs' Motion for Class Certification;

- Portions of the Declaration of Joel Hay in support of Abbott's Opposition to Direct Purchaser Class Plaintiffs' Motion for Class Certification.

9/3/08

Dated: _____    By: _____
                                       Hon. Claudia Wilken
                                       United States District Judge

1

[PROPOSED] ORDER GRANTING ABBOTT LABORATORIES' MISCELLANEOUS ADMINISTRATIVE MOTION TO FILE CERTAIN DOCUMENTS UNDER SEAL - C-07-5985 CW