| | |
|---|---|
| James F. Hurst (*Admitted Pro Hac Vice*) | Jeffrey I. Weinberger (SBN 56214) |
| David J. Doyle (*Admitted Pro Hac Vice*) | David M. Rosenzweig (SBN 176272) |
| Samuel S. Park (*Admitted Pro Hac Vice*) | Grant A. Davis-Denny (SBN 229335) |
| Stephanie S. McCallum (*Admitted Pro Hac Vice*) | MUNGER, TOLLES & OLSON LLP |
| WINSTON & STRAWN LLP | 355 Grand Avenue |
| 35 W. Wacker Drive | Los Angeles, CA 90071-1560 |
| Chicago, IL 60601-9703 | Telephone: (213) 683-9100 |
| Telephone: 312-558-5600 | Facsimile: (213) 687-3702 |
| Facsimile: 312-558-5700 | Email: jeffrey.weinberger@mto.com; |
| Email: jhurst@winston.com; | david.rosenzweig@mto.com; |
| ddoyle@winston.com; | grant.davis-denny@mto.com |
| spark@winston.com; smccallum@winston.com | |

| | |
|---|---|
| Nicole M. Norris (SBN 222785) | Michelle Friedland (SBN 234124) |
| WINSTON & STRAWN LLP | MUNGER, TOLLES & OLSON LLP |
| 101 California Street, Suite 3900 | 560 Mission Street, 27th Floor |
| San Francisco, CA 94111-5894 | San Francisco, CA 94105-2907 |
| Telephone: 415-591-1000 | Telephone: (415) 512-4000 |
| Facsimile: 415-591-1400 | Facsimile: (415) 512-4077 |
| Email: nnorris@winston.com | Email: michelle.friedland@mto.com |

Charles B. Klein (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20007
Telephone: 202-282-5000            Attorneys for Defendant
Facsimile: 202-282-5100            ABBOTT LABORATORIES
Email: cklein@winston.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| MEIJER, INC., et al. | **Case No. C 07-05985 CW** |
| Plaintiffs, | *Related by October 31, 2007 Order to:*<br>*Case No. C 04-1511 CW* |
| v. | **CONSOLIDATED CASE** |
| ABBOTT LABORATORIES, | |
| Defendant. | **ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL** |
| | **DATE: AUGUST 7, 2008**<br>**TIME: 2:00 PM**<br>**PLACE: COURTROOM 2** |

Having considered Defendant Abbott Laboratories' Miscellaneous Administrative Motion to File Pre-Trial Documents Under Seal and the supporting Declaration of Nicole M. Norris, and finding good cause therefore, Plaintiffs' Motion is GRANTED.

Accordingly, the following materials shall be filed UNDER SEAL:

- Portions of the Direct Purchaser Class Plaintiffs' Reply Brief in Further Support of Class Certification;
- Rebuttal Declaration of Hal. J. Singer, Ph.D.; and
- Exhibit C of the Declaration of Jordan Elias in Support of the Reply Brief.

Dated: ____9/5/08_____       By: _____
                                           Hon. Claudia Wilken
                                           United States District Judge