Joseph R. Saveri (State Bar No. 130064)
jsaveri@lchb.com
Brendan P. Glackin (State Bar No. 199643)
bglackin@lchb.com
Sarah R. London (State Bar No. 267083)
slondon@lchb.com
LIEFF, CABRASER, HEIMANN
  & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

*Liaison Counsel for Direct Purchaser Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| MEIJER, INC. & MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | Case No. C 07-5985 CW<br><br>**STIPULATION AND ORDER AMENDING PRE-TRIAL ORDER NO. 1**<br><br>Date:       N/A<br>Time:      N/A<br>Courtroom: N/A<br>Judge:    Hon. Claudia Wilken |

WHEREAS, Kaplan Fox & Kilsheimer LLP ("Kaplan Fox") is one of the counsel of record for Meijer in this consolidated litigation;

WHEREAS, By Pre-Trial Order No.1 ("PTO #1") dated June 18, 2008 (Dkt. 96), at Section II.1, this Court appointed a leadership structure for all Plaintiffs in the Consolidated Direct Purchaser Class Action which included as Co-Lead Counsel the firms of Garwin Gerstein & Fisher, LLP, Berger & Montague, P.C., and Kaplan Fox;

WHEREAS, As of the end of May 2010, the relationship between Kaplan Fox and Linda P. Nussbaum and John R. Radice, who were the two attorneys at Kaplan Fox that were primarily

responsible for handling this litigation, terminated and they formed a new firm called Nussbaum, LLP. On May 28, 2010, Ms. Nussbaum and Mr. Radice filed Notices of Change of Firm Affiliation and Appearance to that effect. (Dkt. 246, 247.) Thereafter, on September 1, 2010, Ms. Nussbaum filed a Notice of Change of Firm Affiliation and Appearance stating that she is now affiliated with Grant & Eisenhofer, P.A. (Dkt. 284);

WHEREAS, Meijer has indicated that it wishes Ms. Nussbaum to maintain primary responsibility for handling this matter, but that Kaplan Fox may maintain its appearance on behalf of Meijer;

WHEREAS, Kaplan Fox has no objection to the amendment of PTO #1 to name Grant & Eisenhofer, P.A. as Co-Lead Counsel for the Direct Purchaser Class Plaintiffs, provided that Kaplan Fox shall maintain its appearance as one of the counsel for Meijer and the Class Plaintiffs. The other Co-Lead Counsel for Plaintiffs have no objection to this motion; and

WHEREAS, Abbott has no objection to the amendment of PTO #1 to name Grant & Eisenhofer, P.A. as Co-Lead Counsel for the Direct Purchaser Class Plaintiffs;

**IT IS HEREBY STIPULATED AND AGREED:**

PTO #1 Regarding Consolidation and Management (Dkt. 96) shall be amended as follows:

1. The firm of Grant & Eisenhofer, P.A. shall be substituted in Section II.1 as Co-Lead Counsel on behalf of all Plaintiffs in the Consolidated Direct Purchaser Class Action in the place and stead of the firm of Kaplan Fox & Kilsheimer LLP;

2. The firm of Kaplan Fox & Kilsheimer LLP shall be added to Section II.5 as one of the Other Class Counsel on behalf of the Plaintiffs in the Consolidated Direct Purchaser Action.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:**

| | |
|---|---|
| /s/ Richard J. Kilsheimer | /s/ Stephanie McCallum |
| Richard J. Kilsheimer | Stephanie McCallum |
| KAPLAN FOX & KILSHEIMER, LLP | WINSTON & STRAWN LLP |
| 850 Third Avenue, 14th Floor | 35 W. Wacker Drive |
| New York, NY 10022 | Chicago, IL 60601 |
| *Co-Counsel for Meijer, Inc. and Meijer Distribution, Inc.* | *Counsel for Abbott Laboratories* |

/s/ John D. Radice
GRANT & EISENHOFER P.A.
485 Lexington Avenue, 29th Floor
New York, NY 10017

*Co-Lead Counsel for Direct Purchaser Plaintiffs*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: 9/27/2010

[signature]

Judge Claudia Wilken
United States District Court
Northern District of California

1 **GENERAL ORDER 45 ATTESTATION**

2    I, Sarah R. London, am the ECF User whose ID and password was used to file this

3 STIPULATION AMENDING PRE-TRIAL ORDER NO. 1.  In compliance with General

4 Order 45, X.B., I hereby attest that the above counsel concurred in this filing.

6 Dated:  September 22, 2010

7          */s/ Sarah R. London*
   Sarah R. London
8  LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
9  275 Battery Street, 30th Floor
   San Francisco, CA  94111-3339

10 *Liaison Counsel for Direct Purchaser Plaintiffs*