1    Joseph R. Saveri (State Bar No. 130064)
     *jsaveri@lchb.com*
2    Brendan P. Glackin (State Bar No. 199643)
     *bglackin@lchb.com*
3    Sarah R. London (State Bar No. 267083)
     *slondon@lchb.com*
4    LIEFF, CABRASER, HEIMANN
      & BERNSTEIN, LLP
5    275 Battery Street, 29th Floor
     San Francisco, CA  94111-3339
6    Telephone:  (415) 956-1000
     Facsimile:  (415) 956-1008

7

    *Local Counsel for Direct Purchaser Plaintiffs*

8

9              **UNITED STATES DISTRICT COURT**

10            **NORTHERN DISTRICT OF CALIFORNIA**

11                 **OAKLAND DIVISION**

12

| | |
|---|---|
| 13   MEIJER, INC. & MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated, | Case No. C 07-5985 (CW) (Consolidated Cases) Related per November 30, 2007 Order to Case No. C 04-01511 (CW) |
| Plaintiffs, | **STIPULATION AND ORDER GRANTING CLASS PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF REQUESTING REMOVAL OF <u>INCORRECTLY FILED DOCUMENT</u>** |
| v. ABBOTT LABORATORIES, | |
| Defendant. | Judge:      Hon. Claudia Wilken Courtroom: Courtroom 2 (4th Floor) |

1    WHEREAS, on October 25, 2010, this Court ordered plaintiffs to file under seal the

2 confidential versions of their opposition briefs to Defendant Abbott Laboratories' motions for

3 summary judgment;

4    WHEREAS, on November 1, 2010, Class Plaintiffs inadvertently e-filed the Plaintiffs'

5 Brief in Opposition to Defendant Abbott Laboratories' Motion for Summary Judgment or, in the

6 Alternative, Summary Adjudication on Direct Purchaser Plaintiffs' Claims ("Opposition Brief")

7 in the public record, and this document was entered as docket number 335 in the above-captioned

8 case;

9    WHEREAS, Class Plaintiffs subsequently e-filed the confidential version of their

10 Opposition Brief under seal, and this document was entered as docket number 337 in the above-

11 captioned case; and

12    WHEREAS, Abbott does not object to permanently removing document number 335 from

13 the docket in the above-captioned case.

14 **IT IS HEREBY STIPULATED AND AGREED:**

15    Document number 335, titled "Memorandum in Opposition re [332] MOTION for

16 Summary Judgment or Alternatively, Summary Adjudication on Direct Purchaser Plaintiffs'

17 Claims filed by filed by Louisiana Wholesale Drug Company, Inc., Meijer Distribution, Inc.,

18 Meijer, Inc., Rochester Drug Co-Operative, Inc," shall be permanently removed from the docket

19 of the above-captioned case.

20 **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:**

21    _/s/ Sarah R. London_                          _/s/ Stephanie McCallum_
      Sarah R. London                            Stephanie McCallum
22 LIEFF, CABRASER, HEIMANN &              WINSTON & STRAWN LLP
      BERNSTEIN, LLP                             35 W. Wacker Drive
23 275 Battery Street, 29th Floor             Chicago, IL 60601
      San Francisco, CA  94111-3339
24

25 _Local Counsel for Direct Purchaser Class_      _Counsel for Abbott Laboratories_

26 **PURSUANT TO STIPULATION, IT IS SO ORDERED**

27 Dated: _____1/7/2011_____              _____
                                                 The Honorable Claudia Wilken
28                                               United States District Judge

[PROPOSED] ORDER GRANTING MOTION TO
REMOVE INCORRECTLY FILED DOCUMENT
CASE NO. C07-5985 (CW)

1

**GENERAL ORDER 45 ATTESTATION**

2

    I, Sarah R. London, am the ECF User whose ID and password was used to file this

3

STIPULATION AND [PROPOSED] ORDER GRANTING CLASS PLAINTIFFS' MOTION

4

FOR ADMINISTRATIVE RELIEF REQUESTING REMOVAL OF INCORRECTLY FILED

5

DOCUMENT.  In compliance with General Order 45, X.B., I hereby attest that the above counsel

6

concurred in this filing.

7

8

Dated:  November 5, 2010

9

             _____/s/ Sarah R. London_____
             Sarah R. London

10

             LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
             275 Battery Street, 29th Floor

11

             San Francisco, CA  94111-3339

12

             *Liaison Counsel for Direct Purchaser Plaintiffs*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[~~PROPOSED~~] ORDER GRANTING MOTION TO
REMOVE INCORRECTLY FILED DOCUMENT
CASE NO. C07-5985 (CW)