LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Joseph R. Saveri (SBN 130064)
*jsaveri@lchb.com*
Brendan P. Glackin (SBN 199643)
*bglackin@lchb.com*
Sarah R. London (SBN 267083)
*slondon@lchb.com*
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

*Local Counsel for Customer Class Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MEIJER, INC. & MEIJER DISTRIBUTION, INC., *et al.,* on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | Case No. C 07-5985 CW<br><br>**STIPULATION AND ORDER WAIVING HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT, APPROVAL OF FORM OF NOTICE, AND SETTING SCHEDULE AND FINAL APPROVAL HEARING** |

Undersigned counsel, on behalf of the Customer Class Plaintiffs and Abbott Laboratories ("Abbott"), waive a hearing on Plaintiffs' unopposed motion for preliminary approval of the class settlement between the Customer Class Plaintiffs and Abbott, and request that this Court take the matter under submission on the moving papers that are being filed concurrently.

WHEREAS, the Customer Class Plaintiffs and Abbott have entered into a proposed class settlement agreement, which is the subject of a motion for preliminary approval filed today with this Court;

WHEREAS, the motion for preliminary approval shall be unopposed and therefore

1  no further papers will be filed in conjunction with it;

2  WHEREAS, there will be a hearing on the motion for final approval of the
3  proposed settlement;

4  WHEREAS, the Customer Class Plaintiffs and Abbott believe that a hearing on
5  this motion for preliminary approval is unnecessary unless the Court sees a need for one, and that
6  it would benefit the parties and the Court to consider the unopposed motion for preliminary
7  approval forthwith, instead of setting hearing according to the schedule for contested motions
8  under Local Rule 6-1;

9  THEREFORE, the Customer Class Plaintiffs and Abbott stipulate to waive the
10 contested motion schedule under Local Rule 6-1, and ask this court to decide the Motion on the
11 moving papers.

12 IT IS SO STIPULATED.

| */s/ Daniel C. Simons* | */s/ Stuart N. Senator* |
|---|---|
| Eric L. Cramer | Stuart N. Senator |
| Daniel C. Simons | MUNGER, TOLLES, & OLSON, LLP |
| BERGER & MONTAGUE, P.C. | 355 South Grand Avenue |
| 1622 Locust Street | Los Angeles CA 90071-1560 |
| Philadelphia, PA 19103-6305 | |
| *Counsel for the Customer Plaintiff Class* | *Counsel for Abbott Laboratories* |

19 Attestation: Pursuant to General Order 45, the filer attests that concurrence in the
20 filing of this document has been obtained from each of the signatories.

22 **PURSUANT TO STIPULATION, IT IS SO ORDERED**

23 Dated: **4/11/2011**

Judge Claudia Wilken
United States District Court
Northern District of California