IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEIJER, INC. & MEIJER DISTRIBUTION, INC.; ROCHESTER DRUG CO-OPERATIVE, INC.; and LOUISIANA WHOLESALE DRUG COMPANY, INC., on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>ABBOTT LABORATORIES,<br><br>      Defendant.<br>_____/ | No. C 07-05985 CW<br><br>ORDER REGARDING PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT |

Plaintiffs Meijer, Inc., et al., move for preliminary approval of their class action settlement with Defendant Abbott Laboratories and for approval of their proposed form of notice. Abbott does not oppose the motion.

The Court is inclined to require the parties to describe Plaintiffs' proposed plan of allocation in the Notice of Settlement. Currently, the Notice states that class members "who purchased more Norvir® and/or Kaletra® will get more money than those who purchased less Norvir® and/or Kaletra®" and that each class member's pro rata share will be based on "a Court-approved Plan of Allocation." Cramer Decl., Ex. D, at 7. However, the allocation plan does not appear in the settlement documents, and it

is not apparent that class members will have the opportunity to review the plan before the objection deadline.

As soon as possible, the parties shall address this issue in a joint brief not to exceed five pages.

IT IS SO ORDERED.

Dated: 4/15/2011

CLAUDIA WILKEN
United States District Judge