Brendan Glackin (State Bar No. 199643)
bglackin@lchb.com
Sarah London (State Bar No. 267083)
slondon@lchb.com
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

*Attorneys for Plaintiffs Meijer, Inc., et al. and the Customer Class Plaintiffs*

[Additional Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| MEIJER, INC., *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | Case No. C 07-5985 CW<br><br>CONSOLIDATED CASE<br><br>**ORDER GRANTING CUSTOMER CLASS PLAINTIFFS' MOTION FOR DISTRIBUTION OF <u>NET SETTLEMENT FUND</u>**<br><br>Hon. Claudia Wilken |

Upon review and consideration of the Customer Class Plaintiffs' Unopposed Motion for Distribution of Net Settlement Fund and Memorandum of Points and Authorities in Support Thereof, which have been filed with the Court, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

      1.      the administrative determinations of Epiq Class Action & Claims Solutions, Inc. ("Epiq"), the Court-appointed Claims Administrator in this case, regarding the claims submitted in this case are hereby APPROVED;

       2.    the settlement funds in the above-captioned action, less any taxes, fees and expenses awarded by the Court, including deduction of the payments specified herein (the "Net Settlement Fund") shall be distributed to Class Members whose Proofs of Claim forms have been accepted by Epiq (the "Authorized Claimants");

       3.    payment of $21,622.14 to Epiq for the balance of its fees and expenses in connection with the services performed in processing the Proofs of Claim and in administering the Settlement is hereby APPROVED;

       4.    payment of $11,330.10 to Class Counsel for additional reasonable expenses incurred in the litigation of this case and the administration of the Settlement is hereby APPROVED; and

       5.    any further claims against the Settlement Fund established in this case are finally and forever barred.

SO ORDERED this 7th day of June, 2012

_____
Hon. Claudia Wilken
U.S. District Court for the
Northern District of California